**Fill in this information to identify the case**

Debtor name   **Stone Panels, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)   **16-32856-11**

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 3.1. **Checking account - The PrivateBank** | **Checking account** | 5 | 9 | 1 | 3 | $807,722.00 |
| 3.2. **Flex Med Account - The PrivateBank** | **Checking account** | 4 | 8 | 1 | 2 | $0.00 |
| 3.3. **Payroll Acct account - Comerica Bank** | **Checking account** | 7 | 8 | 7 | 9 | $15,000.00 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $822,722.00

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor    **Stone Panels, Inc.**        Case number (if known)   **16-32856-11**
     Name

| | | Current value of debtor's interest |
|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1. | **MLRP 100 Royal Limited Partnership (Landlord in Coppell)** | $45,190.00 |
| 7.2. | **MLRP 100 Royal Limited Partnership  (Landlord in Coppell)** | $48,843.60 |
| **8.** | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| **9.** | **Total of Part 2.** <br> Add lines 7 through 8.  Copy the total to line 81. | $94,033.60 |

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**11. Accounts receivable**

Current value of debtor's interest

11a.  90 days old or less:    **$4,043,286.25**   –   **$0.00**   = ..............➔   **$4,043,286.25** **
                  face amount          doubtful or uncollectible accounts

11b.  Over 90 days old:    **$935,600.70**   –   **$935,600.70**   = ..............➔   **$0.00**
                  face amount          doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     **$4,043,286.25**

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
|     Name of fund or stock: | | |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
|     Name of entity:               % of ownership: | | |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
|     Describe: | | |
| **17. Total of Part 4** <br> Add lines 14 through 16.  Copy the total to line 83. | | $0.00 |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Raw material | 06/30/2016 | | | $3,773,180.71 ** |
| **20. Work in progress** | | | | |
| WIP | 06/30/2016 | | | $536,064.70 ** |
| **21. Finished goods, including goods held for resale** | | | | |
| Finished Goods | 06/30/2016 | | | $5,427,877.58 ** |
| **22. Other inventory or supplies** | | | | |
| See attached "Exhibit 4" | | | | $0.00 ** |
| See attached "Exhibit 8" | | | | Unknown |
| Reserve for Obsolete Inventory | 06/30/2016 | | | ($1,256,037.00) |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | **$8,481,085.99** |

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| | |
|---|---|
| | **$0.00** |

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

Debtor **Stone Panels, Inc.**      Case number (if known) __16-32856-11__
Name

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
- ☒ No
- ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 8.
- ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **See attached "Exhibit 3" and "Exhibit 2"** | | | |
| *Possible unknown impairment charge | | | $2,326,056.94 ** |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **See attached "Exhibit 2" and "Exhibit 3"** | | | |
| *Possible unknown impairment charge | | | $133,019.87 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

> **$2,459,076.81**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☐ No
- ☒ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No. Go to Part 9.
- ☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **1998 Ford Truck** | | | $319.44 |
| 47.2. **Sliverado 2500 HD-Crew Cab Truck** | | | $7,441.75 |

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**
Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

   See attached "Exhbit 3"                                **Unknown**

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.               **$7,761.19**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.   **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

   See attached "Exhibit 9"                             **Unknown**

61. **Internet domain names and websites**

   See attached "Exhibit 10"                            **Unknown**

| Debtor | **Stone Panels, Inc.** | Case number (if known) | **16-32856-11** |
|---|---|---|---|
| | Name | | |

**62. Licenses, franchises, and royalties**

See attached "Exhibit 1" _____ _____ **Unknown**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.                     **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Current value of<br>debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**Prudential Life Insurance Company Keyman Life Insurance - Timothy Friedel**

**Assignment to PrivateBank & Trust**                     **$0.00**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,**
**including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See attached "Exhibit 5"                     **$207,770.83**

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                     **$207,770.83**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Stone Panels, Inc.**      Case number (if known)   **16-32856-11**
Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $822,722.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $94,033.60 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,043,286.25 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,481,085.99 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,459,076.81 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,761.19 | |
| 88. **Real property.** *Copy line 56, Part 9* ..............................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $207,770.83 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $16,115,736.67 | +   91b.   $0.00 |

92. **Total of all property on Schedule A/B.**   Lines 91a + 91b = 92 ....................................................................................   **$16,115,736.67**

**Fill in this information to identify the case:**

Debtor name **Stone Panels, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **16-32856-11**
(if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name<br>**DENITECH** | Describe debtor's property that is subject to a lien<br>**COPIER CONTRACT CN4338-01** | $1,810.72 | $0.00 |
|---|---|---|---|

Creditor's mailing address
**PO BOX 844173**

**Describe the lien**
**Unknown**

**DALLAS          TX      75284**

Creditor's email address, if known

Date debt was incurred    **6/24/2016**

Last 4 digits of account number     **D  6  5  1**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

==The Debtors reserve the right to assert that its contractual arrangement with Denitech is a lease and not a financing.==

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$4,458,815.72**

| Debtor | **Stone Panels, Inc.** | Case number (if known) | **16-32856-11** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

**2.2**

| **Creditor's name**<br>**The Privatebank and Trust Co** | **Describe debtor's property that is subject to a lien** | **$4,457,005.00** | **$7,753,934.52** |
|---|---|---|---|

**Creditor's mailing address**
**1401 South Brentwood Boulevard**

**Assets**

**Describe the lien**

**Secured loan**

**St. Louis          MO    63144**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**    **09/19/2014**

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

**\* The amount reflected is a function of the sum of the asset categoris set forth herein; however, for the reasons set forth in the explanatory footnotes for each such category, this number may be reduced.**

**Fill in this information to identify the case:**

Debtor    **Stone Panels, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **16-32856-11**
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

  ☐ No. Go to Part 2.
  ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

**CITY OF COPPELL**

**255 PARKWAY**

COPPELL    TX    75019

**Date or dates debt was incurred**
**6/27/2016**

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,469.00**    Priority amount: **$1,469.00**

**2.2**   **Priority creditor's name and mailing address**

**Colorado Department of Revenue**

**1375 Sherman St.**

Denver    CO    80261-0013

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sales Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$2,865.00**    Priority amount: **$2,865.00**

Debtor    **Stone Panels, Inc.**    Case number (if known) __16-32856-11__

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.3**    Priority creditor's name and mailing address

__Connecticut Department of Revenue__

__P.O. Box 5089__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,380.18**    **$11,380.18**

__Hartford__    __CT__    __06102-5089__

Basis for the claim:
__Sales Taxes__

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account
number    __ __ __ __ __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

---

**2.4**    Priority creditor's name and mailing address

__Dallas County Tax Office__

__500 Elm Street__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$30,000.00**    **$30,000.00**

__Dallas__    __TX__    __75202__

Basis for the claim:
__Personal Property Tax__

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account
number    __ __ __ __ __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

---

**2.5**    Priority creditor's name and mailing address

__Delaware Division of Revenue__

__401 Federal St.__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$300.00**    **$300.00**

__Dover__    __DE__    __19901__

Basis for the claim:
__Taxes__

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account
number    __ __ __ __ __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

Debtor   **Stone Panels, Inc.** _____   Case number (if known)   **16-32856-11** _____

| | | | |
|---|---|---|---|

## Part 1: Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.6**   Priority creditor's name and mailing address

**Florida Department of Revenue**

**5050 W. Tennessee St.**

**Tallahassee**          **FL**     **32399-0125**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Sales Taxes**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: **$12,968.42**   Priority amount: **$12,968.42**

---

**2.7**   Priority creditor's name and mailing address

**Illinois Department of Revenue**

**P.O. Box 19006**

**Springfield**          **IL**     **62794-9006**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Sales Taxes**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: **$5,573.13**   Priority amount: **$5,573.13**

---

**2.8**   Priority creditor's name and mailing address

**ILLINOIS DEPT OF REVENUE**

**9511 HARRISON ST**

**DES PLAINES**          **IL**     **60016**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: **$45.00**   Priority amount: **$45.00**

Debtor **Stone Panels, Inc.**     Case number (if known) **16-32856-11**

---

## Part 1:   Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Total claim**    **Priority amount**

**2.9**   Priority creditor's name and mailing address

**IOWA DEPARTMENT OF REVENUE**

**PO BOX 10412**

As of the petition filing date, the claim is: *Check all that apply.*     **$18,886.26**    **$18,886.26**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DES MOINES**    **IA**    **50306-9187**

Basis for the claim:
**Sales Taxes**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

---

**2.10**   Priority creditor's name and mailing address

**Kansas Department of Revenue**

**915 SW Harrison St.**

As of the petition filing date, the claim is: *Check all that apply.*     **$7,265.76**    **$7,265.76**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Topeka**    **KS**    **66612-1588**

Basis for the claim:
**Sales Taxes**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

---

**2.11**   Priority creditor's name and mailing address

**Michigan Dept of Treas**

**P.O. Box 30774**

As of the petition filing date, the claim is: *Check all that apply.*     **$2,193.53**    **$2,193.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lansing**    **MI**    **48909-8274**

Basis for the claim:
**Sales Taxes**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

---

Debtor  **Stone Panels, Inc.** _____  Case number (if known)  **16-32856-11**

| | |
|---|---|
| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.12**  Priority creditor's name and mailing address

**Minnesota Department of Revenue**

**600 N. Robert St.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,017.00**   Priority amount **$1,017.00**

**St. Paul**                  **MN   55101**

Basis for the claim:

**Sales Taxes**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

**2.13**  Priority creditor's name and mailing address

**MINNESOTA DEPT OF REVENUE**

**600 N ROBERT ST**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,017.00**   Priority amount **$1,017.00**

**ST PAUL**                  **MN   55101**

Basis for the claim:

**Taxes**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

**2.14**  Priority creditor's name and mailing address

**NEW JERSEY DIVISION OF TAXATION**

**50 Barrack St.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$12,536.12**   Priority amount **$12,536.12**

**Trenton**                  **NJ   08695**

Basis for the claim:

**Sales Taxes**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

Debtor **Stone Panels, Inc.**   Case number (if known) **16-32856-11**

| Part 1: | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**      **Priority amount**

**2.15** Priority creditor's name and mailing address

**New York Department of Taxation**

**W A Harriman Campus**

**Albany** **NY** **12227-0888**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**$260,657.42**   **$260,657.42**

---

**2.16** Priority creditor's name and mailing address

**NORTH CAROLINA DEPT OF REVENUE**

**4701 Atlantic Ave., Suite 118**

**Raleigh** **NC** **27604**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,740.53**   **$4,740.53**

---

**2.17** Priority creditor's name and mailing address

**NORTH TEXAS TOLLWAY AUTHORITY**

**5555 PRES. GEORGE BUSH TURNPIKE**

**IRVING** **TX** **75038**

Date or dates debt was incurred
**6/30/2016**

Last 4 digits of account number  **2** **5** **9** **9**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$14.50**   **$0.00**

Debtor   **Stone Panels, Inc.**  Case number (if known)  **16-32856-11**

## Part 1:   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.18**   Priority creditor's name and mailing address

**PA DEPARTMENT OF REVENUE**

**207 W WYOMING AVR**

**SACRAMENTO          PA      18503**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim **$10,528.36**   Priority amount **$10,528.36**

**2.19**   Priority creditor's name and mailing address

**Pennsylvania Department of Revenue**

**P.O. Box 280905**

**Harrisburg          PA      17128-0905**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Sales Taxes**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim **$22,394.25**   Priority amount **$22,394.25**

**2.20**   Priority creditor's name and mailing address

**STATE OF CALIFORNIA**

**PO BOX 942879**

**SACRAMENTO, CA 94279-001**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Sales Taxes**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim **$53,809.53**   Priority amount **$53,809.53**

Debtor __Stone Panels, Inc._____  Case number (if known) __16-32856-11__

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.21** Priority creditor's name and mailing address

__TENNESSEE DEPT OF REVENUE__

__500 DEADRICK STREET__

_____

__NASHVILLE                    TN        37242__

Date or dates debt was incurred

_____

Last 4 digits of account
number     __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Sales Taxes__

Is the claim subject to offset?
☑ No
☐ Yes

**$43,595.50**          **$43,595.50**

---

**2.22** Priority creditor's name and mailing address

__Texas Comptroller of Public Accounts__

__P.O. Box 149348__

_____

__Austin                    TX        78714-9348__

Date or dates debt was incurred

_____

Last 4 digits of account
number     __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Franchise Tax__

Is the claim subject to offset?
☑ No
☐ Yes

**$3,600.00**          **$3,600.00**

---

**2.23** Priority creditor's name and mailing address

__Texas Comptroller of Public Accounts__

__P.O. Box 149348__

_____

__Austin                    TX        78714-9348__

Date or dates debt was incurred

_____

Last 4 digits of account
number     __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Sales Taxes__

Is the claim subject to offset?
☑ No
☐ Yes

**$4,678.63**          **$4,678.63**

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

## Part 1:   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.24**   Priority creditor's name and mailing address

**Virginia Department of Taxation**

**P.O. Box 1115**

**Richmond**     **VA**     **23218-1115**

Date or dates debt was incurred

Last 4 digits of account
number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Sales Taxes**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Total claim** $5,374.53    **Priority amount** $5,374.53

**2.25**   Priority creditor's name and mailing address

**VIRGINIA DEPT OF TAXATION**

**PO BOX 1115**

**RICHMOND**     **VA**     **23218-1115**

Date or dates debt was incurred

Last 4 digits of account
number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Sales Taxes**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Total claim** $5,828.16    **Priority amount** $5,828.16

**2.26**   Priority creditor's name and mailing address

**West Virginia State Tax Department**

**P.O. Box 2745**

**Charleston**     **WV**     **25330-2745**

Date or dates debt was incurred

Last 4 digits of account
number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Sales Taxes**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Total claim** $232.38    **Priority amount** $232.38

Debtor **Stone Panels, Inc.**        Case number (if known) __16-32856-11__

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

111 W Market Street LLC

P.O. BOX 454

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Wabash      IN    46992

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

135 West 52nd Street Owner LLC

The Chetrit Group

512 Seventh Ave

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

New York      NY    10018

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

20-20 TECHNOLOGIES COMMERICAL CORP

550 3 MILE RD NW

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

GRAND RAPIDS      MI    49544

**Date or dates debt was incurred** 6/1/2016

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 0 6 6 8

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

3 Dimension Const. Mgmt.

800 Dundee Ave

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Elgin      IL    60120

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**A&E Construction Co**

**152 Garrett Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Upper Darby**      **PA**    **19082**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**A&K Construction Inc.**

**100 Calloway**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Paducah**      **KY**    **42001-9035**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**A. Horn Masonry**

**125 Harrison Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Barrington**      **IL**    **60010**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**A. Horn, Inc.**

**125 Harrison**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Barrington**      **IL**    **60010**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Stone Panels, Inc.** | Case number (if known) | **16-32856-11** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** Nonpriority creditor's name and mailing address

**A. Ottavino Corp**

**80-60 Pitkin Ave**

**Ozone Park          NY     11417**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.10** Nonpriority creditor's name and mailing address

**A. R. J., Inc.**

**29200 Anderson Rd.**

**Wickliffe          OH     44092**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.11** Nonpriority creditor's name and mailing address

**A.P. Construction Co., Inc.**

**707 Summer Street 3rd Floor**

**Stamford, CT 6901**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.12** Nonpriority creditor's name and mailing address

**AAA Signs, Inc.**

**3200 Cameron St.**

**Lafayette          LA     70506**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **Stone Panels, Inc.** | Case number (if known) | **16-32856-11** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

**Aarya Construction**

**7657 N.W. 50th Street**

**Miami**                    **FL**      **33166**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

**Abella Woodworking**

**2637 NW Market Street**

**Seattle**                   **WA**     **98107**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

**ABF Commerical Roofing**

**702 Woodrow Road**

**Lubbock**                   **TX**      **79423**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

**ACC Construction Corp.**

**6 East 32nd Street, 7th Floor**

**New York**                  **NY**     **10016**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

Debtor    **Stone Panels, Inc.**       Case number (if known)   **16-32856-11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.17**   Nonpriority creditor's name and mailing address

**Acme Arsena Company, Inc.**

**1333 Highland Road**

**Macedonia**     **OH**    **44056**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.18**   Nonpriority creditor's name and mailing address

**Acorn Glass**

**30 Century Drive**

**Stratford, CT 6615**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.19**   Nonpriority creditor's name and mailing address

**Acorn Group**

**One Audubon St. Suite 500**

**New Haven, CT 6511**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.20**   Nonpriority creditor's name and mailing address

**Action Cabinets**

**1150 DAVIS ROAD**

**Elgin**     **IL**    **60123**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                      **Amount of claim**

---

**3.21**   Nonpriority creditor's name and mailing address

**Advanced Masonry**

**4520 S. MacArthur Blvd.**

**Oklahoma City**     **OK**    **73179**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.22**   Nonpriority creditor's name and mailing address

**Advanced Metal Systems**

**12209 NE Fourth Plain Rd.**

**Vancouver**     **WA**    **98682**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.23**   Nonpriority creditor's name and mailing address

**ADVANCED TECHNOLOGY SERVICE, INC.**

**8201 NORTH UNIVERSITY**

**PEORIA**     **IL**    **61615**

Date or dates debt was incurred    **3/31/2016**

Last 4 digits of account number   **7**   **4**   **2**   **3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,706.30**

---

**3.24**   Nonpriority creditor's name and mailing address

**Advantage Construction, Inc.**

**2 Adams Place, Suite 100**

**Quincy, MA 2169**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **Stone Panels, Inc.**                                    Case number (if known)  **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**3.25**  Nonpriority creditor's name and mailing address

**AFLAC**

**1932 WYNNTON ROAD**

**COLUMBUS**                    **OH**        **31999**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.26**  Nonpriority creditor's name and mailing address

**AGE Contracting Corp**

**58-17 44th Avenue, 1st Floor**

**Woodside**                    **NY**        **11377**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.27**  Nonpriority creditor's name and mailing address

**AIR FASTENERS, INC.**

**1610 NORTH I-35 EAST #200**

**CARROLLTON**                  **TX**        **75006**

Date or dates debt was incurred      **5/17/2016-6/29/2016**

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$2,686.98**

---

**3.28**  Nonpriority creditor's name and mailing address

**Ajax Building Corporation**

**1080 Commerce Blvd.**

**Midway**                      **FL**        **32343**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor    **Stone Panels, Inc.**          Case number (if known)  **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                        Amount of claim

**3.29**  Nonpriority creditor's name and mailing address

**AK 511 Ventures LLC**

**c/o Inspiron Construction**

**511 Canal Street, Suite 600**

**New York**      **NY**    **10013**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.30**  Nonpriority creditor's name and mailing address

**Albany Bank & Trust Co. N.A.**

**3400 W. Lawrence Ave.**

**Chicago**      **IL**    **60625**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.31**  Nonpriority creditor's name and mailing address

**Alco Building Co., Inc.**

**529 25 1/2 Rd., Ste. B-109**

**Grand Junction**      **CO**    **81505**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.32**  Nonpriority creditor's name and mailing address

**Alexander Bldg Construction**

**315 Vaughn Street**

**Harrisburg**      **PA**    **17110**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

Debtor    **Stone Panels, Inc.**                                    Case number (if known)   **16-32856-11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                   Amount of claim

---

| 3.33 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Alix Contracting**

**59 Railroad Ave**

**Ronkonkoma**                **NY**     **11779**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.34 | Nonpriority creditor's name and mailing address |
| --- | --- |

**All Access**

**1320 Storm Parkway**

**Torrance**                **CA**     **90501**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.35 | Nonpriority creditor's name and mailing address |
| --- | --- |

**All American Contracting**

**1203 River Rd.**

**Edgewater, NJ 7020**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.36 | Nonpriority creditor's name and mailing address |
| --- | --- |

**All Building Construction Corp**

**1370 Broadway, Fl 5**

**Maildrop 563**

**New York**                **NY**     **10018**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor   **Stone Panels, Inc.**                      Case number (if known)  **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                    Amount of claim

**3.37** | Nonpriority creditor's name and mailing address

**All Metal Sales**

**29260 Clemens Rd.**

**Westlake**               **OH**    **44145**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.38** | Nonpriority creditor's name and mailing address

**Allied Builders**

**11 Aboretum Drive**

**Jackson, NJ 8527**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.39** | Nonpriority creditor's name and mailing address

**ALLIED PLASTIC SUPPLY, LLC**

**1544 VALWOOD PKWY**

**CARROLLTON**           **TX**    **75006**

Date or dates debt was incurred    **5/6/2016-6/8/2016**

Last 4 digits of account number  **A**  **N**  **0**  **1**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$7,501.50**

---

**3.40** | Nonpriority creditor's name and mailing address

**Alpstone, Inc.**

**25-20 50th Avenue**

**2nd Floor**

**Long Island City**        **NY**    **11101**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

Debtor   **Stone Panels, Inc.** _____   Case number (if known)   **16-32856-11** _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          **Amount of claim**

---

**3.41**   **Nonpriority creditor's name and mailing address**

**Alterisio Construction**

**One Presidential Way 102**

**Woburn, MA 1801**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.42**   **Nonpriority creditor's name and mailing address**

**AM & G Waterproofing**

**2120 Atlantic Ave.**

**Brooklyn**                    **NY**    **11233**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.43**   **Nonpriority creditor's name and mailing address**

**Amarko Marble & Granite Co.**

**62-21 Flushing Ave.**

**Maspeth**                    **NY**    **11378**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.44**   **Nonpriority creditor's name and mailing address**

**Ambrosino Consultant**

**28 New York Avenue**

**Westbury**                    **NY**    **11590**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**     Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address |

**AMERICAN FASTENER**

**1861 JOHNSON CT**

**GRAPEVINE**      **TX**      **76051**

Date or dates debt was incurred  **6/9/2016**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,694.80**

---

| 3.46 | Nonpriority creditor's name and mailing address |

**American Glass Services**

**921 N. 22nd St.**

**Columbus**      **OH**      **43219**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.47 | Nonpriority creditor's name and mailing address |

**American High-Tech Designs**

**86 Culver Street**

**Somerset, NJ 8873**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.48 | Nonpriority creditor's name and mailing address |

**American Signcrafters**

**1591 Fifth Avenue**

**Bay Shore**      **NY**      **11706**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                                       Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address |
|---|---|

American Stone Co.

6445 Burlington

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Houston                TX       77092

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address |
|---|---|

American Tile

3454 Chelsea Avenue

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Memphis                TN       38108

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address |
|---|---|

American Tile Installations

P.O. Box 291235

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Davie                  FL       33329

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address |
|---|---|

AMST

7777 Parnell Street

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Houston                TX       77021

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Stone Panels, Inc.**                                    Case number (if known)   **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.53**   Nonpriority creditor's name and mailing address

**Amsum & Ash, Inc.**

**30 52nd Way NE**

**Fridley**                        **MN    55421**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.54**   Nonpriority creditor's name and mailing address

**Anchorage Marine Service**

**1821 Ottawa Beach Rd**

**Holland**                        **MI    49424**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.55**   Nonpriority creditor's name and mailing address

**Anderson**

**59 Crozier Lane**

**Fort Gaines, GA**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.56**   Nonpriority creditor's name and mailing address

**Anderson Place Construction LL**

**PO Box 149686**

**Orlando**                        **FL    32814**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.57**    Nonpriority creditor's name and mailing address

**Andres Construction Services**

**3710 Rawlins St, Suite 1510**

**Dallas**      **TX**    **75219**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.58**    Nonpriority creditor's name and mailing address

**Angelina Stone & Marble**

**55341 West Center Street**

**Lansing**      **OH**    **43950**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.59**    Nonpriority creditor's name and mailing address

**AON RISK SERVICES CENTRAL, INC.**

**AON RISK SERVICES COMPANIES, INC.**

**8182 MARYLAND AVENUE**

**ST. LOUIS**      **MO**    **63105**

Date or dates debt was incurred    **6/15/2016**

Last 4 digits of account number   **2**   **4**   **3**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$10,563.16**

---

**3.60**    Nonpriority creditor's name and mailing address

**Apogee Commercial Enterprises**

**46 Maidenstone Drive**

**Asbury Park, NJ 7712**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                                       Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.61** | Nonpriority creditor's name and mailing address |
|---|---|

**Apple Retail Development**

**2401 Tower One, Time Square**

**Causeway Bay**

**Hong Kong,**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| **3.62** | Nonpriority creditor's name and mailing address |
|---|---|

**Apple, Inc. (Austin)**

**P.O. Box 149114**

**MS:  098-2AP**

**Austin          TX     78714**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| **3.63** | Nonpriority creditor's name and mailing address |
|---|---|

**ARCAT**

**1077 BRIDGEPORT AVE**

**SHELTON          CT     06484**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| **3.64** | Nonpriority creditor's name and mailing address |
|---|---|

**Architectural Paving & Stone**

**402 Libbey Parkway**

**Weymouth, MA 2189**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                       Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                      Amount of claim

| **3.65** | Nonpriority creditor's name and mailing address |
|---|---|

**Architectural Prod Development**

**6605 Clark Avenue**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$0.00**

**Cleveland**       **OH**   **44102**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.66** | Nonpriority creditor's name and mailing address |
|---|---|

**Architectural Products Sales**

**4641 Spring Rd.**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$0.00**

**Brooklyn Heights**       **OH**   **44131**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.67** | Nonpriority creditor's name and mailing address |
|---|---|

**Architectural Sales**

**P.O. Box 20036**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$0.00**

**Billings**       **MT**   **59104**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.68** | Nonpriority creditor's name and mailing address |
|---|---|

**Arco Construction**

**15 Fairfield Place**

**Caldwell, NJ 7006**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$0.00**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor  **Stone Panels, Inc.**                                            Case number (if known)  **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

**3.69**  Nonpriority creditor's name and mailing address

**ARKANSAS DEPT OF FINANCE**

**Ledbetter Building**

**1816 W 7th  Ste 1330**

**Little Rock**                    **AR**      **72201**

Date or dates debt was incurred

Last 4 digits of account number      **0    S    L    S**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.70**  Nonpriority creditor's name and mailing address

**Arkel Constructors**

**1048 Florida Boulevard**

**Baton Rouge**                    **LA**      **70802**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.71**  Nonpriority creditor's name and mailing address

**Armada Hoffler**

**222 Central Park Avenue**

**Suite 2100**

**Virginia Beach**                    **VA**      **23462**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.72**  Nonpriority creditor's name and mailing address

**ARO METAL STAMPING CO., INC.**

**78 CONGRESS CIRCLE WEST**

**ROSELLE**                    **IL**      **60172**

Date or dates debt was incurred      **3/10/2016-4/20/16**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$20,854.20

---

Debtor **Stone Panels, Inc.**                              Case number (if known) **16-32856-11**

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Arpal Defender**

**1910 Cochran Rd Ste 470**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Pittsburgh**            **PA**    **15220**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Artisan Masonry Corp.**

**488-A Shields Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Huntsville**            **AL**    **35811**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Artisan Stoneworks, Inc.**

**221 Brook Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Deer Park**            **NY**    **11729**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Artistic Elevator Interiors**

**26 Industrial Park Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Waldorf**            **MD**    **20602**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor **Stone Panels, Inc.**                                    Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.77** Nonpriority creditor's name and mailing address

**Arup Facades**

**13 Fitzroy Street**

**London,**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.78** Nonpriority creditor's name and mailing address

**ASCEND CUSTOM EXTRUSIONS, LLC**

**1405 MARTINEZ LANE**

**WYLIE          TX     75098**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred     **5/3/16-7/14/16**

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$84,770.12**

---

**3.79** Nonpriority creditor's name and mailing address

**ASI Limited**

**4485 So. Perry Worth Rd.**

**Whitestown          IN     46075**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.80** Nonpriority creditor's name and mailing address

**Associated Air Center**

**1421 W Mockingbird Ln**

**DALLAS          TX     75247**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor **Stone Panels, Inc.** | Case number (if known) **16-32856-11** |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.81** Nonpriority creditor's name and mailing address

Associated Imports Corporation

P.O. Box 4035

Atlanta                      GA      30310-2034

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.82** Nonpriority creditor's name and mailing address

Assured Guaranty Corp.

1325 Ave. of Americas

New York                    NY      10019

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.83** Nonpriority creditor's name and mailing address

AST WATERJET

1000 AVENUE N

GRAND PRAIRIE               TX      75050

Date or dates debt was incurred    5/10/2016

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,579.00**

---

**3.84** Nonpriority creditor's name and mailing address

Astec Projects, Ltd.

Astec House

187-189 Kings Road

Reading Berks RG1 4EX

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                                    Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$504.62** |

**AT & T MOBILITY**

**PO BOX 1809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PARAMUS**            **NJ**   **07653-1809**

Basis for the claim: **Services**

Date or dates debt was incurred    **7/1/2016**

Is the claim subject to offset?

Last 4 digits of account number    **3  1  7  1**

☑ No
☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Atlanta Flooring Design Center**

**3665 Swiftwater Park Drive**

**Building 2**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Suwanee**            **GA**   **30024**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Atlantic Stone Products**

**4200 Pinell St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sacramento**            **CA**   **95838**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Atlantis Management**

**1630 Mineral Spring Ave.**

**Providence, RI 2904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

Debtor **Stone Panels, Inc.**                                         Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Atlas Capital Group**

**630 Fifth Avenue**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**New York**                **NY**        **10111**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $538.78 |
|---|---|---|---|

**ATMOS ENERGY**

**PO BOX 790311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Saint Louis**             **MO**        **63179-0311**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Auchter Company**

**4804 Kernan Blvd. South**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Jacksonville**            **FL**        **32201**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Automall Imports LLC**

**dba Atlantic Chevrolet Cadillac**

**1356 Sunrise Highway**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Bay Shore**               **NY**        **11706**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor __**Stone Panels, Inc.**_____ Case number (if known) __**16-32856-11**___

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.93** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

__**Avena Contracting**_____

__**3 Nashua Court**_____

__**Suite C**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__**Baltimore**_____ **MD** __**21221**___ _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.94** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

__**Avon Contractors**_____

__**5021 Industrial Rd.**_____

__**Farmingdale, NJ 7727**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.95** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

__**Avondale Custom Homes**_____

__**P.O. Box 3700**_____

__**1120 E. Main Street, Suite 101**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__**Saint Charles**_____ **IL** __**60174**___ _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.96** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

__**AXIOM MATERIALS, INC.**_____

__**2320 PULLMAN STREET**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__**SANTA ANA**_____ **CA** __**92705**___ __**Services**_____

Date or dates debt was incurred __**4/29/16-7/8/2016**__

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**$388,523.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                     Amount of claim

---

**3.97**   Nonpriority creditor's name and mailing address

**Aztec Service Group**

**791 Est 132nd St.**

**Bronx**      **NY**    **10454**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.98**   Nonpriority creditor's name and mailing address

**B.R. Fries & Associates**

**34 W. 32nd St. 7th Flr.**

**New York**      **NY**    **10001**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.99**   Nonpriority creditor's name and mailing address

**B.T. Mancini Co. Inc**

**876 S. Milpitas Blvd**

**Milpitas**      **CA**    **95035**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.100**   Nonpriority creditor's name and mailing address

**Baco, Inc.**

**6572 McCaleb Rd.**

**Bon Aqua**      **TN**    **37025**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **Stone Panels, Inc.**        Case number (if known)   **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.101**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:        **$0.00**

**Baker Companies**       *Check all that apply.*

**485 Washington Ave**         ☐ Contingent
        ☐ Unliquidated
        ☐ Disputed

**Basis for the claim:**

**Pleasantville**     **NY**   **10570**

Date or dates debt was incurred       **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No
       ☐ Yes

---

**3.102**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:        **$0.00**

**Baldwin & Shell Construction**       *Check all that apply.*

**1000 W. Capitol**         ☐ Contingent
        ☐ Unliquidated
        ☐ Disputed

**Basis for the claim:**

**Little Rock**     **AR**   **72201**

Date or dates debt was incurred       **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No
       ☐ Yes

---

**3.103**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:        **$0.00**

**Balfour Beatty Construction**       *Check all that apply.*

**4400 University Dr.**         ☐ Contingent
        ☐ Unliquidated
        ☐ Disputed

**Basis for the claim:**

**Fairfax**     **VA**   **22030**

Date or dates debt was incurred       **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No
       ☐ Yes

---

**3.104**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:        **$0.00**

**Ballou Masonry, Inc.**       *Check all that apply.*

**PO Box 477**         ☐ Contingent
        ☐ Unliquidated
        ☐ Disputed

**Basis for the claim:**

**Beloit**     **WI**   **53511**

Date or dates debt was incurred       **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No
       ☐ Yes

---

Debtor **Stone Panels, Inc.**                    Case number (if known) **16-32856-11**

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Bank Building Corporation**

**15450 South Outer Forty Drive**

**STE 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Chesterfield**          **MO**   **63017**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Barclay St. Realty, LLC**

**1200 Union Turnpike**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**New Hyde Park**          **NY**   **11040**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Bashan Stone Doors**

**1721 N. 19th Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Boise**          **ID**   **83702**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Baycare Health System**

**Accounts Payable**

**16255 Bay Vista Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Clearwater**          **FL**   **33760**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor **Stone Panels, Inc.**                         Case number (if known)  **16-32856-11**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** |
|---|---|---|---|

**Bayonne Public Schools**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** |
|---|---|---|---|

**BBL Construction Services LLC**
**302 Washington Ave. Ext.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Albany                         NY      12203

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** |
|---|---|---|---|

**BCE Specialties**
**989 Sandy Lake Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Coppell                         TX      75019

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$790.00** |
|---|---|---|---|

**BECKY L STAHL**
**511 YAUPON DRIVE  SUITE  A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Garland                         TX      75044

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Stone Panels, Inc.**                          Case number (if known)  **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.113**  Nonpriority creditor's name and mailing address

**Belfi Brothers & Co., Inc.**

**4310 Josephine Street**

**P.O. Box 9582**

**Philadelphia**          **PA**    **19124-4093**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.114**  Nonpriority creditor's name and mailing address

**Belgium Legion Post #412**

**Belgium, WI**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.115**  Nonpriority creditor's name and mailing address

**Belkov Yacht Carpentry Co.**

**7340 Edgewood Rd.**

**Annapolis**          **MD**    **21403**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.116**  Nonpriority creditor's name and mailing address

**Bellamer Oy,  (Aerodyne Yachts**

**Suolahdentie 541**

**Hytola,**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

# Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
Check all that apply. | **$0.00** |

**Ben Hur Construction**

**3783 Rider Trail South**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**St. Louis**    **MO**   **63045**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
Check all that apply. | **$0.00** |

**BENETTI MACCHINE**

**VIA PROVINVIALE NAZZANO 20**

**CARRARA, ITALY 54033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
Check all that apply. | **$0.00** |

**Beonigk Masonry**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Bryan**    **TX**   **77801**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
Check all that apply. | **$0.00** |

**Berardi Stone Settings, Inc.**

**20 Haarlem Ave., #404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**White Plains**    **NY**   **10603**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Stone Panels, Inc.**       Case number (if known)  **16-32856-11**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.121**  Nonpriority creditor's name and mailing address

**Bert Ogden Group**

**2309 E. Expressway 83**

Mission      TX   78572

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.122**  Nonpriority creditor's name and mailing address

**Best and Hord Construction**

**901 Montvale Rd**

Maryville     TN   37803

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.123**  Nonpriority creditor's name and mailing address

**Big Tree Construction**

**PO Box 870**

Draper     UT   84020

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.124**  Nonpriority creditor's name and mailing address

**Bill Peterson**

**121 E 10 Street, #6D**

New York     NY   10003

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **Stone Panels, Inc.** | Case number (if known) | **16-32856-11** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.125** Nonpriority creditor's name and mailing address

**Billings & Cronn**

**2340 Gladstone #100**

**Portland**     **OR**    **97202**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.126** Nonpriority creditor's name and mailing address

**Bird Construction Co.**

**53 Palmeras Street**

**San Juan, PR 901**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.127** Nonpriority creditor's name and mailing address

**Blair Companies**

**Corporate Office**

**900 S. Gay Street, S-1904**

**Knoxville**     **TN**    **37902**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.128** Nonpriority creditor's name and mailing address

**Blanton Construction**

**550 Turner Boulevard**

**Saint Peters**     **MO**    **63376**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**     Case number (if known) **16-32856-11**

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.129**   Nonpriority creditor's name and mailing address

**Bloom General Contracting**

**25601 West 8 Mile Rd.**

**Redford**     **MI**    **48240**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.130**   Nonpriority creditor's name and mailing address

**Blumenfeld Development Group**

**300 Robbins Lane**

**Syosset**     **NY**    **11791**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.131**   Nonpriority creditor's name and mailing address

**Boricua Enterprises LP**

**6160 Windhaven Pkwy. #210**

**Plano**     **TX**    **75093**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.132**   Nonpriority creditor's name and mailing address

**Boro Construction**

**400 Feheley Drive**

**King Of Prussia**     **PA**    **19406**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor __**Stone Panels, Inc.**_____ Case number (if known) __**16-32856-11**_____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.133** Nonpriority creditor's name and mailing address

__**Bosenson, Inc.**_____

__**Cond Villa Magna 1783**_____

__**Carr 21, Suite C-3**_____

__**San Juan, PR 921**_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.134** Nonpriority creditor's name and mailing address

__**Bostock Company, Inc.**_____

__**175 Titus Ave, Suite 200**_____

_____

__**Warrington**_____**PA**____**18976**__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.135** Nonpriority creditor's name and mailing address

__**Bovis Lend Lease**_____

__**821 Alexander Road**_____

__**Princeton, NJ 8540**_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.136** Nonpriority creditor's name and mailing address

__**Bozdemir Insaat ve Muh.Ltd.Sti**_____

__**Resit Galip Cad. Dolunay Sok**_____

__**3-Jun**_____

__**GOP/ANKARA, Turkey**_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | **Stone Panels, Inc.** | Case number (if known) | **16-32856-11** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.137** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Bradford Marine, Inc.**

**3051 W. State Road 84**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Fort Lauderdale**     **FL**     **33312-4821**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.138** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Bravo Builders LLC**

**57 E 11th Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**New York**     **NY**     **10003**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.139** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Brazos Masonry**

**P.O. Box 23428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Waco**     **TX**     **76702-3428**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.140** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Breiholz Construction**

**202 Des Moines Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Des Moines**     **IA**     **50309**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                           Amount of claim

---

**3.141**   Nonpriority creditor's name and mailing address

**Brennan Builders**

**428 Ray Norrish Dr.**

_____

**Cincinnati**     **OH**    **45246**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

            **$0.00**

---

**3.142**   Nonpriority creditor's name and mailing address

**Brennan Builders**

**428 Ray Norrish Drive**

_____

**Cincinnati**     **OH**    **45246**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

            **$0.00**

---

**3.143**   Nonpriority creditor's name and mailing address

**Brennan Construction Services,**

**121 S. Edgewood**

_____

**Joplin**     **MO**    **64801**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

            **$0.00**

---

**3.144**   Nonpriority creditor's name and mailing address

**Brickcraft Masonry INC**

**200 Shenandoah Street**

_____

**Portsmouth**     **VA**    **23707**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

            **$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

## Part 2:        Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.145** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

**BRICKWORKS**

**INTERNATIONAL HOUSE,**

**BRUNEL DRIVE, NEWARK**

**NOTTINGHAMSHIRE, UK NG24 2EG**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Services**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$32,264.59**

---

| | |
|---|---|
| **3.146** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

**Brigadier Construction Service**

**8100 Grand Avenue**

**Suite 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Cleveland**          **OH**    **44104**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.147** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

**Broadway Boundary Realty Corp.**

**105 Maxess Rd.**

**Suite S121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Melville**          **NY**    **11747**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.148** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

**Broady Campbell**

**2115 Dr. Andrew J. Brown Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Indianapolis**          **IN**    **46202**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.149** Nonpriority creditor's name and mailing address

**Brodson Construction**

**167 NE 39th St.**

_____

**Miami**     **FL**    **33137**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.150** Nonpriority creditor's name and mailing address

**Brooklyn Pier 1 Residential**

**Owner, LP**

**90 & 130 Furman Street**

**Brooklyn**     **NY**    **11201**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.151** Nonpriority creditor's name and mailing address

**BROOKSIDE MEZZANINE FUND III, L.P.**

**ATTN: GREGORY FOY**

**201 TRESSER BOULEVARD, SUITE 330**

**STAMFORD**     **CT**    **06901**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,094,212.26**

---

**3.152** Nonpriority creditor's name and mailing address

**Brown Construction**

**200 N Washington St**

_____

**Milledgeville**     **IL**    **61051**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **Stone Panels, Inc.**      Case number (if known)   **16-32856-11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                      Amount of claim

**3.153** Nonpriority creditor's name and mailing address

**BRYAN BENSON**

**1023 SHILOH CIRCLE**

Argyle          TX    76226

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$40.00**

---

**3.154** Nonpriority creditor's name and mailing address

**BRYAN CAVE LLP**

**211 NORTH BROADWAY**

**SUITE 3600**

ST. LOUIS        MO    63102

Date or dates debt was incurred    2/16/2016-6/8/2016

Last 4 digits of account number   6   9   1   7

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$43,361.07**

---

**3.155** Nonpriority creditor's name and mailing address

**Buch Construction**

**10945 John Hopkins Road**

Laurel        MD    20723

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.156** Nonpriority creditor's name and mailing address

**BUCKMAN LABORATORIES, INC.**

**1256 NORTH McLEAN BLVD**

MEMPHIS        TN    38108

Date or dates debt was incurred    5/27/2016-6/17/2016

Last 4 digits of account number   0   0   1   0

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,181.00**

---

| Debtor | **Stone Panels, Inc.** | | Case number (if known) | **16-32856-11** |

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.157** Nonpriority creditor's name and mailing address

**Builders Showcase, Inc.**

**P.O. Box 6367**

| | | |
| Vero Beach | FL | 32961 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$0.00

---

**3.158** Nonpriority creditor's name and mailing address

**Builders Stone & Masonry**

**616 N Rogers Road**

| | | |
| Olathe | KS | 66062 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$0.00

---

**3.159** Nonpriority creditor's name and mailing address

**Bur Wil Construction Company**

**620 Locust St**

| | | |
| Bristol | TN | 37621 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$0.00

---

**3.160** Nonpriority creditor's name and mailing address

**Burge Construction**

**20190 Orchard Rd.**

| | | |
| Marysville | OH | 43040 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$0.00

---

Debtor **Stone Panels, Inc.**     Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.161** Nonpriority creditor's name and mailing address     **$0.00**

**Burgio & Camppofelice, Inc.**

**2510 Walden Avenue**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Buffalo**     **NY**    **14227**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.162** Nonpriority creditor's name and mailing address     **$0.00**

**Burns & Scalo-Roofing & Bldg.**

**22 Rutgers Rd.**

**Suite 200**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Pittsburgh**     **PA**    **15205**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.163** Nonpriority creditor's name and mailing address     **$878.71**

**C & L COMMERCIAL MOWING**

**625 CURTIS RD**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services**

**BURLESON**     **TX**    **76028**

Date or dates debt was incurred    **6/25/2016**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.164** Nonpriority creditor's name and mailing address     **$0.00**

**C&C Construction Management**

**10063 Sandmeyer Lane**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Philadelphia**     **PA**    **19116**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor      **Stone Panels, Inc.**                                    Case number (if known)   **16-32856-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.165**   Nonpriority creditor's name and mailing address

**C.A. Matson Glass Co., Inc.**

**623 Centre St.**

**Brockton, MA 2302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

**3.166**   Nonpriority creditor's name and mailing address

**C.E.C. Elevator Cab Corp.**

**540 Manida Street**

Bronx                          NY      10474

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

**3.167**   Nonpriority creditor's name and mailing address

**C.J. O'Shea & Co., Ltd.**

**Granard Business Centre**

**Bunns Lane**

**Mill Hill**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

**3.168**   Nonpriority creditor's name and mailing address

**C.M.S. NORTH AMERICA, INC**

**4095 KARONA COURT**

CALEDONIA                      MI      49316

Date or dates debt was incurred    2/16/2016-6/16/2016

Last 4 digits of account number  O  1  7  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$34,386.07

Debtor **Stone Panels, Inc.**                    Case number (if known)  **16-32856-11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.169 | Nonpriority creditor's name and mailing address |

**C.N. Bailey & Co., Inc.**

**211 Kilsby Circle**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Amount of claim: $0.00**

**Bessemer**          **AL**    **35022**

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address |

**C.R. LAURENCE CO., INC.**

**2080 LONE STAR DRIVE**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Amount of claim: $1,760.98**

**DALLAS**          **TX**    **75212**

Basis for the claim: _____

Date or dates debt was incurred  **5/25/2016-6/29/2016**

Last 4 digits of account number  **1  6  4  5**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address |

**C/S Erectors Inc.**

**1688 Abrah Ct**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Amount of claim: $0.00**

**San Leandro**          **CA**    **94577**

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address |

**CA FRANCHISE TAX BOARD**

**PO BOX 942857**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Amount of claim: $0.00**

**SACRAMENTO**          **CA**    **94257-0501**

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

     Amount of claim

---

**3.173**    Nonpriority creditor's name and mailing address

**Cab Interior Design**

**1106 Clayton Lane Ste 514 West**

**Austin**        **TX**     **78723**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.174**    Nonpriority creditor's name and mailing address

**Cabcraft Interiors, Inc.**

**3700 Pennington Ave.**

**Curtis Bay**        **MD**     **21226**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.175**    Nonpriority creditor's name and mailing address

**Cabworks, LLC**

**3747 Acorn Lane**

**Franklin Park**        **IL**     **60131**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.176**    Nonpriority creditor's name and mailing address

**Cal Wadsworth Construction**

**3033 North Norfolk**

**Mesa**        **AZ**     **85215**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

Debtor    **Stone Panels, Inc.** _____     Case number (if known)  **16-32856-11** _____

### Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**$0.00**

**Caldwell Constructors** _____

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.178**    Nonpriority creditor's name and mailing address

**$1,430.00**

**CALIFORNIA STATE COMP INS FUND**

**9801 CAMINO MEDIA**

**SUITE 101**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**BAKERSFIELD          CA     93311**

Date or dates debt was incurred  **6/1/16**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **1   0   1   5**

---

**3.179**    Nonpriority creditor's name and mailing address

**$0.00**

**Camarata Masonry Systems, Ltd**

**16465 West Hardy Road**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Houston          TX     77060**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.180**    Nonpriority creditor's name and mailing address

**$0.00**

**Camillo Office Furniture, Inc.**

**4400 SW 75th St.**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Miami          FL     33155**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor **Stone Panels, Inc.**                                Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

**3.181** Nonpriority creditor's name and mailing address

**Carco Builders**

**25 South Service Rd**

**Jericho, NY**

**$0.00**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.182** Nonpriority creditor's name and mailing address

**Cardinal Roofing Inc.**

**1725 N Packer Road**

**Springfield          MO      65803**

**$0.00**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.183** Nonpriority creditor's name and mailing address

**CARENOW CORP**

**645 E STATE HWY 121**

**SUITE 600**

**COPPELL          TX      75019**

**$980.00**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **5/1/2016-7/1/2016**

Last 4 digits of account number  __S__ __P__ __N__ __L__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.184** Nonpriority creditor's name and mailing address

**Caribe Tecno, Inc.**

**P.O. Box 360099**

**San Juan          PR      00936-0099**

**$0.00**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Stone Panels, Inc.** | Case number (if known) | **16-32856-11** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.185** Nonpriority creditor's name and mailing address

**CARLO TELARA, SRL**

**VIA CARRIONA, 263**

**54031 - AVENZA**

**CARRARA (MS), ITALY**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**$36,001.81**

Date or dates debt was incurred **5'/10/2016-7/15/2016**

Last 4 digits of account number **2 9 4**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.186** Nonpriority creditor's name and mailing address

**Carlos Perez San Martin**

**834 Driggs Ave**

**Brooklyn            NY      11211**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.187** Nonpriority creditor's name and mailing address

**Carmel Architectural Sales**

**4907 E. Landon Dr.**

**Anaheim            CA      92807**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.188** Nonpriority creditor's name and mailing address

**Carol Swelow, Arcitect**

**135 W. 17th Street**

**New York            NY      10011**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.189**   Nonpriority creditor's name and mailing address

Carolina Granite & Marble, Inc

3201 Hwy. 17, BiPass South

Myrtle Beach     SC    29587

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.190**   Nonpriority creditor's name and mailing address

Carrier Construction

P.O. Box 68

4774 West Hickory Road

Hickory Corners     MI    49060

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.191**   Nonpriority creditor's name and mailing address

Castle Restoration

53-22 Thirty-Fifth Street

Long Island City     NY    11101

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.192**   Nonpriority creditor's name and mailing address

Cava Contruction

15 South MacQuesten Pkwy

Mount Vernon     NY    10550

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.193**   Nonpriority creditor's name and mailing address

**CB&E Construction Group**

**17724 Edison**

**Chesterfield**      **MO**    **63005**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.194**   Nonpriority creditor's name and mailing address

**Channel Building Company**

**355 Middlesex Avenue**

**Wilmington, MA 1887**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.195**   Nonpriority creditor's name and mailing address

**Charlotte Glass Contractors**

**8520 Crown Crescent Ct**

**Charlotte**      **NC**    **28227**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.196**   Nonpriority creditor's name and mailing address

**Chauvin Arkhitekton, Inc.**

**131 Nursery Ave.**

**Metairie**      **LA**    **70005-4223**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.197**   Nonpriority creditor's name and mailing address

**Cherokee Glass**

**930 North Freedom St.**

**Ravenna**      **OH**      **44266**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.198**   Nonpriority creditor's name and mailing address

**Chesapeake Contracting Group**

**25 Main Street**

**Suite 300**

**Reisterstown**      **MD**      **21136**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.199**   Nonpriority creditor's name and mailing address

**Choate Construction**

**1671 Belle Isle Avenue**

**Suite 100**

**Mount Pleasant**      **SC**      **29464**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.200**   Nonpriority creditor's name and mailing address

**Choice Fabricated Stone**

**6308 Eden Drive**

**Haltom City**      **TX**      **76117**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                **Amount of claim**

**3.201**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                 **$0.00**

**Christa Construction, LLC**

**119 Victor Heights Pkwy.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Victor**      **NY**   **14564**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.202**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                 **$0.00**

**CIC LTD**

**35 PENSBURY PLACE**

**LONDON,**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.203**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                 **$0.00**

**CinTech Construction**

**4865 Duck Creek Road**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Cincinnati**      **OH**   **45227**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.204**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:              **$1,892.82**

**CIT**

**10201 CENTRUION PKWY**

**SUITE 100**

**ATTN: BANKRUPCY MANAGEMENT**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**JACKSONVILLE**      **FL**   **32256**

Date or dates debt was incurred    **7/6/2016**

Last 4 digits of account number   **7**   **0**   **0**   **0**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Stone Panels, Inc.**                          Case number (if known) **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Nonpriority creditor's name and mailing address: **3.205**

**Citadel Builders, LLC**

**3516 Hessmer Ave**

**Metairie**              **LA**      **70002**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Amount of claim: $0.00**

---

**3.206**  Nonpriority creditor's name and mailing address

**CITRIX ONLINE LLP**

**FILE 50264**

**Los Angeles**           **CA**      **90074-0264**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Amount of claim: $565.23**

---

**3.207**  Nonpriority creditor's name and mailing address

**City Lifts**

**858 Cienega Avenue**

**San Dimas**             **CA**      **91733**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Amount of claim: $0.00**

---

**3.208**  Nonpriority creditor's name and mailing address

**City of Cerritos**

**Attn:  Kanna Vanches Waran**

**18125 Bloomfield Ave.**

**Cerritos**              **CA**      **90703**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Amount of claim: $0.00**

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.209**   Nonpriority creditor's name and mailing address

**City Sign Service**

**424 Caredean**

Horsham      PA    19044

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.210**   Nonpriority creditor's name and mailing address

**Claremont Construction Group**

**49 Rt 202, PO Box 808**

**Far Hills, NJ 7931**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.211**   Nonpriority creditor's name and mailing address

**Claris Construction, Inc.**

**153 S. Main Street**

**Newtown, CT 6470**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.212**   Nonpriority creditor's name and mailing address

**Clark Builders**

**4703-52 Avenue**

**Edmonton, AB T6B 3R6**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Stone Panels, Inc.**                                   Case number (if known)  **16-32856-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,890.50 |

**CLARK DIETRICH BUILDING SYSTEMS**

**10340 DENTON DRIVE**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**DALLAS**                    **TX**    **75220**

Date or dates debt was incurred   **6/8/2016**

Last 4 digits of account number   **0   7   3   9**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Cleveland Construction Inc.**

**110 Venture Drive**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Pataskala**                 **OH**    **43062**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Clifford Masonry Ltd**

**1190 Birchmount Road**

**M1P 2B8**

**Scarborough,**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**CM & Associates Construction**

**Management, LLC**

**1 Washington Park,**

**Suite 1300-B**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Stone Panels, Inc.**                                   Case number (if known) **16-32856-11**

## Part 2:      Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                   Amount of claim

| | | |
|---|---|---|
| **3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $3,393.92 |

**CMBC INVESTMENTS, LLC**

**DBA BUSINESS ESSENTIALS**

**800 PORT AMERICA PLACE #500**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**GRAPEVINE            TX     76051**

**Basis for the claim:**

Date or dates debt was incurred      **5/9/2016-7/13/2016**      Is the claim subject to offset?

Last 4 digits of account number      **7   6   8   0**
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.218** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |

**CMBlack Construction Co.**

**797 Davidson Drive**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Concord            NC     28025**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __
- ☑ No
- ☐ Yes

Is the claim subject to offset?

---

| | | |
|---|---|---|
| **3.219** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |

**CMS Willowbrook**

**3108 S. 9th St.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Chickasha            OK     73018**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.220** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |

**Coastal Construction**

**299 NE 38th St**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Miami            FL     33137**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor __**Stone Panels, Inc.**_____     Case number (if known) __**16-32856-11**__

---

## Part 2:     Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | |
|---|---|
| **3.221**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | Amount of claim |
|---|---|
| **3.221**   Nonpriority creditor's name and mailing address | **$0.00** |

**Cobblestone**

**2207 W. Gowan**

**North Las Vegas**                    **NV**    **89032**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | Amount of claim |
|---|---|
| **3.222**   Nonpriority creditor's name and mailing address | **$0.00** |

**Cogela**

**Montreal,**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | Amount of claim |
|---|---|
| **3.223**   Nonpriority creditor's name and mailing address | **$0.00** |

**Colfax Construction Co.**

**2510 Belmar Blvd. I-16**

**Belmar, NJ 7719**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | Amount of claim |
|---|---|
| **3.224**   Nonpriority creditor's name and mailing address | **$7,400.00** |

**COLLABORATIVE STRATEGIES, INC**

**1610 DES PERES ROAD**

**SUITE 201**

**ST. LOUIS**                    **MO**    **63131**

Date or dates debt was incurred    **1/29/2016**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Stone Panels, Inc.**     Case number (if known) **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Collins Tile and Stone**

**4715 U.S. 84**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Lubbock**     **TX**   **79416**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**COLORADO DEPT OF REVENUE**

**1375 SHERMAN STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**DENVER**     **CO**   **80261**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Columbia Elevator Product**

**175 N. Main Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Port Chester**     **NY**   **10573**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**COMERICA COMMERCIAL CARD SERVICES**

**DEPARTMENT #166901**

**PO BOX 55000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**DETROIT**     **MI**   **48255**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **2** **7** **3** **8**

---

Debtor   **Stone Panels, Inc.**                                  Case number (if known)  **16-32856-11**

---

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.229**  Nonpriority creditor's name and mailing address

**Commercial Building Services**

**7561 S. Grant Street Suite A-4**

**Littleton**                **CO**      **80122**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.230**  Nonpriority creditor's name and mailing address

**Commercial Construction, Inc.**

**7048 Steger Road**

**Frankfort**                **IL**      **60423**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.231**  Nonpriority creditor's name and mailing address

**Commercial Contractors, Inc.**

**4900 Fairbanks St.**

**Anchorage**                **AK**      **99503**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.232**  Nonpriority creditor's name and mailing address

**Commercial Flooring, Inc.**

**5001 Hwy. 80 West**

**Jackson**                **MS**      **39209**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **Stone Panels, Inc.**      Case number (if known)   **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

| | | |
|---|---|---|
| **3.233** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$0.00**

Commodor Construction

230 South 5th Ave

☐ Contingent
☐ Unliquidated
☐ Disputed

Mount Vernon      NY    10550

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | | |
|---|---|---|
| **3.234** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$38,625.42**

COMPOSITES ONE LLC

3000 WESLEY WAY

☐ Contingent
☐ Unliquidated
☐ Disputed

RICHLAND HILLS      TX    76118

**Basis for the claim:**

Date or dates debt was incurred   5/9/2016-7/14/2016

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   8   6   0   0

---

| | | |
|---|---|---|
| **3.235** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$0.00**

Concept Elevator Group

9100 NW 58th St.

☐ Contingent
☐ Unliquidated
☐ Disputed

Doral      FL    33178

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | | |
|---|---|---|
| **3.236** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$0.00**

Conewago

660 Edgegrove Road

☐ Contingent
☐ Unliquidated
☐ Disputed

Hanover      PA    17331

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor    **Stone Panels, Inc.**     Case number (if known)   **16-32856-11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.237**   Nonpriority creditor's name and mailing address

**Conewago Enterprises, Inc.**

**660 Edgegrove Road**

Hanover     **PA**   **17331**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.238**   Nonpriority creditor's name and mailing address

**CONNECTICUT SALES AND USE**

**25 Sigourney St., Suite 2**

**Hartford, CT 6106**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$5,081.00**

---

**3.239**   Nonpriority creditor's name and mailing address

**CONSOLIDATED COMMUNICATIONS**

**PO BOX 66523**

**ST. LOUIS**     **MO**   **63166**

Date or dates debt was incurred   **7/6/2016**

Last 4 digits of account number   **0 0 0 0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1,625.35**

---

**3.240**   Nonpriority creditor's name and mailing address

**CONSTELLATION NEWENERGY, INC**

**10 S DEARBORN ST**

**51ST FLOOR**

**CHICAGO**     **IL**   **60603**

Date or dates debt was incurred   **6/21/2016**

Last 4 digits of account number   **2 0 9 5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$3,048.72**

---

| Debtor | **Stone Panels, Inc.** | Case number (if known) | **16-32856-11** |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.241** Nonpriority creditor's name and mailing address

**Continental Cust Stone**

**PO Box 37**

**Florence**     **TX**    **76527**

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
_____

**$0.00**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.242** Nonpriority creditor's name and mailing address

**Continental Marble, Inc.**

**1347 Lincoln Ave**

**Holbrook**     **NY**    **11741**

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
_____

**$0.00**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.243** Nonpriority creditor's name and mailing address

**Cooper Trading Co.**

**P.O. Box 339**

**Irwin**     **PA**    **15642**

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
_____

**$0.00**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.244** Nonpriority creditor's name and mailing address

**COPPELL HEATING & AIR CONDITIO**

**556 S COPPELL ROAD**

**SUITE 104**

**COPPELL**     **TX**    **75019**

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
_____

**$0.00**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.245** Nonpriority creditor's name and mailing address

**COPPELL UTILITY DEPT**

**255 PARKWAY RD**

**COPPELL**      **TX**      **75019**

Date or dates debt was incurred    **6/30/2016**

Last 4 digits of account number    **0 0 0 4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,008.92**

---

**3.246** Nonpriority creditor's name and mailing address

**Corbet Group Inc**

**1027 Dragon St**

**Dallas**      **TX**      **75207**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.247** Nonpriority creditor's name and mailing address

**Corcoran Glass & Paint, Inc.**

**N1000 Craftsman Drive**

**Greenville**      **WI**      **54942**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.248** Nonpriority creditor's name and mailing address

**Cornhusker Tile & Marble Co.**

**220 W. Industrial Lake Dr.**

**Lincoln**      **NE**      **68528**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                           Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

**3.249**   Nonpriority creditor's name and mailing address

**Corporate Contractors, Inc.**

**655 3rd Street, Suite 300**

**Beloit**                **WI**    **53511**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.250**   Nonpriority creditor's name and mailing address

**CORPORATE COVERAGE**

**403 W PENNSYLVANIA AVENUE**

**TOWSON**                **MD**    **21204**

Date or dates debt was incurred   **6/2/2016-7/5/2016**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$339.48**

---

**3.251**   Nonpriority creditor's name and mailing address

**Couverture Montreal Nord Ltee**

**8200 Lafrenaie**

**St- Leonard, QU H1P 2A9**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.252**   Nonpriority creditor's name and mailing address

**Cover Structure Ltd**

**New Market Approach**

**Cross Green Trading Estate**

**LS9 0RJ**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor  **Stone Panels, Inc.**                          Case number (if known)  **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| **3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**COWBOY CONCRETE**

**8503 STILLWATER DR**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**               **TX**     **75243**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Craig Stovall Masonry Inc.**

**, MO**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Creative Construction Inc.**

**660 Oakland Avenue**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Staten Island**          **NY**     **10310-3155**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Creative Contractors, Inc.**

**620 Drew Street**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Clearwater**             **FL**     **33755**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Stone Panels, Inc.**          Case number (if known) **16-32856-11**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.257** Nonpriority creditor's name and mailing address

**CROSS COUNTRY FREIGHT SERVICES, INC**

**4734 HWY 59 S**

**JEFFERSON**      **TX**    **75657**

Date or dates debt was incurred    **5/13/2016-6/30/2016**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$131,400.00**

---

**3.258** Nonpriority creditor's name and mailing address

**Crossland Construction Co.**

**1800 S. 52nd St. Suite 300**

**Rogers**      **AR**    **72758**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.259** Nonpriority creditor's name and mailing address

**Crown Corr Inc.**

**7100 West 21st Avenue**

**Gary**      **IN**    **46406**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.260** Nonpriority creditor's name and mailing address

**CSTB LE FUTUR EN CONSTRUCTION**

**84 AVENUE, JEAN JAURES**

**CHAMPS-SUR-MARNE**

**CEDEX 2**

Date or dates debt was incurred    **5/1/2016**

Last 4 digits of account number   **4**   **6**   **0**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,465.97**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Curtainwall Erectors**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Curtis Hunt Restoration, Inc.**

**14915 Cassiano Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Elmendorf**      **TX**    **78112**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Custom Cabs, Ind.**

**7603 St. Andrews Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**San Diego**      **CA**    **92154**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Custom Metal Fabricators**

**1317 West Orange Grove Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Orange**      **CA**    **92865**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor  **Stone Panels, Inc.**                          Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.265** Nonpriority creditor's name and mailing address

**Cutler Associates Inc**

**43 Harvard St**

**PO Box 15049**

**Worcester, MA 1615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.266** Nonpriority creditor's name and mailing address

**CWS CORPORATE LEASING LLC**

**DBA CWS CORPORATE HOUSING**

**9606 N MOPAC EXPRWY**

**SUITE 500**

**AUSTIN**              **TX**      **78759**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.267** Nonpriority creditor's name and mailing address

**D & J Tile, Inc.**

**253 Spring St.**

**Redwood City**        **CA**      **94063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.268** Nonpriority creditor's name and mailing address

**D&H Masonry, Inc**

**5719 Edward Dr**

**Houston**             **TX**      **77032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor __**Stone Panels, Inc.**_____ Case number (if known) __**16-32856-11**_____

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

__**D.F. Chase Construction, Inc.**_____

__**Attn:  Brian Murdock**_____

__**3001 Armory Drive, Suite 200**_____

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

__**Nashville**_____ **TN**____ **37204**____ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

__**D.L. Rogers Corporation**_____

__**1225 S Main Street**_____

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

__**Grapevine**_____ **TX**____ **76051**____ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

__**Dale Construction Co., Inc.**_____

__**76 Limekiln Pike**_____

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

__**Glenside**_____ **PA**____ **19038**____ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,991.00 |
|---|---|---|---|

__**DALLAS AC HORN AND COMPANY**_____

__**DBA AC HORN MANUFACTURING**_____

__**1269 MAJESTY DRIVE**_____

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

__**DALLAS**_____ **TX**____ **75247**____ _____

Date or dates debt was incurred __**5/20/2016-713/16**__

Last 4 digits of account number __**1**__ __**2**__ __**9**__ __**5**__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Stone Panels, Inc.**                                Case number (if known) **16-32856-11**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.273** Nonpriority creditor's name and mailing address

**DaMark Construction**

**6 Quackenbush Lane**

**Park Ridge, NJ 7656**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.274** Nonpriority creditor's name and mailing address

**Dan Lepore & Sons Company**

**501 Washington Street**

**Conshohocken          PA     19428**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.275** Nonpriority creditor's name and mailing address

**Dan Winker**

**105111 S. 4758 Rd.**

**Muldrow          OK     74948**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.276** Nonpriority creditor's name and mailing address

**Dandara Jersey Limited**

**Spectrum Head Office**

**Gloucester Street**

**Jersey JE2 3DG**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**  Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.277** Nonpriority creditor's name and mailing address

**Dane Architectural Systems**

**Viking Works**

**Newcastle Upon Tyne**

**NE17 7SY**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

$0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.278** Nonpriority creditor's name and mailing address

**Danis Building Const. Co.**

**3233 Newmark Drive**

**Miamisburg** **OH** **45342**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

$0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.279** Nonpriority creditor's name and mailing address

**Daprato Rigali Studios**

**6030 N. Northwest Highway**

**Chicago** **IL** **60631**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

$0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.280** Nonpriority creditor's name and mailing address

**DARR EQUIPMENT CO**

**350 BANK ST**

**SOUTHLAKE** **TX** **76092**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

$9,430.19

Date or dates debt was incurred **5/24/2016-7/11/2016**

Last 4 digits of account number **8** **8** **9** **2**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor **Stone Panels, Inc.**  Case number (if known) **16-32856-11**

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.281** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$0.00** |

**Datesweiser Furniture Corp.**

**1700 Broadway St.**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Buffalo**   **NY**   **14212**

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim **$0.00**

**3.282** Nonpriority creditor's name and mailing address

**Datex, Inc.**

**3445 NW Alpine Dr.**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Camas**   **WA**   **98607**

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim **$0.00**

**3.283** Nonpriority creditor's name and mailing address

**David Howell Design, Inc.**

**200 Park Ave. South**

**Suite 1518**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**New York**   **NY**   **10003**

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim **$0.00**

**3.284** Nonpriority creditor's name and mailing address

**Davis Construction Corporation**

**12530 Parklawn Drive**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Rockville**   **MD**   **20852**

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor   **Stone Panels, Inc.**                                                    Case number (if known)  **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.285**   **Nonpriority creditor's name and mailing address**

**Davis Contractors Inc.**

**740 Bonanza Ave**

_____

**Anchorage**                 **AK**     **99518**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.286**   **Nonpriority creditor's name and mailing address**

**Dayton Walls & Ceilings**

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.287**   **Nonpriority creditor's name and mailing address**

**DB2 Services, Inc.**

**508 So. 14th St.**

_____

**Kansas City**                **KS**     **66105**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.288**   **Nonpriority creditor's name and mailing address**

**DCR, Inc.**

**6 B Street**

**Burlington, MA 1803**

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.289** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$0.00**<br>Check all that apply. |

**Decor II, Inc.**

**2985 West 29th Street**

**Suite D-E**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Greeley**      **CO**    **80631**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| | |
|---|---|
| **3.290** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$0.00**<br>Check all that apply. |

**Decorum Architectural Stone**

**415 E. Saint Elmo**

**Suite F-1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Austin**      **TX**    **78745**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| | |
|---|---|
| **3.291** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$0.00**<br>Check all that apply. |

**Dee Brown, Inc.**

**P.O. Box 570335**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Dallas**      **TX**    **75357**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| | |
|---|---|
| **3.292** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$0.00**<br>Check all that apply. |

**Deepdale Solutions, Ltd.**

**Queens Meadow, Hartpool**

**Tees Valley**

**TS25 5TB**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor  **Stone Panels, Inc.**                                   Case number (if known)  **16-32856-11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,218.97** |
| --- | --- | --- | --- |

**DELL MARKETING L.P.**

**PO BOX 676021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**                    **TX**     **75267-6021**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,218.97** |
| --- | --- | --- | --- |

**DELL USA LP**

**DBA DELL FINANCIAL SERVICES**

**ONE DELL WAY**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**ROUND ROCK**              **TX**     **78682**

Date or dates debt was incurred   **6/13/2016-6/21/2016**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5   1   8   1**

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
| --- | --- | --- | --- |

**Delta Southern Construction**

**7053 S. Tamiami Trail**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Sarasota**                  **FL**     **34240**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
| --- | --- | --- | --- |

**Delta Southern Construction**

**7053 South Tamiami Trail**

**Suite D**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Sarasota**                  **FL**     **34231**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| Debtor | **Stone Panels, Inc.** | Case number (if known) | **16-32856-11** |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.297** Nonpriority creditor's name and mailing address

**DeMarco Brothers Co.**

**1324 Leavenworth St.**

**Omaha**     **NE**    **68102**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.298** Nonpriority creditor's name and mailing address

**Dennis Freemyer**

**The Exec. Res.,**

**The White House**

**1600 Pennsylvania Ave.**

**Washington**     **DC**    **20006**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.299** Nonpriority creditor's name and mailing address

**Denver Marble Company**

**3180 S. Platte River Dr.**

**Englewood**     **CO**    **80110**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.300** Nonpriority creditor's name and mailing address

**Derocher Construction**

**3118 E. Hill Rd.**

**Grand Blanc**     **MI**    **48439**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor  **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

        Amount of claim

**3.301**   Nonpriority creditor's name and mailing address     **As of the petition filing date, the claim is:**       **$0.00**
*Check all that apply.*

**Design Communications LTD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.302**   Nonpriority creditor's name and mailing address     **As of the petition filing date, the claim is:**       **$0.00**
*Check all that apply.*

**Design Logistics LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.303**   Nonpriority creditor's name and mailing address     **As of the petition filing date, the claim is:**       **$0.00**
*Check all that apply.*

**Designed Roofing System**

**4850 Jeffory Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Springfield**      **IL**    **62703**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.304**   Nonpriority creditor's name and mailing address     **As of the petition filing date, the claim is:**       **$0.00**
*Check all that apply.*

**Designer Doors**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor **Stone Panels, Inc.**                                      Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.305 | Nonpriority creditor's name and mailing address |
|---|---|

**DFW GRATING INC**

**1200 LAWSON RD**

**FORT WORTH**          **TX**     **76131**

Date or dates debt was incurred     **5/16/2016**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,136.63**

---

| 3.306 | Nonpriority creditor's name and mailing address |
|---|---|

**Dickson Cameron Construction**

**6184 Innovation Way**

**Carlsbad**          **CA**     **92009-1728**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.307 | Nonpriority creditor's name and mailing address |
|---|---|

**Dilip C Khale Architect, PC**

**135 Spagnoli Road**

**Melville**          **NY**     **11747**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.308 | Nonpriority creditor's name and mailing address |
|---|---|

**Diniz Design Inc.**

**11962 Lakeland Park Blvd.**

**Baton Rouge**          **LA**     **70809**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor **Stone Panels, Inc.**                                     Case number (if known) **16-32856-11**

---

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.309** Nonpriority creditor's name and mailing address

**Distinctive Wood Products**

**P.O. Box 450107**

Atlanta                    GA      31145

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.310** Nonpriority creditor's name and mailing address

**Diversified Glass & Storefront**

**4526 Bullard Avenue**

Bronx                      NY      10470

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.311** Nonpriority creditor's name and mailing address

**Dixie Construction, LLC**

**3715 N. Business Dr., #201**

Fayetteville               AR      72703

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.312** Nonpriority creditor's name and mailing address

**DJS INTERNATIONAL SERVICES**

**4215 GATEWAY DRIVE**

**SUITE 100**

COLLEYVILLE                TX      76034

Date or dates debt was incurred    **6/2/2016-7/6/2016**

Last 4 digits of account number    **C  E  J  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$140,693.42**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

       **Amount of claim**

| | |
|---|---|
| **3.313**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:**    **$0.00** |

**DM Products**

**1019 Transit Blvd.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Bethel Park**     **PA**    **15102**

**Basis for the claim:**

_____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| | |
|---|---|
| **3.314**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:**    **$0.00** |

**DNA Contracting**

**322 Eighth Ave. Suite 801**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**New York**     **NY**    **10001**

**Basis for the claim:**

_____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| | |
|---|---|
| **3.315**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:**    **$0.00** |

**Dobco Inc.**

**30 Galesi Drive**

**Wayne, NJ 7470**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| | |
|---|---|
| **3.316**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:**    **$0.00** |

**Doerre Construction**

**2459 Wilkinson Boulevard**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Charlotte**     **NC**    **28208**

**Basis for the claim:**

_____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor **Stone Panels, Inc.**                                    Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**Don Matheson LLC**

**99 Springs Close Hightway**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

East Hampton                NY      11937

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**Don Moore**

**132 Charles St.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Annapolis                MD      21401

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**DonLevy Laboratories**

**1551 E. 89th St.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Merrillville                IN      46410

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**Douglas Colony**

**5901 E 58th Ave**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Commerce City                CO      80022

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

    Amount of claim

| | |
|---|---|
| **3.321**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**$0.00**

**3.321**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**DPR Construction**

☐ Contingent

**Attn: Accounts Payable**

☐ Unliquidated

**2400 Maitland Center Parkway**

☐ Disputed

**Suite 315**

Basis for the claim:

**Maitland**      **FL**    **32751**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.322**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**DPR Construction, a General**

☐ Contingent

**Partnership**

☐ Unliquidated

**1450 Veterans Blvd**

☐ Disputed

Basis for the claim:

**Redwood City**      **CA**    **94063**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.323**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Drywall & Acoustics of N.E., I**

☐ Contingent

**3161 Albany Post Rd.**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Buchanan**      **NY**    **10511**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.324**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Duffy Construction Company, In**

☐ Contingent

**411 Waverley Oaks Rd.**

☐ Unliquidated

**Suite 340**

☐ Disputed

**Waltham, MA 2452**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor **Stone Panels, Inc.** _____ Case number (if known) **16-32856-11** _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.325** Nonpriority creditor's name and mailing address

**Duggan & Marcon, Inc.**

**3400 High Point Blvd.**

_____

_____

**Bethlehem** **PA** **18017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

**$0.00**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.326** Nonpriority creditor's name and mailing address

**Durkin Enterprises LLC**

**730 Dumant Dr**

_____

_____

**Richardson** **TX** **75090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

**$0.00**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.327** Nonpriority creditor's name and mailing address

**E-Central Credit Union**

**990 S. Fair Oaks Ave.**

_____

_____

**Pasadena** **CA** **91105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

**$0.00**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.328** Nonpriority creditor's name and mailing address

**E. Anthony Inc.**

**18521 Spring Creek Dr. Unit F**

_____

_____

**Tinley Park** **IL** **60477**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

**$0.00**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                      Amount of claim

---

**3.329**   Nonpriority creditor's name and mailing address

E. Cab

2880 46th Ave. North

Saint Petersburg     FL    33714

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.330**   Nonpriority creditor's name and mailing address

E.F. & I. Design Systems

P.O. Box 969

35529 fFM 1093

Simonton     TX    77476

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.331**   Nonpriority creditor's name and mailing address

E.F. Wall Associates

131 South Main Street

Barre, VT 5641

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.332**   Nonpriority creditor's name and mailing address

Easley & Rivers, Inc.

207 Townsend Dr.

Monroeville     PA    15146

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor   **Stone Panels, Inc.**                                    Case number (if known)  **16-32856-11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                 Amount of claim

---

**3.333**   Nonpriority creditor's name and mailing address

**East 102nd St. Realty LLC**

**1200 Union Turnpike**

**New Hyde Park**          **NY**    **11040**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.334**   Nonpriority creditor's name and mailing address

**East Harding, Inc.**

**2230 Cottondale Lane #3**

**Little Rock**          **AR**    **72202**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.335**   Nonpriority creditor's name and mailing address

**Ed Grush General Contractor**

**3236 East Willow Street**

**Signal Hill**          **CA**    **90755**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.336**   Nonpriority creditor's name and mailing address

**EDI/ECI**

**15 Jane Street**

**Paterson, NJ 7522**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                  Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.337**  Nonpriority creditor's name and mailing address

**EECU**

**Accounts Payable Department**

**P.O. Box 1687**

**Fort Worth**                **TX**      **76101-1687**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.338**  Nonpriority creditor's name and mailing address

**Eklund's, Inc.**

**P.O. Box 1566**

**Grapevine**                **TX**      **76099**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.339**  Nonpriority creditor's name and mailing address

**Eldridge Ranch & Groves**

**1712 Parnell Road**

**Zolfo Springs**                **FL**      **33890**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.340**  Nonpriority creditor's name and mailing address

**Elements, Inc.**

**319 AABC**

**Unit J**

**Aspen**                **CO**      **81611**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**     Case number (if known) **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

            **Amount of claim**

| | |
|---|---|
| **3.341** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim: $0.00**

**3.341** Nonpriority creditor's name and mailing address

**Elevadores Otis, S.A. de C.V.**

**Calle 10 No. 145 2do. Piso Col**

**San Pedro de los Pinos**

**Mexico, D.F. C.P. 01180 Deleg.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _ _ _ _

**$0.00**

---

**3.342** Nonpriority creditor's name and mailing address

**Elevator Cab Technicians, Inc.**

**21-16 40th Avenue**

**Long Island City**     **NY**   **11101**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _ _ _ _

**$0.00**

---

**3.343** Nonpriority creditor's name and mailing address

**Eli Wilner & Company**

**1525 York Avenue**

**New York**     **NY**   **10028**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _ _ _ _

**$0.00**

---

**3.344** Nonpriority creditor's name and mailing address

**Elite Elevator Cab, Inc.**

**118 Fulton Avenue**

**Garden City Park**     **NY**   **11040**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _ _ _ _

**$0.00**

---

| Debtor | **Stone Panels, Inc.** | Case number (if known) | **16-32856-11** |

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.345** Nonpriority creditor's name and mailing address

**Elite Granite & Marble**

**P.O. Box 787**

**Hillsboro**      **OR**    **97123**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.346** Nonpriority creditor's name and mailing address

**EMCO Elevator Co**

**9101 East Hampton Dr.**

**Capitol Heights**      **MD**    **20743**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.347** Nonpriority creditor's name and mailing address

**Emerald Tile & Marble**

**545 W 45th Street, Suite 6F**

**New York**      **NY**    **10036**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.348** Nonpriority creditor's name and mailing address

**Emerson Construction LLC**

**411 Waverley Oaks Rd.**

**Suite 340**

**Waltham, MA 2452**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **Stone Panels, Inc.**      Case number (if known)   **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                     **Amount of claim**

| | |
|---|---|
| **3.349** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim: $0.00**

**Engineered Wall Systems**

**5591 West Leo Park Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**West Jordan       UT     84088**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.350** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim: $0.00**

**Engineers Assemblies, Inc.**

**Toronto,**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.351** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim: $9,510.00**

**ENGLAND LOGISTICS**

**ATTN: ACCOUNTS RECEIVABLE**

**1325 S 4700 W**

☐ Contingent
☐ Unliquidated
☐ Disputed

**SALT LAKE CITY      UT    84104**

**Basis for the claim:**

Date or dates debt was incurred   **5/16/2016-6/20/2016**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **O   C   O   P**

---

**3.352** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim: $0.00**

**Environmental Interiors, Inc.**

**13 River Rd.**

**Hudson, NH 3051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor  **Stone Panels, Inc.**        Case number (if known) __16-32856-11__

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.353 | Nonpriority creditor's name and mailing address |
|---|---|

**ESI**

**3300 E Louis Dr., Ste 300**

**Meridian**      **ID**     **83642**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.354 | Nonpriority creditor's name and mailing address |
|---|---|

**ESSI, Inc.**

**8181 Jetstar Dr., #110**

**Irving**      **TX**     **75063**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.355 | Nonpriority creditor's name and mailing address |
|---|---|

**EV Elevators**

**8550 Flightpath Way**

**San Diego**      **CA**     **92154**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.356 | Nonpriority creditor's name and mailing address |
|---|---|

**Evans-Mason, Inc.**

**1021 So. Grand Ave., East**

**Springfield**      **IL**     **62703**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.357** | Nonpriority creditor's name and mailing address |
|---|---|

**EVO Merchant Services**

**51 East Bethpage**

**Plainview**      **NY**    **11803**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| **3.358** | Nonpriority creditor's name and mailing address |
|---|---|

**EVOQUA WATER TECHNOLOGIES LLC**

**181 THORN HILL ROAD**

**WARRENDALE**      **PA**    **15086**

Date or dates debt was incurred   **2/27/2016-6/29/2016**

Last 4 digits of account number   **5 6 0 6**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,723.53**

---

| **3.359** | Nonpriority creditor's name and mailing address |
|---|---|

**Executive Elevator Cab Corp.**

**401 Hunts Point Ave.**

**Bronx**      **NY**    **10474**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| **3.360** | Nonpriority creditor's name and mailing address |
|---|---|

**Exhibit Works**

**Exhibit Engineer**

**13211 Merriman Rd.**

**Livonia**      **MI**    **48150**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                     Case number (if known) **16-32856-11**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Exhibitgroup/Giltspur**

**200 N. Gary Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Roselle**     **IL**     **60172**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Exterior Metals, Inc.**

**3162 E. Hemphill**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Burton**     **MI**     **48529**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**F.H. Paschen**

**2411 Edenborn**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Metairie**     **LA**     **70001**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**F.J. Sciame Construction Co.**

**80 South Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**New York**     **NY**     **10038**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.365 | Nonpriority creditor's name and mailing address |
| --- | --- |

**F.L. Crane & Sons, Inc.**

**504 Tradesman Park Dr.**

_____

**Hutto**      **TX**    **78634**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

**$0.00**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.366 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Facade Technology, LLC**

**680 Ben Franklin Highway**

_____

**Birdsboro**      **PA**    **19508**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

**$0.00**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.367 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Famar SRL**

**VIALE DEL VAVORO 11**

**ZIP = 15100**

**ALESSANDRA,**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

**$0.00**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.368 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Fathom Yachts, LLC**

**P.O. Box 252**

_____

**Bow**      **WA**    **98232**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

**$0.00**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor    **Stone Panels, Inc.**                                  Case number (if known)  **16-32856-11**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                 Amount of claim

**3.369**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:          **$6,801.24**

**FEDERAL EXPRESS CORPORATION**      Check all that apply.

**PO BOX 660481**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**DALLAS**       **TX**   **75266**      Basis for the claim:
**Services**

Date or dates debt was incurred   **6/9/2016-7/15/2016**   Is the claim subject to offset?

Last 4 digits of account number   **4  4  9  9**     ☒ No  ☐ Yes

---

**3.370**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:      **$30,493.00**

**FEDEX FREIGHT INC**      Check all that apply.

**PO BOX 10306**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**PALATINE, IL 610055-0306**

Basis for the claim:
**Services**

Date or dates debt was incurred   **5/12/2016-7/11/2016**   Is the claim subject to offset?

Last 4 digits of account number   **6  7  3  2**     ☒ No  ☐ Yes

---

**3.371**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:          **$0.00**

**Fejedelem & Sons, Inc.**      Check all that apply.

**14149 Hawthorne Drive**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Lemont**       **IL**   **60439**     Basis for the claim:

Date or dates debt was incurred                  Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __     ☒ No  ☐ Yes

---

**3.372**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:          **$0.00**

**Ferragamo**      Check all that apply.

**Attn:  Robert Kaden**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Secaucus, NJ 7094**

Basis for the claim:

Date or dates debt was incurred                  Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __     ☒ No  ☐ Yes

---

Debtor **Stone Panels, Inc.**  Case number (if known) **16-32856-11**

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.373** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:**  *Check all that apply.* |

**Amount of claim: $0.00**

**Fip Construction, Inc.**

**302 Farmington Ave.**

**Farmington, CT 6032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.374** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim: $0.00**

**First Financial Bank**

**300 High Street**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Hamilton            OH      45011**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.375** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim: $0.00**

**FIRST-SHRED LLC**

**1420 VALWOOD PKEY #204**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**CARROLLTON          TX      75006**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.376** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim: $0.00**

**Fish Construction, Inc.**

**9820 Cash Rd.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Stafford            TX      77477**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor    **Stone Panels, Inc.**                                    Case number (if known)  __16-32856-11__

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 |

**Fisher Development**

**360 Lexington Ave.**

**3rd Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **New York** | **NY** | **10017** |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 |

**Fite Building Company, Inc.**

**3116 Sexton Rd. Suite A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Decatur** | **AL** | **35603** |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 |

**Fitzpatrick & Associates**

**1115 Pinebrook Road**

**Tinton Falls, NJ 7725**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $76,667.20 |

**FIVEPAYNE LLC**

**DBA GREENTREE PACKAGING & LUMBER**

**818 S MAIN STREET**

**SUITE 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Services**

| **GRAPEVINE** | **TX** | **76051** |

Date or dates debt was incurred    __5/12/2016-7/14/2016__

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.381**   Nonpriority creditor's name and mailing address

**Flanagan's Contracting Group**

**90 Old Camplain Rd.**

**Hillsborough, NJ 8844**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Amount of claim: $0.00**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.382**   Nonpriority creditor's name and mailing address

**Floors Plus**

**435 Industrial Parkway**

**Lafayette**     **LA**     **70508**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Amount of claim: $0.00**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.383**   Nonpriority creditor's name and mailing address

**FLORIDA DEPT OF REVENUE**

**5050 W TENNESSEE ST**

**TALLAHASSE**     **FL**     **32399-0100**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

**Amount of claim: $176.74**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.384**   Nonpriority creditor's name and mailing address

**Flow Companies**

**1425 Plaza Drive**

**Winston Salem**     **NC**     **27103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Amount of claim: $0.00**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Stone Panels, Inc.**                              Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  Amount of claim

| 3.385 | Nonpriority creditor's name and mailing address |
|---|---|

**Flower City Glass Co of NY**

**188 Mt. Hope Avenue**

**Rochester                    NY      14620**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.386 | Nonpriority creditor's name and mailing address |
|---|---|

**Flynn Canada Ltd.**

**19175 22nd Avenue**

**Surrey, BC V3S 3S6**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.387 | Nonpriority creditor's name and mailing address |
|---|---|

**Flynn Sellers & Marquis**

**8601 E US Highway 40**

**Kansas City                    MO      64129**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.388 | Nonpriority creditor's name and mailing address |
|---|---|

**Forcia Limited**

**1a Landor Road**

**Clapham, London, UK SW9 9RX**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

Debtor **Stone Panels, Inc.**   Case number (if known) **16-32856-11**

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.389**   Nonpriority creditor's name and mailing address

**Formcraft Design/Construction**

**712 Henderson**

**Folcroft**   **PA**   **19032**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.390**   Nonpriority creditor's name and mailing address

**Foundations Group, Inc.**

**520 W 27th Street, Suite 302**

**New York**   **NY**   **10001**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.391**   Nonpriority creditor's name and mailing address

**FRANK BONANNO**

**PO BOX 504**

**Solebury**   **PA**   **18963**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,207.98**

---

**3.392**   Nonpriority creditor's name and mailing address

**Frank Rewold and Son, Inc.**

**333 East 2nd Street**

**Rochester**   **MI**   **48307**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **Stone Panels, Inc.**      Case number (if known)   **16-32856-11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                               Amount of claim

---

**3.393**   Nonpriority creditor's name and mailing address

**FRONTIER COMMUNCIATIONS**

**PO BOX 740407**

**CINCINATTI**      **OH**    **45274-0407**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.394**   Nonpriority creditor's name and mailing address

**FRONTIER COMMUNICATIONS`**

**PO BOX 740407**

**Cincinnati**      **OH**    **45274-0407**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$144.85**

---

**3.395**   Nonpriority creditor's name and mailing address

**Furlong Building Enterprises**

**One Moock Rd. Bldg. B, Ste. 3**

**Wilder**      **KY**    **41071**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.396**   Nonpriority creditor's name and mailing address

**G&R Elevator Mfg, Inc**

**2352 Station Parkway NW**

**Andover**      **MN**    **55304**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**     Case number (if known) **16-32856-11**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.397** Nonpriority creditor's name and mailing address

G.L. Wilson Building Co.

190 Wilson Park Road

Statesville     NC     28625-8506

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.398** Nonpriority creditor's name and mailing address

G.Q. Contracting, LLC

78 Will Scarlett Road

Canonsburg     PA     15317

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.399** Nonpriority creditor's name and mailing address

G.W. Mitchell & Sons Inc

2002 N. St. Mary's St

PO Box 12638

San Antonio     TX     78212

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.400** Nonpriority creditor's name and mailing address

GABRIEL GONZALEZ

621 TEN MILE DRIVE

Desoto     TX     75115

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$576.69**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

| | |
|---|---|
| **3.401**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$0.00**

**Galliard Construction Ltd**

**PO Box 206**

**Loughton, ESSEX**

**IG10 1PL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.402**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$0.00**

**Garadice, Inc.**

**276 Fifth Ave., Suite 803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**New York**      **NY**    **10001**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.403**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$149.25**

**GARTEX MASONRY SUPPLY INC**

**10310 PLANO RD**

**SUITE A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**DALLAS**      **TX**    **75238**

Date or dates debt was incurred    **6/16/2016**

Last 4 digits of account number   **0**   **5**   **0**   **0**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.404**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$0.00**

**Gay & Son Masonry**

**Abilene, TX**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Stone Panels, Inc.**      Case number (if known)   **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**GC Wall, Inc.**

**P.O. Box 181**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Wyoming**      **PA**    **18644**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Gem Cambell Terrazo and Tile**

**505 Clayson Road, Unit 10**

**M9M 2W7**

**Toronto,**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Gen3 Construction**

**1270 South Lipan Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Denver**      **CO**    **80223**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**George A. Nole & Son**

**1002-1004 Jefferson Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Utica**      **NY**    **13501**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    **Stone Panels, Inc.**        Case number (if known)   **16-32856-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.409** Nonpriority creditor's name and mailing address

George Comfort & Sons, Inc.

2 Manhattanville Rd

Purchase     NY    10577

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.410** Nonpriority creditor's name and mailing address

George P. Johnson Co.

18500 Crenshaw Blvd.

Torrance     CA    90504

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.411** Nonpriority creditor's name and mailing address

Georgette Bennett

45 East 89 Street, 18F

New York     NY    10021

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.412** Nonpriority creditor's name and mailing address

GGL Enterprises

82 Starbuck St.

Staten Island     NY    10304

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

Debtor  **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.413**   Nonpriority creditor's name and mailing address

**GGL ENTERPRISES INC**

**158 26th St**

**Brooklyn**     **NY**   **11232**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.414**   Nonpriority creditor's name and mailing address

**Ghareeb & Ghareeb**

**1203 Jefferson Rd.**

**Charleston**     **WV**   **25309**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.415**   Nonpriority creditor's name and mailing address

**Ghemm Co., Inc.**

**P.O. Box 70507**

**Fairbanks**     **AK**   **99707**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.416**   Nonpriority creditor's name and mailing address

**Giampolini/Courtney**

**1445 Bush St.**

**San Francisco**     **CA**   **94109**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor  **Stone Panels, Inc.**                                                    Case number (if known)  **16-32856-11**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.417** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
| --- | --- | --- | --- |

Check all that apply.

**Giaquinto Masonry**

☐ Contingent

**429 Carll's Path**

☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Deer Park**                **NY**    **11729**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.418** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
| --- | --- | --- | --- |

Check all that apply.

**Gilliatte General Contractors**

☐ Contingent

**2515 Bloyd Avenue**

☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Indianapolis**              **IN**    **46218**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.419** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
| --- | --- | --- | --- |

Check all that apply.

**Giovanni Piscopo**

☐ Contingent

**39 Avenue Aime Martin**

☐ Unliquidated

**Nice, TX 6200**

☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.420** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
| --- | --- | --- | --- |

Check all that apply.

**Glassolutions**

☐ Contingent

**Waterlands, Meadows Road**

☐ Unliquidated

**Brookfields Park, Manvers**

☐ Disputed

**Rotherham S63 5DJ**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| | |
|---|---|
| **3.421**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:    **$0.00** |

**Glenwood Management Corp**

**1200 Union Turnpike**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**New Hyde Park**     **NY**    **11040**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.422**   Nonpriority creditor's name and mailing address      **$16,525.00**

**GLOBAL EQUIPMENT CO., INC**

**11 HARBORPARK DR**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**PORT WASHINGTON**     **NY**    **11050**

Date or dates debt was incurred   **6/6/2016-7/5/2016**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3** **0** **5** **3**

---

**3.423**   Nonpriority creditor's name and mailing address      **$0.00**

**Global Experience Specialists**

**7150 South Tenaya Way**

**Suite 100**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Las Vegas**     **NV**    **89113**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.424**   Nonpriority creditor's name and mailing address      **$0.00**

**Globe Architectural & Metal**

**W 188N 11820-A   Maple Rd.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Germantown**     **WI**    **53022**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor   **Stone Panels, Inc.**                                      Case number (if known)   **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                        **Amount of claim**

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Godiva Chocolatier, Inc.**

**355 Lexington Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**New York**          **NY**   **10017**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Golden Vale Construction Corp.**

**58-67 56th St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**New York**          **NY**   **11378**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Gracom Masonry**

**16903 129th Ave NW**

**Edmonton, Alberta T5 1L2**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Grafton Construction**

**1244 Melrose Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**New Castle**          **PA**   **16101**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Stone Panels, Inc.**  Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.429** Nonpriority creditor's name and mailing address

GRAINGER

1305 N INTERSTATE 35E

CARROLLTON          TX     75006

Date or dates debt was incurred     5/11/2016-7/7/2016

Last 4 digits of account number     1   3   7   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$29,840.27**

---

**3.430** Nonpriority creditor's name and mailing address

Grande Masonry

780 Allens Avenue

Providence, RI 2905

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.431** Nonpriority creditor's name and mailing address

Granite Imports

1301 S. Platte River Dr.

Denver          CO     80233

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.432** Nonpriority creditor's name and mailing address

Granite Signs

1015 W Main

Oklahoma City          OK     73106

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Grants of Shoreditch**

**18C Perseverance Works**

**25 Hackney Rd**

**London EZ 7NX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Green**

**27 South Street**

**Rockport, MA 1966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Gregare Tile, Inc.**

**1337 Russet Ct.**

**Green Bay**      **WI**      **54313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Grenadier Corp.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Stone Panels, Inc.**  Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.437** Nonpriority creditor's name and mailing address

**Grunley Construction Co.**

**15020 Shady Grove Rd.**

**Rockville**            **MD**    **20850**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.438** Nonpriority creditor's name and mailing address

**GS MANUFACTURING**

**985 W 18TH STREET**

**COSTA MESA**           **CA**    **92627**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$1,513.50**

---

**3.439** Nonpriority creditor's name and mailing address

**Gunckel Architectural Millwork**

**404 W Kingsbury**

**Seguin**               **TX**    **78155**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.440** Nonpriority creditor's name and mailing address

**Gunderlin Ltd., Inc.**

**3625 E. 11th Avenue**

**Hialeah**              **FL**    **33013**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                            Amount of claim

**3.441**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:          **$0.00**
                                                       Check all that apply.

**Gutknect Construction**

**1925 E. Livingston Ave.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Columbus**         **OH**    **43209**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.442**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:          **$0.00**
                                                       Check all that apply.

**H & B Elevators**

**2629 30th Ave. South**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Minneapolis**         **MN**    **55406**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.443**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:          **$0.00**
                                                       Check all that apply.

**H&R Construction Co.**

**1000 W. 29th Street Suite 215A**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**South Sioux City**      **NE**    **68776**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.444**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:          **$329,455.32**
                                                       Check all that apply.

**H.B. FULLER COMPANY**

**1200 WILLOW LAKE BOULEVARD**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**ST. PAUL**         **MN**    **55110**

Date or dates debt was incurred    **3/29/2016-6/24/2016**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0 5 9 2**

| Debtor | **Stone Panels, Inc.** | Case number (if known) | **16-32856-11** |

---

<table>
<tr><td colspan="2">**Part 2:** **Additional Page**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.445** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Haggenmuller Design, LLC**

**5982 E Silver Saddle Rd**

**Flagstaff                    AZ       86004**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.446** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Hahner Builders , Inc.**

**16151 122 Drive N.**

**Jupiter                      FL       33478**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.447** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Hamilton Door & Cab, Inc.**

**P.O. Box 1308**

**Saugus, MA 1906**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.448** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Harco Constructors**

**8060 Counts Massie Rd**

**N. Little Rock              AR       72113**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known)   **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                       Amount of claim

---

**3.449**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

**$0.00**

Harpo Studios

1058 West Washington Blvd.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Chicago       IL       60607

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.450**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

**$0.00**

Harrell Contracting Group

P.O. Box 12850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Jackson       MS       39236

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.451**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

**$0.00**

Harris Masonry, Inc.

420 Greentree Road

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Pittsburgh       PA       15220

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.452**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

**$0.00**

Harrod & Assoc. Constructors

4425 Beryl Rd.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Raleigh       NC       27675-0713

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.453**    Nonpriority creditor's name and mailing address

**Harvey Honore Enterprises**

**8680 Bluebonnet Blvd. Ste. A**

**Baton Rouge**      **LA**    **70810**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.454**    Nonpriority creditor's name and mailing address

**HCBeck, Ltd.**

**P.O Box 123579**

**Dallas**      **TX**    **75313-2579**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.455**    Nonpriority creditor's name and mailing address

**Heartwood, Inc.**

**1414 S. Director St.**

**Seattle**      **WA**    **98108**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.456**    Nonpriority creditor's name and mailing address

**Heaven and Earth**

**3117 Prestonwood Dr.**

**Plano**      **TX**    **75093**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Stone Panels, Inc.**                                   Case number (if known)   **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.            Amount of claim

| **3.457** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                     **$0.00**

**Heinaman Contract Glazing**

**26981 Vista Terrace Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Suite E**

**Basis for the claim:**

**Lake Forest**             **CA**    **92630**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.458** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                     **$0.00**

**Henry Bros. Co.**

**9821 S. 78th Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Hickory Hills**           **IL**    **60457**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.459** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                     **$55.27**

**HENRY LANDFAIR**

**316 W PLEASANTVIEW DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Hurst**                   **TX**    **76054**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.460** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                     **$0.00**

**Hensel Phelps**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor    **Stone Panels, Inc.**      Case number (if known)   **16-32856-11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                     Amount of claim

**3.461**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:         **$0.00**
*Check all that apply.*

**HH-Madison Hospital**
☐ Contingent
**c/o Artisan Masonry Corp.**
☐ Unliquidated
**488-A Shields Rd.**
☐ Disputed

**Basis for the claim:**

**Huntsville**        **AL**    **35811**

Date or dates debt was incurred       **Is the claim subject to offset?**
☒ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

---

**3.462**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:         **$0.00**
*Check all that apply.*

**Hilboldt Curtainwall**
☐ Contingent
**4981 FYLER AVENUE**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Saint Louis**       **MO**    **63139**

Date or dates debt was incurred       **Is the claim subject to offset?**
☒ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

---

**3.463**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:         **$0.00**
*Check all that apply.*

**Hill & Wikinson**
☐ Contingent
**800 Klein Rd**
☐ Unliquidated
**Suite 100**
☐ Disputed

**Basis for the claim:**

**Plano**        **TX**    **75074**

Date or dates debt was incurred       **Is the claim subject to offset?**
☒ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

---

**3.464**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:      **$3,694.54**
*Check all that apply.*

**HILTI, INC**
☐ Contingent
**LEGACY TOWER , SUITE 1000**
☐ Unliquidated
**7250 DALLAS PARKWAY**
☐ Disputed

**Basis for the claim:**   **Services**

**PLANO**        **TX**    **75024**

Date or dates debt was incurred   **6/9/2016-6/20/2016**   **Is the claim subject to offset?**
☒ No
Last 4 digits of account number    **2**   **4**   **9**   **1**    ☐ Yes

---

Debtor    **Stone Panels, Inc.**                                              Case number (if known)   **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hines Farley**

**3300 Eberwine**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Suffolk**                          **VA    23435**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hines Interests Ltd**

**Partnership**

**Agent for Pickwick Properties**

**3 Pickwick Plaza, Level B**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hitt  Contracting, inc.**

**510 14th  Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Atlanta**                          **GA    30318**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**HK Panel Systems-DBE, WBE, SBE**

**P.O. Box 494**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dublin**                          **PA    18917**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.469 | Nonpriority creditor's name and mailing address |
|---|---|

**Hodgen Construction**

**17160 Royal Palm Blvd. Suite 4**

**Weston**      **FL**    **33326**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.470 | Nonpriority creditor's name and mailing address |
|---|---|

**Hogan Construction Group**

**5075 Avalon Ridge Pkwy.**

**Norcross, GA**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.471 | Nonpriority creditor's name and mailing address |
|---|---|

**Holbrook & Smith**

**P.O. Box 1095**

**Crested Butte**      **CO**    **81224**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.472 | Nonpriority creditor's name and mailing address |
|---|---|

**Holdsworth Klimowski Const.**

**51 Goodway Drive South**

**Rochester**      **NY**    **14623**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                                    Case number (if known) **16-32856-11**

---

| Part 2: | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.473**  Nonpriority creditor's name and mailing address

**Holligan Tile & Marble**

**1253 S Huron Street**

**Denver**                    **CO**      **80223-3108**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.474**  Nonpriority creditor's name and mailing address

**Hollister Construction Service**

**400 Hollister Road**

**Teterboro, NJ 7608**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.475**  Nonpriority creditor's name and mailing address

**HOME DEPOT CRC/GECF**

**2455 PACES FERRY ROAD**

**ATLANTA**                   **GA**      **30339**

Date or dates debt was incurred   **6/30/2016**

Last 4 digits of account number   **4   6   8   9**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$5,976.36**

---

**3.476**  Nonpriority creditor's name and mailing address

**Honeywell**

**101 Columbia Rd.**

**Morristown**                **NJ**      **07962-1057**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.** _____ Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.477** Nonpriority creditor's name and mailing address

**Howard S. Wright Const. Co.**

**425 NW 10th Ave.,**

**Suite 200A**

**Portland** OR 97209

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.478** Nonpriority creditor's name and mailing address

**HPHV Direct, LLC**

**208 Harbor Drive**

**Stamford, CT 6902**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.479** Nonpriority creditor's name and mailing address

**Hudson Meridian Construction**

**40 Rector Street, 18th Floor**

**New York** NY 10006

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.480** Nonpriority creditor's name and mailing address

**Huff Construction Co.**

**4917 Stoddard Road**

**Modesto** CA 95356

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Stone Panels, Inc.**           Case number (if known)   **16-32856-11**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                               Amount of claim

**3.481** Nonpriority creditor's name and mailing address

**Humidifall, LLC**

**5988 Mid Rivers Mall Drive**

**Saint Peters**       **MO**    **63304**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.482** Nonpriority creditor's name and mailing address

**Hunter Roberts**

**55 Water Street, 51st Floor**

**New York**       **NY**    **10041**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.483** Nonpriority creditor's name and mailing address

**HUSQVARNA CONSTRUCTION PRODUCTS**

**DBA DIAMANT BOART**

**17450 W 119TH ST**

**OLATHE**       **KS**    **66061**

Date or dates debt was incurred   **5/27/2016-7/6/2016**

Last 4 digits of account number   **6   0   0   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$4,180.00**

---

**3.484** Nonpriority creditor's name and mailing address

**I.M.S. Masonry**

**335 S. 1250 W.**

**Lindon**       **UT**    **84042**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor    **Stone Panels, Inc.**      Case number (if known)   **16-32856-11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$10,785.00** |
| --- | --- | --- | --- |

ICC EVALUATION SERVICE, LLC

3060 SATURN STREET, SUITE 100

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

BREA      CA    92821

**Basis for the claim:**

Date or dates debt was incurred    6/3/2016-7/12/16

Last 4 digits of account number    1   5   0   0

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

Iceberg Development, LLC

400 Broome Street

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

New York      NY    10013

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

Iconica

901 Deming Way

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Madison      WI    53717

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

ICS Builders, Inc

8 West 36th Street

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

New York      NY    10018

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor **Stone Panels, Inc.**                                     Case number (if known) **16-32856-11**

---

**Part 2:** | **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.489 | Nonpriority creditor's name and mailing address |

**Igloo Erectors ITD.**

**3468-46 Ave. SE**

**Calgary, AB T2B 3J2**

**Calgary,**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.490 | Nonpriority creditor's name and mailing address |

**IGM - INTERNATIONAL GRANITE & MARBLE**

**2038 83RD STREET**

**NORTH BERGEN**        **NJ      07047**

Date or dates debt was incurred    **5/4/2016-7/15/2016**

Last 4 digits of account number   **5   1   8   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$60,548.87**

---

| 3.491 | Nonpriority creditor's name and mailing address |

**IMAP GLOBAL LOGISTICS**

**1063 TEXAN TRL**

**SUITE 200**

**GRAPEVINE**        **TX     76051**

Date or dates debt was incurred    **3/30/2016-7/12/2016**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$276,920.18**

---

| 3.492 | Nonpriority creditor's name and mailing address |

**Imperial Construction, LTD.**

**193 Coy Rd.**

**Weatherford**        **TX     76086**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                                    Case number (if known) **16-32856-11**

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| **3.493** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

*Check all that apply.*

**Imperial Store Fixtures**

**3786 N. Clark Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Chicago**                    IL        60613

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

---

| **3.494** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$80,263.03** |

*Check all that apply.*

**INDIANA LIMESTONE CO**

**123 SOUTH COLLEGE AVENUE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**BLOOMINGTON**                    IN        47404

**Date or dates debt was incurred**   **1/7/2016-6/14/2016**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

---

| **3.495** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

*Check all that apply.*

**Indianapolis Jet Ctr.**

**2640 S. Cargo Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Indianapolis**                    IN        46241

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

---

| **3.496** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

*Check all that apply.*

**Infinity Elevator Cabs, Inc.**

**655 Montauk Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Brooklyn**                    NY        11208

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

---

Debtor   **Stone Panels, Inc.**                                 Case number (if known)   **16-32856-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.497**   Nonpriority creditor's name and mailing address

**Inner-Phase**

**4031 Budd Road**

New Smyrna Beach          FL      32168

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.498**   Nonpriority creditor's name and mailing address

**Innovative Design Tech., Inc.**

**219 Eagle Street**

Brooklyn          NY      11222-1210

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.499**   Nonpriority creditor's name and mailing address

**Innovative Elevator Interiors**

**P.O. Box 11008**

Englewood          CO      80151-1008

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.500**   Nonpriority creditor's name and mailing address

**Integrated Sign & Graphic Inc**

**5801 Kingpost Ct**

Lexington          KY      40509

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor __**Stone Panels, Inc.**_____  Case number (if known) __**16-32856-11**__

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.501 | Nonpriority creditor's name and mailing address |
|---|---|

**INTERCOM S.R.L.**

**Via Facca, 46**

**Cittadella (PD),  35013**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address |
|---|---|

**Interface Corp.**

**8401 Wabash Ave.**

**Saint Louis**          **MO    63134**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address |
|---|---|

**Interface Planning & Design**

**42376 N Lagoon Court**

**Antioch**          **IL    60002**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address |
|---|---|

**Interior Cabinet Component**

**5602 FM 2933**

**Melissa**          **TX    75454**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Stone Panels, Inc.**     Case number (if known) **16-32856-11**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.505** Nonpriority creditor's name and mailing address

**Interior Products**

**865 N. Sangamon**

**Chicago**    **IL**    **60622**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**$0.00**

---

**3.506** Nonpriority creditor's name and mailing address

**Interior Renovations**

**1330 W. 7900th South**

**West Jordan**    **UT**    **84088**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**$0.00**

---

**3.507** Nonpriority creditor's name and mailing address

**INTERNATIONAL STONE**

**PLOT NO E-5 SIPCOT INDUSTRIAL COMPLEX**

**PHASE II EXPANSION 1 HOSUR**

**TAMILNADU, INDIA 635 109**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**$0.00**

---

**3.508** Nonpriority creditor's name and mailing address

**INTERRA ARCHITECTURAL**

**14201 SE PETROVITSKI RD**

**SUITE A3-126**

**RENTON**    **WA**    **98058**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred **6/30/16**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**$10,080.29**

---

Debtor **Stone Panels, Inc.**  Case number (if known) **16-32856-11**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Intraco, Dubai**

**Beirut,**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Intrepid Enterprises, Inc.**

**1848 Industrial Blvd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Harvey** **LA** **70058**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Iowa Machine Shed Co**

**1501 River Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Moline** **IL** **61265**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**ISEC, Inc**

**33 Inverness Drive East**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Englewood** **CO** **80112**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor **Stone Panels, Inc.**  Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.513** Nonpriority creditor's name and mailing address

**Island International Ind.**

**4062-81 Grumman Blvd**

**Calverton**      **NY**    **11933**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.514** Nonpriority creditor's name and mailing address

**Italian Custom Creations, Corp**

**43-10 23rd Street Ste. 3N**

**Long Island City**      **NY**    **11101**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.515** Nonpriority creditor's name and mailing address

**Italian Marble & Tile**

**12426 San Fernando Rd.**

**Sylmar**      **CA**    **91342**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.516** Nonpriority creditor's name and mailing address

**J & A Stone & Tile, Inc.**

**1925 Rosina Street, Suite G**

**Santa Fe**      **NM**    **87505**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                                    Case number (if known) **16-32856-11**

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.517** Nonpriority creditor's name and mailing address

**J. Albanese Construction Co.**

**123 Oakland Avenue**

**Jersey City, NJ 7306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.518** Nonpriority creditor's name and mailing address

**J. and E. Duff, Inc.**

**PO Box 368**

**West Chicago**          **IL**    **60186**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.519** Nonpriority creditor's name and mailing address

**J. Kapcheck & Co.**

**960 Rand Rd., Suite 112**

**Des Plaines**          **IL**    **60016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.520** Nonpriority creditor's name and mailing address

**J. M. Williams Contracting**

**400 Franklin Road, Ste 200**

**Marietta**          **GA**    **30067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Stone Panels, Inc.**                                    Case number (if known)  **16-32856-11**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                               Amount of claim

**3.521**   Nonpriority creditor's name and mailing address

J.B. Mouton

P.O. Box 60790

Lafayette            LA    70596

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.522**   Nonpriority creditor's name and mailing address

J.D. Black Construction, Inc.

P.O. Box 2693

Aspen              CO    81612-2693

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.523**   Nonpriority creditor's name and mailing address

J.E. Dunn Construction Co.

929 Holmes

Kansas City         MO    64106

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.524**   Nonpriority creditor's name and mailing address

J.E. Dunn of Texas, Inc.

17177 Preston Road

Suite 210

Dallas             TX    75248

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.525**   Nonpriority creditor's name and mailing address

J.R. Butler, Inc.

2488 West 2nd Avenue

Denver     CO    80223

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.526**   Nonpriority creditor's name and mailing address

JACKSON WALKER LLP

2323 ROSS AVENUE

SUITE 600

DALLAS     TX    75201

Date or dates debt was incurred   2/19/2016-5/18/2016

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11,899.50**

---

**3.527**   Nonpriority creditor's name and mailing address

JACOBSON HOLMAN PLLC

400 7TH ST NW

WASHINGTON     DC    20004-2201

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.528**   Nonpriority creditor's name and mailing address

Jamaica Electrical

2 Ivy Green Crescent

Kgn. 5

Jamaica,

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** |

James G. Davis Construction

12530 Parklawn Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Rockville      MD    20852

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** |

James M Quinn Construction Co

4075 Homestead Duquesne Rd

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

West Mifflin      PA    15122

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** |

Janerio, Inc.

8300 Arlington Blvd.

Suite #G-1

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Fairfax      VA    22031

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** |

Jasman Construction

1175 E. North Territorial Rd.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Whitmore Lake      MI    48189

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

Debtor **Stone Panels, Inc.**         Case number (if known) **16-32856-11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.533**   Nonpriority creditor's name and mailing address

**Javorek Architectural Metals**

**P.O. Box 522**

**Chesterland**      **OH**    **44026**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.534**   Nonpriority creditor's name and mailing address

**Jaynes Corporation**

**111 Elm Street**

**Fourth Floor**

**San Diego**      **CA**    **92101**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.535**   Nonpriority creditor's name and mailing address

**Jaz Elevator Products, Inc.**

**5611 S. 24th Street**

**Phoenix**      **AZ**    **85040**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.536**   Nonpriority creditor's name and mailing address

**Jerry Bennett Masonry**

**Contractor, Inc.**

**2441 N. Le Compte Rd.**

**Springfield**      **MO**    **65803**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.537 | Nonpriority creditor's name and mailing address |
|---|---|

Jewett Construction Co., Inc

68A Route 27, PO Box 405

Raymond, NH 3077

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address |
|---|---|

JF Shea Construction

667 Brea Canyon Rd., Suite 300

Walnut      CA    91788

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address |
|---|---|

JGB Enterprises, Inc.

115 Metropolitan Drive

Liverpool      NY    13088

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address |
|---|---|

Joe Capasso Mason Ent. Inc.

75 Elliott Street East

Hartford, CT 6114

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor  **Stone Panels, Inc.**      Case number (if known)   **16-32856-11**

---

### Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                               Amount of claim

---

**3.541**   Nonpriority creditor's name and mailing address

Joe R. Jones Construction, Inc

P.O. Box 873

Weatherford       TX     76086

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.542**   Nonpriority creditor's name and mailing address

Joeris General Contractors Ltd

823 Arion Pkwy.

San Antonio       TX     78216

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.543**   Nonpriority creditor's name and mailing address

John A. Eby & Sons, Inc.

4926 Wilshire Blvd.

Country Club Hills       IL     60478

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.544**   Nonpriority creditor's name and mailing address

John C. Lowery, Inc.

80 Etna Lane

Freeville       NY     13068

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                                    Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.545** Nonpriority creditor's name and mailing address

JOHN HODGES

22 HILLSBOROUGH COVE

Jackson      TN    38305

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$23,206.42**

---

**3.546** Nonpriority creditor's name and mailing address

John Jackson Masonry

5691B Power Inn Road

Sacramento      CA    95824

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.547** Nonpriority creditor's name and mailing address

John Jory Corporation

1894 N Main St

Orange      CA    92865

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.548** Nonpriority creditor's name and mailing address

John Terraza Tile

7360 Lion Street

Rancho Cucamonga      CA    91730

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                                    Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Jordan-Wilcomb Contruction**

Check all that apply.

**406 South 6th Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Boise**        **ID**     **83702**

_____

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

☑ No
☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Joseph G. Kelley Const. Mgmt.**

Check all that apply.

**Strarker Project**

☐ Contingent
☐ Unliquidated

**P.O. Box 3051**

☐ Disputed

**Basis for the claim:**

**Bridgehampton**     **NY**    **11932**

_____

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

☑ No
☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,300.50 |

**JOSEPH T RYERSON & SON, INC**

Check all that apply.

**1502 CHAMPION DRIVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**CARROLLTON**     **TX**    **75006**

**Services**

Date or dates debt was incurred    **5/31/2016-6/27/2016**

**Is the claim subject to offset?**

Last 4 digits of account number    __ **4**   **9**   **2**

☑ No
☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Joy Construction Corp**

Check all that apply.

**40 Fulton Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**New York**     **NY**    **10038**

_____

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

☑ No
☐ Yes

Debtor **Stone Panels, Inc.**          Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                  Amount of claim

**3.553**    Nonpriority creditor's name and mailing address

**JPL Glass Products**

**1270 W. 130th St. #305**

**Brunswick**         **OH**    **44212**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.554**    Nonpriority creditor's name and mailing address

**JR Vanoy & Sons Construction**

**631 McGee Road**

**Anderson**         **SC**    **29625**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.555**    Nonpriority creditor's name and mailing address

**KACIN Companies**

**3875 Old William Penn Hwy**

**Murrysville**         **PA**    **15668**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.556**    Nonpriority creditor's name and mailing address

**KDI Elements**

**77-711 Flora Rd**

**Palm Desert**         **CA**    **92211**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**     Case number (if known) **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.557** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$0.00** |

**Keap Street Venture LLC**

**512 7th Avenue**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**New York**    **NY**   **10018**

**Basis for the claim:** _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| | |
|---|---|
| **3.558** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$0.00** |

**Keith Panel Systems**

**Suite No. 2, 40 Gostick Place**

**North Vancouver, BC V7M 3G3**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| | |
|---|---|
| **3.559** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$0.00** |

**Kel-Mar Designs, Inc.**

**111 John Street, 4th Floor**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**New York**    **NY**   **10038**

**Basis for the claim:** _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| | |
|---|---|
| **3.560** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$0.00** |

**Kelly Enterprises**

**50 United Drive**

**North Haven, CT 6473**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.561** Nonpriority creditor's name and mailing address

**Ken Young Construction**

**1151 Madison Lane**

**Salinas**     **CA**    **93907**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.562** Nonpriority creditor's name and mailing address

**KENNETH R BUONAURA**

**144 ILLINIOS HWY**

**BLUFORD**     **IL**    **62814**

Date or dates debt was incurred   **7/15/16**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$641.36**

---

**3.563** Nonpriority creditor's name and mailing address

**Kerr Masonry**

**120 S. Houghton Road**

**Tucson**     **AZ**    **85748**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.564** Nonpriority creditor's name and mailing address

**King Glass**

**650 Tunkhannock**

**Pittston**     **PA**    **18643**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.565 | Nonpriority creditor's name and mailing address |
|---|---|

**Kinsley Construction**

**2700 Water Street**

**York**      **PA**    **17405**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

| 3.566 | Nonpriority creditor's name and mailing address |
|---|---|

**Klobucar Construction**

**3140 E. County Rd. S**

**Beloit**      **WI**    **53511**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

| 3.567 | Nonpriority creditor's name and mailing address |
|---|---|

**KMT Painting & Decorating**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

| 3.568 | Nonpriority creditor's name and mailing address |
|---|---|

**KNZ Construction**

**125 N. Park Street**

**Dallastown**      **PA**    **17313**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor    **Stone Panels, Inc.**        Case number (if known)   **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.569**   Nonpriority creditor's name and mailing address

**Kodiak Roofing & Waterproofing**

**1905 Aviation Blvd.**

**Lincoln**      **CA**    **95648**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.570**   Nonpriority creditor's name and mailing address

**Kone Mexico, SA de CV**

**Clavel 227, Col. Atlampa**

**, 6450**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.571**   Nonpriority creditor's name and mailing address

**Konover Construction**

**30 Batterson Road**

**Farmington, CT 6032**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.572**   Nonpriority creditor's name and mailing address

**Konover Construction Corp.**

**8661 Robert Foulton Drive**

**Suite 190**

**Columbia**      **MD**    **21046-2384**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.573**   Nonpriority creditor's name and mailing address

Kovach, Inc.

3195 W. Armstrong Place

Chandler      AZ    85286

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.574**   Nonpriority creditor's name and mailing address

KPMG LLP

10 SOUTH BROADWAY

SUITE 900

ST. LOUIS      MO    63102

Date or dates debt was incurred   4/15/2016

Last 4 digits of account number   1   2   3   5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$23,282.00**

---

**3.575**   Nonpriority creditor's name and mailing address

KPRS Construction Services Inc

2850 Saturn St.

Brea      CA    92821

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.576**   Nonpriority creditor's name and mailing address

Kraft Construction

2606 S. Horseshoe

Naples      FL    34104

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

| Debtor | **Stone Panels, Inc.** | Case number (if known) | **16-32856-11** |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.577** Nonpriority creditor's name and mailing address

Kronenberger & Sons
Restoration, Inc.
80 East Main Street
Middletown, CT 6457

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.578** Nonpriority creditor's name and mailing address

Kubik
1680 Mattawa Ave
Mississauga, ON L4X3A5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.579** Nonpriority creditor's name and mailing address

Kulka Construction Corp
175F COMMERCE DR
HAUPPAUGE, NY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.580** Nonpriority creditor's name and mailing address

L&A Storefront, Inc.
738-740 65th Street

Brooklyn          NY      11220

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**           Case number (if known) **16-32856-11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.581**    Nonpriority creditor's name and mailing address

**L.D. Wenger Construction**

**770 Railroad Ave.**

**West Babylon**      **NY**    **11704**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.582**    Nonpriority creditor's name and mailing address

**L.D.V., Inc.**

**16791 Bennett Rd.**

**North Royalton**      **OH**    **44133**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.583**    Nonpriority creditor's name and mailing address

**L.K. Comstock & Company Inc.**

**1560 Broadway**

**New York**      **NY**    **10036**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.584**    Nonpriority creditor's name and mailing address

**Lakeside Interior Contractors,**

**26970 Eckel Rd.**

**Perrysburg**      **OH**    **43551**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.585 | Nonpriority creditor's name and mailing address |
|---|---|

**Lakesmere Limited**

**The Ring Tower Centre**

**Moorside Road, Winnall**

**Hants SO23 7RZ**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

$0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address |
|---|---|

**Lalezarian Properties, LLC**

**1999Marcue Avenue**

**Suite 310**

**Lake Success**      **NY**    **11042**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

$0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address |
|---|---|

**Lamar Construction Company**

**4404 Central Parkway**

**Hudsonville**      **MI**    **49426**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

$0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address |
|---|---|

**Lansing Community College**

**Lansing, MI**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

$0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    **Stone Panels, Inc.**            Case number (if known)   **16-32856-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.589**   Nonpriority creditor's name and mailing address

**Larson Cadillac**

**7815 South Tacoma Way**

**Tacoma**      **WA**    **98409**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.590**   Nonpriority creditor's name and mailing address

**LARSON ENGINEERING, INC**

**2801 E ENTERPRISE AVENUE**

**SUITE 200**

**APPLETON**      **WI**    **54913**

Date or dates debt was incurred    **6/30/2016**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$6,350.00**

---

**3.591**   Nonpriority creditor's name and mailing address

**LAVERN CHAMNESS**

**1196  VIA SEVILLE**

**Cathedral City**      **CA**    **92234**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$80.73**

---

**3.592**   Nonpriority creditor's name and mailing address

**LCA Architects, P.A.**

**c/o Scott Henson**

**1221 Shoreline Lane**

**Boise**      **ID**    **83702**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.593** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**LEC**

**59 Railroad Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Ronkonkoma**     **NY**    **11779**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.594** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Ledge Creek Development, Inc.**

**10100 County Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Clarence Center**     **NY**    **14032**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.595** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lee Lewis Construction**

**P.O. Box 65197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Lubbock**     **TX**    **79423**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.596** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**LEVANTINA**

**AUTOVIA MADRID-ALICANTE**

**NOVELDA, ESPANIA 03660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Stone Panels, Inc.**    Case number (if known)    **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.597** | Nonpriority creditor's name and mailing address

**LGB Development, Inc.**

**49 Hill Avenue**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$0.00**

**Elmont** **NY** **11003**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.598** | Nonpriority creditor's name and mailing address

**Liberty Coach, Inc.**

**1400 Morrow Ave.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$0.00**

**North Chicago** **IL** **60064**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.599** | Nonpriority creditor's name and mailing address

**Lighthouse Masonry, Inc.**

**150 John Vertente Blvd**

**New Bedford, MA 2745**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$0.00**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.600** | Nonpriority creditor's name and mailing address

**Linbeck Group, LLC**

**PO Box 22500**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$0.00**

**Houston** **TX** **77227**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Stone Panels, Inc.**       Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.601**   Nonpriority creditor's name and mailing address

**Lingo Construction Services, I**

**P.O. Box 850369**

**Yukon**     **OK**    **73085**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

$0.00

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.602**   Nonpriority creditor's name and mailing address

**Little Construction Inc**

**104 S Harrison Street**

**Greenfield**     **IN**    **46140**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

$0.00

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.603**   Nonpriority creditor's name and mailing address

**Locarni Marble Co.**

**P.O. Box 716**

**Carthage**     **MO**    **64836**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

$0.00

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.604**   Nonpriority creditor's name and mailing address

**LOGIX**

**PO BOX 3608**

**HOUSTON**     **TX**    **77253**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

$1,840.88

Date or dates debt was incurred   **7/6/2016**

Last 4 digits of account number   **9 0 3 2**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.605**   Nonpriority creditor's name and mailing address

**LONNIE FORREST**

**4689 Tarsus Rd**

**Palmyra**     **TN**    **37142**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.606**   Nonpriority creditor's name and mailing address

**LOPAREX LLC**

**1255 CRESCENT GREEN**

**SUITE 400**

**CARY**     **NC**    **27518**

Date or dates debt was incurred    **5/27/2016-6/6/2016**

Last 4 digits of account number   **3 2 1 7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$28,452.60**

---

**3.607**   Nonpriority creditor's name and mailing address

**Lorich Construction Mgmt, LLC.**

**2070 Deer Park Road**

**Deer Park**     **NY**    **11729**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.608**   Nonpriority creditor's name and mailing address

**Lorton Stone, LLC**

**7544 Fullerton Court**

**Springfield**     **VA**    **22153**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**         Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.609**   Nonpriority creditor's name and mailing address

**Louis Boxer Builder, LLC**

**P.O. Box 526**

**West Stockbridge, MA 1266**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.610**   Nonpriority creditor's name and mailing address

**Louis Mian, Inc.**

**547 Rutherford Avenue**

**Boston, MA 2129**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.611**   Nonpriority creditor's name and mailing address

**LSC Facades, Ltd.**

**Attn: Scott Udy-Procurement**

**Abbey House, Premier Way**

**Abbey Park Industrial Estate**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.612**   Nonpriority creditor's name and mailing address

**Lubbock Masonry, Inc.**

**7720 19th Street**

**Lubbock**      **TX**     **79407**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor    **Stone Panels, Inc.**                                      Case number (if known)  __16-32856-11__

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.613 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Lusardi Construction Co.**

**1570 Linda Vista Dr.**

**San Marcos**              **CA**    **92069**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

| 3.614 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Lyman Morse Boatbuilding**

**82 Water Street**

**Thomaston, ME**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

| 3.615 | **Nonpriority creditor's name and mailing address** |
|---|---|

**M & J Elevator**

**12900 NW 30th Avenue**

**Opa Locka**              **FL**    **33054**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

| 3.616 | **Nonpriority creditor's name and mailing address** |
|---|---|

**m+a architecture studio**

**5910 Grace Lane**

**Houston**              **TX**    **77021**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                             Amount of claim

---

**3.617** Nonpriority creditor's name and mailing address

M+A Architecture Studio

5910 Grace Lane

Houston      TX    77021

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.618** Nonpriority creditor's name and mailing address

M. Garcia & Sons, Inc.

555 Commerce Drive

Stockbridge      GA    30281

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.619** Nonpriority creditor's name and mailing address

M.A.Angeliades, Inc.

5-44 47th Ave

Long Island City      NY    11101

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.620** Nonpriority creditor's name and mailing address

M.B. Kahn Construction Co.

P.O. Box 1179

COLUMBIA      SC    29202

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor   **Stone Panels, Inc.**                                Case number (if known)   **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                       Amount of claim

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**M.F.V. Development**

**P.O. Box 61816**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Staten Island           NY    10306**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**M.R. Christensen Construction**

**1465 Enea Circle, Ste. 1050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Concord           CA    94520**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**M.S. Rouse Co.**

**1611 Kona Dr.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Compton           CA    90220**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**M.S.Y. Construction Corp.**

**88-92 Sedgwick Ave.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Yonkers           NY    10705**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Stone Panels, Inc.**                                              Case number (if known)   **16-32856-11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.625** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$9,100.00**

**MACHINE TOOL & REPAIR, INC**

**4770 IBERIA AVE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**DALLAS**                    **TX      75207**

_____

Date or dates debt was incurred    **4/29/2019**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

- ☑ No
- ☐ Yes

---

**3.626** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Macy's**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

- ☑ No
- ☐ Yes

---

**3.627** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Madesin General Contractors**

**1120 Eglinton Ave. East**

**Mississauga, ON L4W 1K5**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

- ☑ No
- ☐ Yes

---

**3.628** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Maestro Pedestals**

**613 Martin Avenue, Suite 103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Rohnert Park**              **CA      94928**

_____

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

- ☑ No
- ☐ Yes

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.629** Nonpriority creditor's name and mailing address

**Mainline Elevator Cabs**

**1586 Bonhill Road**

**Mississauga, ON L5T 1C7**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.630** Nonpriority creditor's name and mailing address

**Malouf Cadillac**

**N. Brunswick, NJ**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.631** Nonpriority creditor's name and mailing address

**Mankato Kasota Stone, Inc.**

**818 N. Willow**

**Mankato**      **MN**    **56002**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.632** Nonpriority creditor's name and mailing address

**Manning Construction**

**1825 East Nine Mile Road**

**Highland Springs**      **VA**    **23075**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.633** Nonpriority creditor's name and mailing address

**Manufacturera Metalica Argos**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.634** Nonpriority creditor's name and mailing address

**Manufacturera Metalica Argos**

**R.F.C.MMA660906-S14SA DE CV**

**CALLE: INSURGENTES NO3**

**SANTA CRUZ MEYEHUALCO**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.635** Nonpriority creditor's name and mailing address

**Mar-Paul Construction**

**1335 Senator Roberts Mellow**

Jessup      PA    18434

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.636** Nonpriority creditor's name and mailing address

**March Builders & Design**

**233 Oak Street**

Highland Village      TX    75077

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Stone Panels, Inc.**                                   Case number (if known)   **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.637 | Nonpriority creditor's name and mailing address |
|---|---|

**Mark Cook Builders, Inc**

**511 North Canal Street**

**Leesburg**                    **FL**    **34748**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.638 | Nonpriority creditor's name and mailing address |
|---|---|

**Market Ready of Dublin Ohio**

**DUBLIN, OH**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.639 | Nonpriority creditor's name and mailing address |
|---|---|

**Marshal Erdman & Associates**

**5117 University Ave.**

**Madison**                    **WI**    **53705**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.640 | Nonpriority creditor's name and mailing address |
|---|---|

**Martin Construction Company**

**130 Sylvan St.**

**Danvers, MA 1923**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**     Case number (if known) **16-32856-11**

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                     Amount of claim

---

**3.641**   Nonpriority creditor's name and mailing address

**Maryland Applicators, Inc.**

**11730 Parklawn Dr.**

**Rockville**     **MD**    **20852**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.642**   Nonpriority creditor's name and mailing address

**Masonry & Stucco Services**

**11509 Seagoville Road**

**Mesquite**     **TX**    **75180**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.643**   Nonpriority creditor's name and mailing address

**MAXERP MAS LLC**

**DBA MICROACCOUNTING SOLUTIONS**

**801 E CAMPBELL ROAD**

**SUITE 330**

**RICHARDSON**     **TX**    **75081**

Date or dates debt was incurred    **7/8/2016**

Last 4 digits of account number   **O** **P** **A** **N**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$89.32**

---

**3.644**   Nonpriority creditor's name and mailing address

**McCabe, Inc.**

**42447 Old Kalamianole Rd.**

**Kailua**     **HI**    **96734**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.645**   Nonpriority creditor's name and mailing address

**McGlynn Hays and Company**

**605 West 47th Street**

**New York**     **NY**    **10036**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.646**   Nonpriority creditor's name and mailing address

**McKenney Construction Co.**

**179 Center**

**North Easton, MA**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.647**   Nonpriority creditor's name and mailing address

**McMullen Facades Ltd**

**The Ring Tower Centre**

**Moorside Road, Winnall**

**Hants SO23 7RZ**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.648**   Nonpriority creditor's name and mailing address

**McMullen, Inc.**

**4972 Potato Houst Ct.**

**Wilson**     **NC**    **27893**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.649**   Nonpriority creditor's name and mailing address

McPherson Contractors, Inc.

3501 SW Fairlawn Road

Suite 100

Topeka      KS    66614

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.650**   Nonpriority creditor's name and mailing address

Mekaniske Stenhuggeri A/S

Industriholmen 21

DK-2650 Hvidovere,

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.651**   Nonpriority creditor's name and mailing address

Melville Industrial Associates

445 Broadhollow Rd

Melville      NY    11747

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.652**   Nonpriority creditor's name and mailing address

Men at Work Construction Corp.

41 Industrial Rd

Wainscott      NY    11975

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**          Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                              Amount of claim

---

**3.653**    Nonpriority creditor's name and mailing address

**Merit Builders, LLC**

**144D Mariner Drive**

**Southampton**        **NY**    **11968**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.654**    Nonpriority creditor's name and mailing address

**Merkel Woodworking Inc.**

**300 S. Stewart Avenue**

**Addison**        **IL**    **60101**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.655**    Nonpriority creditor's name and mailing address

**Merritts Boat & Engine Works**

**2931 NE 16th St.**

**Pompano Beach**        **FL**    **33062**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.656**    Nonpriority creditor's name and mailing address

**Messer Construction**

**3705 Business Park Drive**

**Columbus**        **OH**    **43204**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.657**   Nonpriority creditor's name and mailing address

**Metal & Glass Solutions**

**55 Washington Street,**

**Suite 655**

**Brooklyn**      **NY**    **11201**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.658**   Nonpriority creditor's name and mailing address

**METRO-REPRO, INC**

**8906 CHANCELLOR ROW**

**DALLAS**      **TX**    **75247**

Date or dates debt was incurred   **6/27/2016-6/30/2016**

Last 4 digits of account number   **0 4 0 0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$1,470.85**

---

**3.659**   Nonpriority creditor's name and mailing address

**METROPLEX WELDING SUPPLY, INC**

**1970 W. NORTHWEST HWY**

**DALLAS**      **TX**    **75220**

Date or dates debt was incurred   **4/30/16-7/14/16**

Last 4 digits of account number   **3 9 3 0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$17,815.56**

---

**3.660**   Nonpriority creditor's name and mailing address

**MGC Stone Co., Inc.**

**740 Washington Ave.**

**Belleville, NJ 7109**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**  Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.661** | Nonpriority creditor's name and mailing address |
|---|---|

**Michael Anthony Contracting**

**161 RAILROAD AVE**

**New Hyde Park**　　　　**NY**　　**11040**

Date or dates debt was incurred

Last 4 digits of account number　　＿＿ ＿＿ ＿＿ ＿＿

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| **3.662** | Nonpriority creditor's name and mailing address |
|---|---|

**Michael Cadillac Inc.**

**50 West Bullard**

**Fresno**　　　　**CA**　　**93755-5419**

Date or dates debt was incurred

Last 4 digits of account number　　＿＿ ＿＿ ＿＿ ＿＿

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| **3.663** | Nonpriority creditor's name and mailing address |
|---|---|

**Mid-Atlantic Glass**

**2516 Squadron Court**

**Virginia Beach**　　　　**VA**　　**23453**

Date or dates debt was incurred

Last 4 digits of account number　　＿＿ ＿＿ ＿＿ ＿＿

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| **3.664** | Nonpriority creditor's name and mailing address |
|---|---|

**MILLER DRUCK SPECIALTY CONTRACTING, INC**

**264 WEST 40TH STREET**

**9TH FLOOR**

**NEW YORK**　　　　**NY**　　**10018**

Date or dates debt was incurred　　**2/8/2016-2/29/2016**

Last 4 digits of account number　　＿＿ ＿＿ ＿＿ ＿＿

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$161,366.05

---

Debtor **Stone Panels, Inc.**                                    Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.665** Nonpriority creditor's name and mailing address

**Miller Saverese Associates**

**1120 Ave. of the Americas**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

New York          NY     11036

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.666** Nonpriority creditor's name and mailing address

**Miller-Druck Specialty**

**Contracting, Inc.**

**264 West 40th Street**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

New York          NY     10018

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.667** Nonpriority creditor's name and mailing address

**Minker Construction Assoc, LLC**

**830 Dawson Drive**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Newark          DE     19713

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.668** Nonpriority creditor's name and mailing address

**Mirco Builders**

**595 Elm Place**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Highland Park          IL     60035

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Stone Panels, Inc.**                                         Case number (if known) __16-32856-11__

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Misellaneous Sales/Cash Sales**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**MJ Hoag Contracting, Inc.**

**P.O. Box 202**

**Kenilworth, NJ 7033**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**MLB Construction Services, LLC**

**One Stone Break Road**

**Malta**                                     **NY      12020**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46,318.60 |

**MLRP 100 S ROYAL LP**

**5055 KELLER SPRINGAS ROAD**

**SUITE 300/ ACCOUNTS REC**

**ADDISON**                                   **TX      75001**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **7/1/2016**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.673** Nonpriority creditor's name and mailing address

**Mobile County Commission**

**P.O.Box 8368**

Mobile     AL    36689

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.674** Nonpriority creditor's name and mailing address

**Monarch Construction**

**1001 Dove Street, Suite 205**

Newport Beach     CA    92660

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.675** Nonpriority creditor's name and mailing address

**Morcon Construction, Inc.**

**5905 Golden Valley Road**

Minneapolis     MN    55422

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.676** Nonpriority creditor's name and mailing address

**Mosaic Building Solutions**

**1220 Ruston Pass**

Fort Wayne     IN    46825

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                                 Case number (if known) **16-32856-11**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.677** | Nonpriority creditor's name and mailing address

**Mosaic Building Solutions LLC**

**1220 Ruston Pass**

**Fort Wayne**     **IN**     **46825**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.678** | Nonpriority creditor's name and mailing address

**MPBF Service's**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.679** | Nonpriority creditor's name and mailing address

**MSC INDUSTRIAL SUPPLY CO**

**750 MAXESS ROAD**

**MELVILLE**     **NY**    **11747**

Date or dates debt was incurred   **5/25/2016**

Last 4 digits of account number   **8**   **3**   **0**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$605.54**

---

**3.680** | Nonpriority creditor's name and mailing address

**Muckleroy & Falls Const. Co.**

**3880 Hulen Street, Suite 520**

**Lock Box 13**

**Fort Worth**     **TX**    **76107**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.681** Nonpriority creditor's name and mailing address

**Murnane Building Contractors**

**6728 Myers Rd.**

**East Syracuse**      **NY**    **13057**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.682** Nonpriority creditor's name and mailing address

**Musick Construction Co**

**254 Hanley Industrial Ct**

**Saint Louis**      **MO**    **63144**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.683** Nonpriority creditor's name and mailing address

**N.L. Construction Corp.**

**230 15th Street, SE**

**Canton**      **OH**    **44707**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.684** Nonpriority creditor's name and mailing address

**N.T. DIAMONDS TOOLS LLC**

**4710 ALEXANDER LN**

**DALLAS**      **TX**    **75247**

Date or dates debt was incurred    **5/12/2016-6/29/2016**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$48,091.73**

---

Debtor **Stone Panels, Inc.**          Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.685**   Nonpriority creditor's name and mailing address

**NAF Construction Management**

**c/o HFZ Capital Group, LLC**

**600 Madison Avenue, 15th Floor**

**New York**      **NY**   **10022**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.686**   Nonpriority creditor's name and mailing address

**NANCY GULLIFORD**

**6670 Vernon Ave #318**

**Minneapolis**      **MN**   **55436**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,171.02**

---

**3.687**   Nonpriority creditor's name and mailing address

**Nash Builders, LTD.**

**P.O. Box 8327**

**Horseshoe Bay**      **TX**   **78657**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.688**   Nonpriority creditor's name and mailing address

**NATIONAL ASSOC OF ELEVATOR**

**1298 WELLBROK CIRCLE NE**

**CONYERS**      **GA**   **30012**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**

Case number (if known) **16-32856-11**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.689** Nonpriority creditor's name and mailing address

**National Elevator Cab & Door**

**53-15 37th Avenue**

**Woodside**     **NY**   **11377**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.690** Nonpriority creditor's name and mailing address

**National Elevator Supply, Inc.**

**P.O. Box 1884**

**Tucker**     **GA**   **30085**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.691** Nonpriority creditor's name and mailing address

**NATIONAL HOSE AQUISITION**

**DBA/ TEXAS RUBBER SUPPLY**

**2436 IRVING BLVD**

**IRVING**     **TX**   **75207**

Date or dates debt was incurred   **6/3/2016-6/10/2016**

Last 4 digits of account number   **S P N 1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1,532.19**

---

**3.692** Nonpriority creditor's name and mailing address

**National Marble&Architectural**

**Stone**

**841 Rainbow Drive**

**Glendora**     **CA**   **91741**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                          Case number (if known) **16-32856-11**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.693 | Nonpriority creditor's name and mailing address |
|---|---|

**National Panel Systems, Inc**

**885 Oil Mill Rd.**

**Van Alstyne**          **TX**     **75495**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.694 | Nonpriority creditor's name and mailing address |
|---|---|

**National Terrazzo Tile**

**5728 Hood Street**

**Houston**          **TX**     **77023**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.695 | Nonpriority creditor's name and mailing address |
|---|---|

**Nelson Development Group**

**728 N. Main St.**

**Marysville**          **OH**     **43040**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.696 | Nonpriority creditor's name and mailing address |
|---|---|

**Neptunus**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

Debtor **Stone Panels, Inc.** Case number (if known) **16-32856-11**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.697 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**NER Construction Management**

**867 Woburn Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington, MA 1887**

Basis for the claim:

_____

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.698 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Nevell Group Inc**

**3284 Greyhawk Court, Suite 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

**Carlsbad** **CA** **92010**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.699 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**New Line Structures , Inc.**

**512 Seventh Ave, 15th Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

**New York** **NY** **10018**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.700 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Newton Resources**

**12337 Jones Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Suite 230**

Basis for the claim:

_____

**Houston** **TX** **77070**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor **Stone Panels, Inc.**  Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.701** Nonpriority creditor's name and mailing address

**Nikko Construction Corp.**

**173 Route 303**

**Valley Cottage**      **NY**    **10989**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.702** Nonpriority creditor's name and mailing address

**NOC Construction Inc**

**33-70 Prince Street**

**Flushing**      **NY**    **11354**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.703** Nonpriority creditor's name and mailing address

**North Carolina Granite**

**151 Granite Quarry Trail**

**Mount Airy**      **NC**    **27030**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.704** Nonpriority creditor's name and mailing address

**NORTH CAROLINA GRANITE CORPORATION**

**151 GRANITE QUARRY TRAIL**

**MOUNT AIRY**      **NC**    **27030**

Date or dates debt was incurred    **5/6/2016**

Last 4 digits of account number   __ **S** **T** **P**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$13,092.40**

Debtor    **Stone Panels, Inc.**      Case number (if known)   **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.705 | Nonpriority creditor's name and mailing address |
|---|---|

**North Shore Monuments**

**667 Cedar Swamp Road**

**Brookville**      **NY**    **11545**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.706 | Nonpriority creditor's name and mailing address |
|---|---|

**Northcoast Yachts**

**401 Alexander Ave., #407**

**Tacoma**      **WA**    **98421**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.707 | Nonpriority creditor's name and mailing address |
|---|---|

**NORTHWEST PROPANE GAS CO**

**1515 W BELTLINE RD**

**SUITE 100**

**CARROLLTON**      **TX**    **75006**

Date or dates debt was incurred    **5/20/2016-7/20/2016**

Last 4 digits of account number   **2  3  7  8**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,593.60**

---

| 3.708 | Nonpriority creditor's name and mailing address |
|---|---|

**NRI Construction, Inc.**

**2182 Jackson Ave.**

**Seaford**      **NY**    **11783**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor  **Stone Panels, Inc.**         Case number (if known)   **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                               Amount of claim

**3.709**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                         **$0.00**

Check all that apply.

**Nyman Construction Co**

**23209 Miles Road, 2nd Floor**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Cleveland**        **OH**    **44128**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.710**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                         **$0.00**

Check all that apply.

**O'Brien Glass Company**

**4916 W. State Route 97**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Springfield**        **IL**    **62707**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.711**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                         **$0.00**

Check all that apply.

**OBE Canada Inc.**

**210 Great Gulf Dr.**

**L4K 5W1**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Concord , Ontario**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.712**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                         **$0.00**

Check all that apply.

**Ochoa Masonry**

**4217 Van Buren**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Amarillo**        **TX**    **79110**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor **Stone Panels, Inc.**                                    Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.713** Nonpriority creditor's name and mailing address

**OCL Facades Ltd**

**9 Argent Court**

**Southfields Business Park**

**SS15 6TH**

As of the petition filing date, the claim is: **$0.00**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.714** Nonpriority creditor's name and mailing address

**Oldcastle Building Envelope**

**210 Great Gulf Drive**

**Concord, ON L4K 5W1**

As of the petition filing date, the claim is: **$0.00**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.715** Nonpriority creditor's name and mailing address

**Olympus Marble & Granite**

**2141 Bingle Road**

**Houston**                    **TX**       **77055**

As of the petition filing date, the claim is: **$0.00**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.716** Nonpriority creditor's name and mailing address

**OMEGA PRINTING**

**2906 W STORY ROAD**

**IRVING**                    **TX**       **75038**

As of the petition filing date, the claim is: **$169.05**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **7/22/2016**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.717** Nonpriority creditor's name and mailing address

**One Audubon LLC**

**One Audubon Street**

**Suite 500**

**New Haven, CT 6511**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.718** Nonpriority creditor's name and mailing address

**Onekey**

**695 E. 132nd St.**

**Bronx**      **NY**    **10454**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.719** Nonpriority creditor's name and mailing address

**Onis Stone**

**1116 E Vickery Blvd**

**Fort Worth**      **TX**    **76104**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.720** Nonpriority creditor's name and mailing address

**Onsite Construction**

**35-44 10th Street**

**Astoria**      **NY**    **11106**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **Stone Panels, Inc.**                                    Case number (if known)   **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| **3.721** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Ontario Panelization**

**520 Clarke Road**

**London,**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim  **$0.00**

---

| **3.722** | Nonpriority creditor's name and mailing address |
|---|---|

**ONTRACK STAFFING**

**2155 CHENAULT DRIVE**

**SUITE 300**

**CARROLLTON         TX      75006**

Date or dates debt was incurred    **2/10/2016-3/9/2016**

Last 4 digits of account number    **2   0   3   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim  **$58,724.55**

---

| **3.723** | Nonpriority creditor's name and mailing address |
|---|---|

**OSI Hard Surfaces**

**#1-110 Claireport Cres.**

**Toronto, ON M9W 6P3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim  **$0.00**

---

| **3.724** | Nonpriority creditor's name and mailing address |
|---|---|

**Oskomera Projecten BV**

**Industrieweg 19, PO Box 5**

**5750 AA Deurne**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim  **$0.00**

Debtor    **Stone Panels, Inc.**        Case number (if known)   **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| **3.725** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**Overholt Construction**

**18635 SW 105th Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Miami**      **FL**    **33157**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.726** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**Owen Ames Kimball**

**11941 Fairway Lakes Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Fort Myers**      **FL**    **33913**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.727** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**P Agnes**

**2102 Penrose Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Philadelphia**      **PA**    **19145**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.728** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**P.G. Drywall**

**37 Vredenburgh Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Yonkers**      **NY**    **10704**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor  **Stone Panels, Inc.**              Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        **Amount of claim**

---

| 3.729 | Nonpriority creditor's name and mailing address |
| --- | --- |

**P.J Hoerr**

**107 N. Commerce Place**

Peoria          IL     61604

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.730 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Pabco Construction**

**157 Gazza Blvd.**

Farmingdale       NY    11735

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.731 | Nonpriority creditor's name and mailing address |
| --- | --- |

**PACE ANALYTICAL SERVICES INC**

**400 WEST BETHANY DRIVE**

**SUITE 190**

ALLEN        TX    75013

Date or dates debt was incurred   **6/7/2016**

Last 4 digits of account number   0   0   0   8

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$176.75**

---

| 3.732 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Pacific Commercial Const. Inc.**

**2262 Rutherford Road**

Carlsbad       CA    92008

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor  **Stone Panels, Inc.**                                    Case number (if known)  **16-32856-11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.733 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pacific Glass Inc**

**PO Box 445**

Basis for the claim:

_____

**Renton**                **WA**    **98057**

Date or dates debt was incurred    _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$0.00**

| 3.734 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pahlow Masonry**

**N 5507 Herman Rd**

Basis for the claim:

_____

**Shiocton**               **WI**    **54170**

Date or dates debt was incurred    _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$0.00**

| 3.735 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Panel Installers, Ltd.**

**P.O. Box 542603**

Basis for the claim:

_____

**Dallas**                 **TX**    **75354**

Date or dates debt was incurred    _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$0.00**

| 3.736 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Panzitta Enterprises, Inc.**

**72 George Avenue**

Basis for the claim:

_____

**Wilkes Barre**           **PA**    **18705**

Date or dates debt was incurred    _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$0.00**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 193

Debtor  **Stone Panels, Inc.**                                   Case number (if known)  **16-32856-11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.737** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

_Check all that apply._

**Park Avenue Elevator Design**

☐ Contingent

**18-60 42nd Street**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Astoria**          **NY**     **11105**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

| **3.738** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

_Check all that apply._

**Parkside Church**

☐ Contingent

**c/o Choice Repps Construction**

☐ Unliquidated

**Advisers, Inc**

☐ Disputed

**24985 West Northwood Dr**

**Basis for the claim:**

**Olmsted Falls**        **OH**    **44138**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

| **3.739** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

_Check all that apply._

**Parry Bowen**

☐ Contingent

**Zone 4 Burntwood Business Park**

☐ Unliquidated

**Burntwood, ST WS7 3G0**

☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

| **3.740** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

_Check all that apply._

**Patrick Ryan Associates**

☐ Contingent

**56-58 High Street**

☐ Unliquidated

**Ewell, Epsom**

☐ Disputed

**KT17 1RW**

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

Debtor   **Stone Panels, Inc.**                                        Case number (if known)   **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.741**   Nonpriority creditor's name and mailing address

**PBS Companies**

**PO Box 278**

**Crete**                        **IL**      **60417**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.742**   Nonpriority creditor's name and mailing address

**PCL Construction Service, Inc.**

**6700 Forum Dr.**

**Suite 100**

**Orlando**                      **FL**      **32821**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.743**   Nonpriority creditor's name and mailing address

**PDS Engineering & Construction**

**107 Old Windsor Road**

**Bloomfield, CT 6002**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.744**   Nonpriority creditor's name and mailing address

**Peninsula Const. & Design, Inc**

**1125 Business Park Drive**

**Traverse City**               **MI**      **49686**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor  **Stone Panels, Inc.** _____  Case number (if known) **16-32856-11** _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.745**  Nonpriority creditor's name and mailing address

**Penn Perry Inc.**

**75 Shenot Road**

**Wexford**            **PA**    **15090**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.746**  Nonpriority creditor's name and mailing address

**People's Bank**

**P.O. Box 2887**

**York**            **PA**    **17405-2887**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.747**  Nonpriority creditor's name and mailing address

**Pepe Construction Co.**

**100 Stradtman Street Bldg. 6**

**Buffalo**            **NY**    **14206**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.748**  Nonpriority creditor's name and mailing address

**Pepper Construction**

**41 Lake Zurich Road**

**Barrington**            **IL**    **60010**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**   Case number (if known) **16-32856-11**

## Part 2: | Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.749 | Nonpriority creditor's name and mailing address |
|---|---|

**Perera Construction & Design**

**2890 Inland Empire Blvd.**

**Ste. 102**

**Ontario**        **CA**   **91764**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| 3.750 | Nonpriority creditor's name and mailing address |
|---|---|

**Perfection II Masonry, Inc.**

**223 S. 1000 Rd.**

**Alta Vista**        **KS**   **66834**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| 3.751 | Nonpriority creditor's name and mailing address |
|---|---|

**Perracino Group**

**Les 5 Chenins, ZI**

**74200**

**Margencel,**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| 3.752 | Nonpriority creditor's name and mailing address |
|---|---|

**PETER MYLES**

**3901 LONG MEADOW DR**

**Q**

**FLOWER MOUND**        **TX**   **75022**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor **Stone Panels, Inc.**  Case number (if known) **16-32856-11**

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

Peyronnin Construction Co.

1901 N. Kentucky Avenue

P.O. Box 3317

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Evansville          IN      47732

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

Philadelphia D & M

500 Davis Drive, Suite 100

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Plymouth Meeting      PA      19462

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |

PHILIP GORDON

1206 YUKON DRIVE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Red Oak          TX      75154

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

Phinney Industrial Roofing

700 Hadley Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Columbus          OH      43228

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     page 198

Debtor   **Stone Panels, Inc.**      Case number (if known)   **16-32856-11**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.757**   Nonpriority creditor's name and mailing address

**Phoenix Associates, Inc.**

**501 East Street**

**Parkersburg**     **WV**    **26101**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.758**   Nonpriority creditor's name and mailing address

**Phoenix Bay State Construction**

**79 Shirley St.**

**Boston, MA 2119**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.759**   Nonpriority creditor's name and mailing address

**Piazza Brothers, Inc.**

**420 Columbus**

**Valhalla**     **NY**    **10595**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.760**   Nonpriority creditor's name and mailing address

**Pine Bluff Glass Co.**

**2901 Miramar Dr.**

**Pine Bluff**     **AR**    **71603**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **Stone Panels, Inc.**                                        Case number (if known)  **16-32856-11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Pinion Construction Inc.**

**5201 N. Council Road**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Oklahoma City                    OK      73132

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Pinnacle Tile & Marble, Inc.**

**P.O. Box 7207**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Delray Beach                     FL      32484

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**PITNEY BOWES GLOBAL FINANCIAL**

**1 ELMCROFT ROAD**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

STAMFORD                         CT      06926

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Planning Design Build**

**901 Deming Way**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Madison                          WI      53717

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor  **Stone Panels, Inc.**          Case number (if known)   **16-32856-11**

---

### Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| | |
|---|---|
| **3.765**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.*     **$154,319.00** |

**PLASCORE**

**PO BOX 170**

☐ Contingent
☐ Unliquidated
☐ Disputed

**ZEELAND**      **MI**    **49464-0170**

**Basis for the claim:** **Services**

Date or dates debt was incurred   **5/5/2016-7/18/2016**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| | |
|---|---|
| **3.766**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |

**Plum Builders Inc.**

**43 Pantigo Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**East Hampton**      **NY**    **11937-2603**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| | |
|---|---|
| **3.767**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |

**POLLOCK PAPER DISTRIBUTORS**

**1 POLLOCK PLACE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**GRAND PRAIRIE**      **TX**    **75050**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| | |
|---|---|
| **3.768**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |

**Polycor Georgia Marble**

**P.O. Box 238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Tate**      **GA**    **30177**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.769**   Nonpriority creditor's name and mailing address

**Pontiac Ceiling & Partition Co**

**5075 Carpenter Road**

**Ypsilanti**      **MI**    **48197**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.770**   Nonpriority creditor's name and mailing address

**Port Morris Tile**

**1285 OAK POINT AVE**

**Bronx**      **NY**    **10474**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.771**   Nonpriority creditor's name and mailing address

**Poter Construction**

**5440 N. Cumberland Ave.**

**Chicago**      **IL**    **60656**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.772**   Nonpriority creditor's name and mailing address

**PRAXAIR DISTRIBUTION INC**

**2506 IRVING BOULEVARD**

**DALLAS**      **TX**    **75207**

Date or dates debt was incurred   **6/20/2016**

Last 4 digits of account number   **W Y 9 7**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$91.60**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.773**   **Nonpriority creditor's name and mailing address**

**Precision Pattern Interiors**

**1643 S. Maize Rd.**

**Wichita**      **KS**    **67209**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.774**   **Nonpriority creditor's name and mailing address**

**Precision Stone, Inc**

**95 Hopper Street**

**Westbury**      **NY**    **11590**

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.775**   **Nonpriority creditor's name and mailing address**

**Precision Wall Systems**

**3801 S. Main Street**

**South Bend**      **IN**    **46614**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.776**   **Nonpriority creditor's name and mailing address**

**Price Edwards & Company**

**210 Park Ave., Suite 1000**

**Oklahoma City**      **OK**    **73102**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                                    Case number (if known)  **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,004,133.57** |

**PRIME INDUSTRIAL RECRUITERS**

**DBA/ ELITE WORKFORCE MANAGEMENT**

**4527 E 31ST STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

**TULSA**          **OK      74135**

**Basis for the claim:**
**Services**

Date or dates debt was incurred      **4/14/2016-7/7/2016**

Is the claim subject to offset?

Last 4 digits of account number          **1   5   5   1**

☒ No
☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**PRIMROSE OIL**

**11444 DENTON DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**          **TX      75229**

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$461.59** |

**PRINCIPAL TECHNOLOGY, INC**

**1901 10TH STREET**

**SUITE 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PLANO**          **TX      75074**

**Basis for the claim:**

Date or dates debt was incurred      **6/20/2016**

Is the claim subject to offset?

Last 4 digits of account number      ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Principle Design**

**606 Honeysuckle Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pflugerville**          **TX      78660**

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      ___ ___ ___ ___

☒ No
☐ Yes

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

           Amount of claim

| | |
|---|---|
| **3.781** Nonpriority creditor's name and mailing address | **$0.00** |

**Pro Building Systems**

**3678 N. Peachtree Rd.**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Atlanta     GA    30341**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.782** Nonpriority creditor's name and mailing address      **$0.00**

**Pro-Tile, Inc.**

**1509 S. Smith Street, Suite 26**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**East Ridge     TN    37412**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.783** Nonpriority creditor's name and mailing address      **$2,990.11**

**PRODUCT HANDLING DESIGN, INC**

**2322 PARKER RD**

**SUITE 410**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CARROLLTON     TX    75010**

Basis for the claim:

Date or dates debt was incurred   **4/29/2016-5/31/2016**

Last 4 digits of account number   **8   8   4   4**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.784** Nonpriority creditor's name and mailing address      **$0.00**

**Professional Design & Const.**

**61 Church Street**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Landisville     PA    17538**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

| | | |
|---|---|---|
| **3.785** | Nonpriority creditor's name and mailing address | **$0.00** |

**PROMETEC srl**

**VIA DORSALE**

**13 PARCO PRODUCTITIVO APUANIA**

**MASSA, ITALY ITA54100**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.786** | Nonpriority creditor's name and mailing address | **$0.00** |

**Pullman SST, Inc.**

**2227 High Hill Road**

**Swedesboro, NJ 8085**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.787** | Nonpriority creditor's name and mailing address | **$0.00** |

**Pumford Construction, Inc.**

**1674 Champagne Drive North**

**Saginaw**   **MI**  **48604**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.788** | Nonpriority creditor's name and mailing address | **$0.00** |

**PURCHASE POWER**

**PO BOX 371874**

**PITTSBURGH**   **PA**  **75250-7874**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Debtor **Stone Panels, Inc.**                                    Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.789** Nonpriority creditor's name and mailing address

**Purdy Masonry, Inc.**

**7601 Indianapolis Road**

Zionsville              IN      46077

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**$0.00**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.790** Nonpriority creditor's name and mailing address

**PURVIS INDUSTRIES LTD**

**10500 N STEMMONS FWY**

DALLAS              TX      75220

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**$3,211.40**

Date or dates debt was incurred   6/13/2016

Last 4 digits of account number   7  5  0  6

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.791** Nonpriority creditor's name and mailing address

**PW Campbell Contracting Co.**

**109 Zeta Drive**

Pittsburgh              PA      15238

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**$0.00**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.792** Nonpriority creditor's name and mailing address

**Pyramid Masonry Inc**

**1640 S. Green Street, Suite B**

Brownsburg              IN      46112

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**$0.00**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Stone Panels, Inc.**                                      Case number (if known)  **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.793 | Nonpriority creditor's name and mailing address |
|---|---|

**Q & D Construction**

**537 Ralston Street**

_____

**Reno**                      **NV**      **89503**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

| 3.794 | Nonpriority creditor's name and mailing address |
|---|---|

**QUARRY INC**

**6863 W CHARLESTON BLVD**

_____

**LAS VEGAS**                **NV**      **89117**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

| 3.795 | Nonpriority creditor's name and mailing address |
|---|---|

**QUINCY COMPRESSOR LLC**

**701 NORTH DOBSON AVENUE**

_____

**BAY MINETTE**              **AL**      **36507**

Date or dates debt was incurred    **5/31/2016-6/29/2016**

Last 4 digits of account number    **4   4   8   5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$7,147.73**

| 3.796 | Nonpriority creditor's name and mailing address |
|---|---|

**R & L Construction**

**231 Grand St.**

_____

**New York**                 **NY**      **10002**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

Debtor      **Stone Panels, Inc.**                                    Case number (if known)  **16-32856-11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.797** | **Nonpriority creditor's name and mailing address** |

**R. Bratti Associates, Inc.**

**401 East Glebe Road**

Alexandria            VA      22305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.798** | **Nonpriority creditor's name and mailing address** |

**R.B. Weatherman Masonry, Inc.**

**33183 E. 667th Way**

Chouteau            OK      74337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.799** | **Nonpriority creditor's name and mailing address** |

**R.E. Kelley Inc**

**33 Main Street**

Bowmansville            NY      14026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.800** | **Nonpriority creditor's name and mailing address** |

**R.S. HUGHES INC.**

**10756 N STEMMON FREEWAY**

DALLAS            TX      75220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$2,611.50**

Date or dates debt was incurred      **6/13/2016**

Last 4 digits of account number      **1    2    3    6**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Stone Panels, Inc.**                                    Case number (if known) **16-32856-11**

---

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.801** Nonpriority creditor's name and mailing address

**R.S. Mowery& Sons Inc**

**1000 Bent Creek Blvd**

_____

_____

**Mechanicsburg           PA     17050**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

**3.802** Nonpriority creditor's name and mailing address

**Radley Automotive Group**

**14700 A. Jeff Davis Highway**

_____

_____

**Woodbridge              VA     22191**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

**3.803** Nonpriority creditor's name and mailing address

**Railworks Transit, Inc.**

**1042 38th Street**

_____

_____

**Brooklyn                NY     11219**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

**3.804** Nonpriority creditor's name and mailing address

**RAM Masonry**

**7537 Commerce Circle**

_____

_____

**Trussville               AL     35173**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.805**   Nonpriority creditor's name and mailing address

**RAM TOOL**

**PO BOX 743487**

**ATLANTA**     **GA**    **30374-3488**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.806**   Nonpriority creditor's name and mailing address

**Ranon, Inc.**

**5109 North Howard Ave.**

**Tampa**     **FL**    **33603**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.807**   Nonpriority creditor's name and mailing address

**RDA, Inc.**

**2400 Tampa Street**

**Reno**     **NV**    **89512**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.808**   Nonpriority creditor's name and mailing address

**Reckson Associates**

**242 Broadhollow**

**Melville**     **NY**    **11747**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.809** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
|---|---|---|---|

**Reckson Div of SL Green Realty**

**360 Hamilton Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**White Plains**      **NY**    **10601**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.810** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$11,750.00** |
|---|---|---|---|

**RED RIVER TRANSPORTATION, INC.**

**125 MURRAY HILL ROAD**

**SUITE D**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**SOUTHERN PINES**      **NC**    **28387**

Date or dates debt was incurred   **6/8/2016-6/24/2016**

Last 4 digits of account number   **0 0 0 0**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.811** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
|---|---|---|---|

**Redcom Design & Const.  LLC**

**PO Box 160**

**Westfield, NJ 7090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.812** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
|---|---|---|---|

**Regency Elevator Products Corp**

**870 Mt. Prospect Ave.**

**Newark, NJ 7104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                   Amount of claim

**3.813**   Nonpriority creditor's name and mailing address

**REGENCY OFFICE & PROMOTIONAL PRODUCTS**

**2025 IRVING BLVD**

**SUITE 206**

**DALLAS**          **TX**     **75356**

Date or dates debt was incurred    **5/3/2016-6/23/2016**

Last 4 digits of account number    **D**   **E**   **P**   **T**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1,773.82**

---

**3.814**   Nonpriority creditor's name and mailing address

**REGINA SEELY**

**515 W 2nd St.**

**Justin**          **TX**     **76247**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$245.28**

---

**3.815**   Nonpriority creditor's name and mailing address

**Related Companies**

**520 West 29th**

**New York**          **NY**     **10001**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.816**   Nonpriority creditor's name and mailing address

**Reliance Realty LLC**

**300 N Marienfield, Suite 150**

**Midland**          **TX**     **79701**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.817** Nonpriority creditor's name and mailing address

**Remsing Construction Co., Inc.**

**3119 S Route 31**

**Crystal Lake**     **IL**    **60012**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.818** Nonpriority creditor's name and mailing address

**Renier Construction, Inc.**

**2164 Citygate Drive**

**Columbus**     **OH**    **43219**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.819** Nonpriority creditor's name and mailing address

**Reno Contracting Co.**

**1450 Frazee Road**

**Suite 100**

**San Diego**     **CA**    **92108**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.820** Nonpriority creditor's name and mailing address

**RESTEX**

**6050 TRI COUNTRY PKWY**

**SCHERTZ**     **TX**    **78154**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                      Amount of claim

| | |
|---|---|
| **3.821** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**3.821** Nonpriority creditor's name and mailing address

**Restoration & Construction**

**Specialists**

**6684-5 Columbia Park Dr. S**

**Jacksonville**      **FL**     **32258**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.822** Nonpriority creditor's name and mailing address

**Retail Storefront Group**

**419 Miami Ave.**

**Leeds**      **AL**     **35094**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.823** Nonpriority creditor's name and mailing address

**Retro Elevator**

**3241 118th Ave. North**

**Saint Petersburg**      **FL**     **33716**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.824** Nonpriority creditor's name and mailing address

**Reveal Exhibits, Inc.**

**1241 Ambassador Blvd. #200**

**Saint Louis**      **MO**     **63132**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

---

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.825 | Nonpriority creditor's name and mailing address |
|---|---|

**RG GLASS**

**180 VARICK STREET**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$0.00**

**New York**　　　　**NY**　**10014**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address |
|---|---|

**RGI Image**

**724 N 109th Ct.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$0.00**

**Omaha**　　　　**NE**　**68154**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address |
|---|---|

**RIBER TECH**

**206 GREEN OAKS LOOP**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$0.00**

**FREDRICKSBURG**　　　　**TX**　**78624**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address |
|---|---|

**Rich & Gardner Construction Co**

**206 Plum Street**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$0.00**

**Syracuse**　　　　**NY**　**13204**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor **Stone Panels, Inc.** Case number (if known) **16-32856-11**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

Richard D. Poole

150 Farm Lane Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

York PA 17402

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

Richter & Ratner

55-05 Flushing Ave.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Maspeth NY 11378

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

Riggs Construction Co

c/o Consigli Construction Co

72 Sumner St

Milford, MA 1757

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

Riis Borg

1010 Hooker St

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Chicago IL 60642

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

Official Form 206E/F Schedule E/F: Creditors Who Have Unsecured Claims page 217

Debtor **Stone Panels, Inc.**                     Case number (if known) **16-32856-11**

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Rinaldi Tile & Marble**

**51 Fremont Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Watsonville            CA      95076**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Rives Construction Co., Inc.**

**5200 Grantswood Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Birmingham            AL      35210**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**RJHP, LLC**

**2003 Western Avenue Suite 500**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Seattle            WA      98121**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**RMG Buliding**

**20653 Lycoming Street**

**Suite A1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Walnut            CA      91789**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Stone Panels, Inc.**      Case number (if known)   **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.837**   Nonpriority creditor's name and mailing address

**Robert Dureya**

**1999 Marcus Ave Ste 310**

**New Hyde Park**    **NY**   **11042**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.838**   Nonpriority creditor's name and mailing address

**Robert Gray Partners, Inc.**

**P.O. Box 1000**

**Sherwood**    **OR**   **97140**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.839**   Nonpriority creditor's name and mailing address

**ROBERT SCHAUPP**

**103 OAK LANE**

**LADONIA**    **TX**   **75449**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.840**   Nonpriority creditor's name and mailing address

**Robinson Aircraft**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **Stone Panels, Inc.**    Case number (if known)    **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.841**    Nonpriority creditor's name and mailing address

**ROCHAREL ROCHAS, LDA**

**AV. 25 ABRIL 184-1°B**

**CASCAIS, PORTUGAL 2750-511**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred    **5/25/2016-7/11/2016**

Last 4 digits of account number    **2   5   2   6**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$31,850.94**

---

**3.842**    Nonpriority creditor's name and mailing address

**Rocky Mt. Floor Systems**

**113 ABC Suite A**

**Aspen**                    **CO    81611**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.843**    Nonpriority creditor's name and mailing address

**RODRIQUEZ CONSTRUCTION**

**PHILADELPHIA, PA**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.844**    Nonpriority creditor's name and mailing address

**Rohrich Automotive Group**

**2116 West Liberty Ave.**

**Pittsburgh**                **PA    15226**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**    Case number (if known) **16-32856-11**

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.845** Nonpriority creditor's name and mailing address

**Roman Construction Corp.**

**14 Ogden Street**

**Newark, NJ 7104**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.846** Nonpriority creditor's name and mailing address

**Ron Henig Interior**

**21540 Potomac**

**Southfield** **MI** **48076**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.847** Nonpriority creditor's name and mailing address

**Ron Rich**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.848** Nonpriority creditor's name and mailing address

**Roy Elevator Cabs and Entrance**

**35 Bodwell Street**

**Avon, MA 2322**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.** _____ Case number (if known) **16-32856-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.849** | Nonpriority creditor's name and mailing address

**Royal BC Museum Corporation**

**675 Belleview St**

**Victoria, BC V8W 9W2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.850** | Nonpriority creditor's name and mailing address

**RP Masiello General Contractor**

**38 Main Street, PO Box 742**

**Boylston, MA 1505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.851** | Nonpriority creditor's name and mailing address

**RPM ELECTRICAL SERVICES CO.**

**4911 DON DRIVE**

**DALLAS** **TX** **75247**

Date or dates debt was incurred **5/4/2016-7/8/2016**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

$33,313.09

---

**3.852** | Nonpriority creditor's name and mailing address

**RS WATER HOLDINGS LLC**

**DBA/ CULLIGAN OF DFW**

**3201 PREMIER DR**

**SUITE 300**

**IRVING** **TX** **75063**

Date or dates debt was incurred **6/10/2016-7/11/2016**

Last 4 digits of account number **9** **0** **7** **9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

$2,066.38

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.853** Nonpriority creditor's name and mailing address | **$0.00** |

**RTM/Foursite**

**2809 E. CAMELBACK #300**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Phoenix | AZ | 85016 |
|---|---|---|

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| | |
|---|---|
| **3.854** Nonpriority creditor's name and mailing address | **$0.00** |

**Rudd Construction**

**132 Park Ave.**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Basalt | CO | 81621 |
|---|---|---|

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| | |
|---|---|
| **3.855** Nonpriority creditor's name and mailing address | **$0.00** |

**Rugo Stone, LLC**

**7953 Angleton Court**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Lorton | VA | 22079 |
|---|---|---|

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| | |
|---|---|
| **3.856** Nonpriority creditor's name and mailing address | **$0.00** |

**Ruscilli Construction Co., Inc**

**2041 Airgate Lane**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Columbus | OH | 43228 |
|---|---|---|

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor   **Stone Panels, Inc.**                                          Case number (if known)   **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.857**   **Nonpriority creditor's name and mailing address**

**RW Pfeffer Masonry Inc**

**PO Box 5101**

**Bryan**                          **TX**      **77805**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.858**   **Nonpriority creditor's name and mailing address**

**Rybovich and Sons**

**1900 Broadway**

**West Palm Beach**                **FL**      **33404**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.859**   **Nonpriority creditor's name and mailing address**

**S & S Sheet Metal Inc.**

**912 Antelope Rd.**

**White City**                     **OR**      **97503**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.860**   **Nonpriority creditor's name and mailing address**

**S.E.T., Inc.**

**235 East Water Street**

**Lowellville**                    **OH**      **44436**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
| --- | --- |
| **3.861** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |

**$0.00**

**3.861**   Nonpriority creditor's name and mailing address

**S.K. INTERNATIONAL**

**926 DFL TOWER B**

**JASOLA VIHAR 110044**

**NEW DELI, INDIA 110044**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.862**   Nonpriority creditor's name and mailing address

**S.L. Green**

**420 Lexington Ave**

New York    NY    10170

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.863**   Nonpriority creditor's name and mailing address

**Sabre Commercial Inc.**

**2001 Chicon Street**

Austin    TX    78722

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.864**   Nonpriority creditor's name and mailing address

**SAF-T-GLOVE**

**PO BOX 535219**

GRAND PRAIRIE    TX    75053

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.865**   Nonpriority creditor's name and mailing address

**Salvucci Masonry Co., Inc.**

**59 Hammond St., Suite 1**

**Waltham, MA 2451**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.866**   Nonpriority creditor's name and mailing address

**San Jose Construction**

**1210 Coleman Ave.**

**Santa Clara**     **CA**    **95050**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.867**   Nonpriority creditor's name and mailing address

**SANDPAPER OF TEXAS**

**S.O.T. ABRASIVES & EQUIPMENT**

**10750 METRIC DRIVE**

**DALLAS**     **TX**    **75243**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services**

Date or dates debt was incurred   **5/16/2016-7/15/2016**

Last 4 digits of account number   **O** **P** **A** **N**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$26,740.92**

---

**3.868**   Nonpriority creditor's name and mailing address

**Sarros Brothers Inc**

**8876 Dryden Street**

**Woodridge**     **IL**    **60517**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

Debtor **Stone Panels, Inc.**                                     Case number (if known) **16-32856-11**

## Part 2:     Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.869** | Nonpriority creditor's name and mailing address

**Sav-on-Signs**

**3927 E. Anaheim St.**

**Long Beach**                    **CA**     **90804**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.870** | Nonpriority creditor's name and mailing address

**Sawyer/Benson**

**520 Eighth Ave., 21st Flr.**

**New York**                     **NY**     **10018**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.871** | Nonpriority creditor's name and mailing address

**Scandale Assoc.Bldrs & Engrs.**

**100 Colliery Road**

**Dickson City**                  **PA**     **18519**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.872** | Nonpriority creditor's name and mailing address

**Schimenti Construction Co.**

**118 North Bedford Road**

**Mount Kisco**                   **NY**     **10549**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 227

Debtor  **Stone Panels, Inc.**                          Case number (if known)  **16-32856-11**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.873 | Nonpriority creditor's name and mailing address |
|---|---|

**Schindler Elevator Corp.**

**1926 Innerbelt Business Center**

**Saint Louis        MO      63114**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.874 | Nonpriority creditor's name and mailing address |
|---|---|

**Schleis Floor Covering**

**2744 Manitowoc Rd.**

**Green Bay        WI      54311**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.875 | Nonpriority creditor's name and mailing address |
|---|---|

**Schlumberger Construction Comp**

**314 C**

**Aspen Business Center**

**Aspen        CO      81611**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.876 | Nonpriority creditor's name and mailing address |
|---|---|

**Schonert & Associates, Inc.**

**12452 SE Capps Road**

**Clackamas        OR      97015**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor  **Stone Panels, Inc.**                                   Case number (if known)  **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.877 | Nonpriority creditor's name and mailing address |
|---|---|

**Schottenstein Zox & Dunn**

**The Huntington Ctr.**

**41 S. High Streeet**

**Columbus**                    **OH**    **43215**

| As of the petition filing date, the claim is: | **$0.00** |
|---|---|

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address |
|---|---|

**Schultz Construction**

**815 Almar Avenue**

**Suite 17**

**Santa Cruz**                    **CA**    **95060**

As of the petition filing date, the claim is:    **$0.00**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address |
|---|---|

**Scotiabank & Trust, Ltd.**

**6 Cardinall Avenue**

**Grand Cayman B.W.I.,**

As of the petition filing date, the claim is:    **$0.00**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address |
|---|---|

**Scozzari Builders, Inc.**

**1891 North Olden Ave.**

**Trenton, NJ 8638**

As of the petition filing date, the claim is:    **$0.00**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor **Stone Panels, Inc.**                          Case number (if known) **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.881**   Nonpriority creditor's name and mailing address

**Scully Construction, LLC**

**141 Lafayette Ave.**

**White Plains**        **NY**    **10603**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.882**   Nonpriority creditor's name and mailing address

**Sea West Enterprises**

**373 E Foothill Blvd.**

**San Dimas**        **CA**    **91773**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.883**   Nonpriority creditor's name and mailing address

**Sephora**

**525 Market St., 32nd Floor**

**San Francisco**        **CA**    **94105**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.884**   Nonpriority creditor's name and mailing address

**Shadrock Williams Masonry**

**PO Box 1006**

**10047 Florre Dr.**

**Helotes**        **TX**    **78023**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.885**   Nonpriority creditor's name and mailing address

**Shaffner Heaney Assoc., Inc.**

**2508 So. Main St.**

**South Bend**     **IN**    **46614**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.886**   Nonpriority creditor's name and mailing address

**Sharks and Sharks GC Inc.**

**P.O. Box 2654**

**Florissant**     **MO**    **63032**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.887**   Nonpriority creditor's name and mailing address

**Shawmut Design & Construction**

**560 Harrison Ave**

**Boston, MA 2118**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.888**   Nonpriority creditor's name and mailing address

**SHELL FLEET**

**PO BOX 183019**

**COLUMBIS**     **OH**    **43218-3019**

Date or dates debt was incurred   **6/30/2016**

Last 4 digits of account number   **2 2 4 6**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$459.37**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

          **Amount of claim**

| 3.889 | Nonpriority creditor's name and mailing address |
|---|---|

**Shiel Sexton**

**P.O. Box 44107**

**Indianapolis**      **IN**    **46244**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.890 | Nonpriority creditor's name and mailing address |
|---|---|

**SHRED-IT USA LLC**

**2933 EISENHOWER STREET**

**#150**

**CARROLLTON**      **TX**    **75007**

Date or dates debt was incurred    **6/16/2016-7/14/206**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$564.00**

---

| 3.891 | Nonpriority creditor's name and mailing address |
|---|---|

**Shriners Hospitals**

**Attn: Accounts Payable**

**P.O. Box 31356**

**Tampa**      **FL**    **33631**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.892 | Nonpriority creditor's name and mailing address |
|---|---|

**Siedlecki Construction**

**24 Pollock Avenue**

**Jersey City, NJ 7305**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                                   Case number (if known) **16-32856-11**

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.893** Nonpriority creditor's name and mailing address

Sierra Realty

175F COMMERCE DR.

Hauppauge                    NY    11788

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.894** Nonpriority creditor's name and mailing address

Sievers Construction Services

10019 Pioneer Blvd

Santa Fe Springs             CA    90670

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.895** Nonpriority creditor's name and mailing address

Sigal Construction

3299 K Street, NW

Washington                   DC    20007

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.896** Nonpriority creditor's name and mailing address

Sigma Marble and Granite, INC

8222 Chancellor Row

DALLAS                       TX    75247

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**       Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.897**   Nonpriority creditor's name and mailing address

**SIX B LABELS CORP**

**12200 FORESTGATE DR**

**DALLAS**     **TX**    **75243-5445**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.898**   Nonpriority creditor's name and mailing address

**Sjostrom & Sons, Inc.**

**1129 Harrison Avenue**

**Rockford**     **IL**    **61104**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.899**   Nonpriority creditor's name and mailing address

**Skyline Sheet Metal**

**1535 NW Sundial Road**

**Troutdale**     **OR**    **97060**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.900**   Nonpriority creditor's name and mailing address

**Solomon Builders Inc**

**4539 Trousdale Drive**

**Nashville**     **TN**    **37204**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor  **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.901**   Nonpriority creditor's name and mailing address

**Source Group LLC**

**2399 Wayzata Blvd West, St 100**

**Long Lake**      **MN**    **55356**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.902**   Nonpriority creditor's name and mailing address

**South Central Contractors, Inc**

**5369 Crestview Drive**

**Memphis**      **TN**    **38134**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.903**   Nonpriority creditor's name and mailing address

**SOUTH DAKOTA STATE TREASURER**

**445 E CAPITOL AVE**

**PIERRE**      **SD**    **57501**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.904**   Nonpriority creditor's name and mailing address

**Southam & Associates, Inc.**

**572 East 1700 South**

**American Fork**      **UT**    **84003**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.905**   Nonpriority creditor's name and mailing address

**Southwest Marble & Granite Co.**

**711 Shepherd Dr.**

**Garland**      **TX**    **75042**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.906**   Nonpriority creditor's name and mailing address

**Southwestern Tile & Marble Co.**

**1030 Cable Ave**

**Columbus**      **OH**    **43222**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.907**   Nonpriority creditor's name and mailing address

**SPACE PLANNING SPECIALISTS**

**511 YAUPON DRIVE**

**SUITE A**

**GARLAND**      **TX**    **75044**

Date or dates debt was incurred   **6/28/2016**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$790.00**

---

**3.908**   Nonpriority creditor's name and mailing address

**Specialty Contractors, Inc.**

**8425 Pyott Road**

**Lake in the Hills**      **IL**    **60156**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor   **Stone Panels, Inc.**                                   Case number (if known)   **16-32856-11**

## Part 2:     Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  Amount of claim

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Speedclad Ltd**

**Thurston House,Thornfields Bus**

**Pk,Standard Way,Northallerton**

**DL6 2XQ**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**SPENCER D MALCOLM**

**1908 LONGFELLOW LANE**

**FLOWER MOUND          TX      75028**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**SPI Indirect Labor**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**SPI Make-To-Stock**

**100 So. Royal Ln.**

**Coppell          TX      75019**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Stone Panels, Inc.**

Case number (if known) **16-32856-11**

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.913** Nonpriority creditor's name and mailing address

**SPI MTS  Apple Retail**

**100 So. Royal Ln.**

_____

_____

**Coppell**          **TX**    **75019**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.914** Nonpriority creditor's name and mailing address

**SPI MTS Cadillac**

**100 So. Royal Ln.**

_____

_____

**Coppell**          **TX**    **75019**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.915** Nonpriority creditor's name and mailing address

**SPI MTS St Hubert SLG**

**100 So. Royal Ln.**

_____

_____

**Coppell**          **TX**    **75019**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.916** Nonpriority creditor's name and mailing address

**SPI Product for Testing**

**100 So. Royal Ln.**

_____

_____

**Coppell**          **TX**    **75019**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.917** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **SPI Rework** | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | |
| | **Basis for the claim:** |
| | |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ☐ Yes |

Amount of claim **$0.00**

| | |
|---|---|
| **3.918** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **SPI Rework-Apple Houston** | ☐ Contingent |
| **100 So. Royal Ln** | ☐ Unliquidated |
| | ☐ Disputed |
| | |
| | **Basis for the claim:** |
| **Coppell**     **TX**    **75019** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ☐ Yes |

Amount of claim **$0.00**

| | |
|---|---|
| **3.919** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **Splendid Stone and Tile Inc** | ☐ Contingent |
| **7324 Atoll Avenue** | ☐ Unliquidated |
| | ☐ Disputed |
| | |
| | **Basis for the claim:** |
| **North Hollywood**     **CA**    **91605** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ☐ Yes |

Amount of claim **$0.00**

| | |
|---|---|
| **3.920** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **SPS Corporation** | ☐ Contingent |
| **1229 Perry Road** | ☐ Unliquidated |
| | ☐ Disputed |
| | |
| | **Basis for the claim:** |
| **Apex**     **NC**    **27502** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ☐ Yes |

Amount of claim **$0.00**

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**SSI**

**PO BOX 5009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TULSA**     **OK**    **74150**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**St. Edward Homes Limited**

**3rd Floor Ergon House**

**Horseferry Road**

**SW1P 2AL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Staffco Construction, Inc.**

**P.O. Box 832-1340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Fairborn**     **OH**    **45324**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Staples Construction Co., Inc.**

**1501 Eastman Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Ventura**     **CA**    **93003**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.925**   Nonpriority creditor's name and mailing address

**Star Window & Design**

**c/o R & L Construction**

**231 Grand St.**

**New York**     **NY**    **10002**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.926**   Nonpriority creditor's name and mailing address

**Starbucks Coffee**

**Attn: Accounts Payable**

**P.O. Box 94027**

**Seattle**     **WA**    **98124-9427**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.927**   Nonpriority creditor's name and mailing address

**Starks Contracting Co Inc**

**1538 Popps Ferry Rd**

**Biloxi**     **MS**    **39540**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.928**   Nonpriority creditor's name and mailing address

**Statement Furniture, Inc.**

**1131 Slocum Street**

**Dallas**     **TX**    **75207-4220**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **Stone Panels, Inc.**                                          Case number (if known)    **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | | |
|---|---|---|
| **3.929** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.929**    Nonpriority creditor's name and mailing address

**Steel Clad, Inc.**

**10027 Hwy 70W**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**

**Clayton**                **NC    27520**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.930**    Nonpriority creditor's name and mailing address

**Stegal Construction**

**2004 Harding Highway East**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**

**Marion**                **OH    43302**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.931**    Nonpriority creditor's name and mailing address

**Stenz Construction Corp.**

**429 N. Pennsylvania Street**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**

**Indianapolis**                **IN    46204**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.932**    Nonpriority creditor's name and mailing address

**Sterling Corporate**

**340 W. 26th St., Ste. I**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**

**National City**                **CA    91950**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| Debtor | **Stone Panels, Inc.** | Case number (if known) | **16-32856-11** |

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.933** Nonpriority creditor's name and mailing address

**Sterling Glass Dual Pane Inc**

**1415 Niagara St**

**Buffalo**     **NY**    **14213**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.934** Nonpriority creditor's name and mailing address

**STEVE BENTSON**

**PO BOX 269**

**Kure Beach**     **NC**    **28449**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,523.46**

---

**3.935** Nonpriority creditor's name and mailing address

**Stone Center, Inc.**

**1504 SE Woodward St.**

**Portland**     **OR**    **97202**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.936** Nonpriority creditor's name and mailing address

**Stone Concepts**

**5858 Safety Drive NE**

**Belmont**     **MI**    **49306**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**

Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.937** Nonpriority creditor's name and mailing address

**Stone Doors, Inc.**

**1016 N. 23rd St.**

**Boise**     **ID**    **83702**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.938** Nonpriority creditor's name and mailing address

**STONE INTERNATIONAL INC.**

**DBA/ STONETRADE®**

**333 MAIN STREET**

**EAST GREENWICH**    **RI**    **02818**

Date or dates debt was incurred   **6/16/2016**

Last 4 digits of account number   ___ **S** **T** **P**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$10,587.26**

---

**3.939** Nonpriority creditor's name and mailing address

**Stone Source**

**2458 W. Diversey Ave.**

**Chicago**    **IL**    **60647**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.940** Nonpriority creditor's name and mailing address

**STONE SURFACE SPECIALISTS, LLC**

**7686 SOUTH 2325 EAST**

**COTTONWOOD HEIGHTS**    **UT**    **84121**

Date or dates debt was incurred   **6/10/2016**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Is the claim subject to offset?
☒ No
☐ Yes

**$450.00**

---

Debtor __**Stone Panels, Inc.**_____   Case number (if known) __**16-32856-11**_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.941** **Nonpriority creditor's name and mailing address**

__**Stonecraft Tile Co.**_____

__**908 Corbett Ave #4**_____

_____

__**San Francisco**_____ **CA** __**94131**____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.942** **Nonpriority creditor's name and mailing address**

__**Stonesmith**_____

__**10770 Sandhill Road**_____

_____

__**Dallas**_____ **TX** __**75238**____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.943** **Nonpriority creditor's name and mailing address**

__**Stowell Co., Inc.**_____

__**1814 N. 15th St.**_____

_____

__**Tampa**_____ **FL** __**33605**____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.944** **Nonpriority creditor's name and mailing address**

__**Streimer Sheet Metal Works**_____

__**740 Norht Knott Street**_____

_____

__**Portland**_____ **OR** __**97227**____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.945**   Nonpriority creditor's name and mailing address

**Structural Associates**

**4185 County Rd 154**

**Glenwood Springs**     **CO**    **81601**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.946**   Nonpriority creditor's name and mailing address

**Structural Preservation System**

**7455 New Ridge Road**

**Suite T**

**Hanover**     **MD**    **21076**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.947**   Nonpriority creditor's name and mailing address

**Sucato Builders, Inc.**

**194 Cottage St.**

**Poughkeepsie**     **NY**    **12601**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.948**   Nonpriority creditor's name and mailing address

**Suffolk Construction Co., Inc.**

**38 Discovery #200**

**Irvine**     **CA**    **92618**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                    Case number (if known) **16-32856-11**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 |

**Summit Design + Build LLC**

**1032 W Fulton Market, St 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Chicago**          **IL**    **60607**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 |

**SUN LIFE ASSURANCE COMPANY**

**PO BOX 7247-0381**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**PHILADELPHIA**          **PA**    **19170-0381**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 |

**Sunset Refinishers**

**96-1276 Waihona Street**

**Suite 11**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Pearl City**          **HI**    **96782**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 |

**SunWest Builders**

**2642 SW Fourth**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Redmond**          **OR**    **97756**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                        Amount of claim

**3.953**   Nonpriority creditor's name and mailing address

**Superior Stone of Southeast**

**2310 N. Brevard Street**

**Charlotte**      **NC**    **28206**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.954**   Nonpriority creditor's name and mailing address

**Superior Tile & Stone**

**P.O Box 2106**

**Oakland**      **CA**    **94621-0006**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.955**   Nonpriority creditor's name and mailing address

**Supply Install Services LTD**

**3517 - 64 Ave SE**

**Alberta   TC2   IN3**

**Canada**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.956**   Nonpriority creditor's name and mailing address

**Sweetwater Construction Corp.**

**269 Prospect Plains Rd.**

**Cranbury, NJ 8512**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**

Case number (if known) **16-32856-11**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.957** Nonpriority creditor's name and mailing address

**Swiss Dane Corporation**

**31955 Auberry Road**

**Auberry** **CA** **93602**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$0.00**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.958** Nonpriority creditor's name and mailing address

**Sylvestor Construction**

**2742 N Lincoln Ave**

**Chicago** **IL** **60614**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$0.00**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.959** Nonpriority creditor's name and mailing address

**T Viole Construction**

**18716 Oxnard Street**

**Tarzana** **CA** **91356**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$0.00**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.960** Nonpriority creditor's name and mailing address

**T.C. Stones**

**P.O. Box 363**

**Monroe, CT 6468**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$0.00**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor  **Stone Panels, Inc.** _____    Case number (if known)  **16-32856-11** _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.961**    **Nonpriority creditor's name and mailing address**

**T.E. Reilly, Inc.**

**9830 Springbrook Drive**

_____

_____

**Houston**              **TX**    **77041**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.962**    **Nonpriority creditor's name and mailing address**

**T.H. Winston**

**5517 Fair Lane**

_____

_____

**Cincinnati**              **OH**    **45227**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.963**    **Nonpriority creditor's name and mailing address**

**Tadmur Contracting**

**PO Box 11642**

**Doha, QA**

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.964**    **Nonpriority creditor's name and mailing address**

**Tailored Building Systems**

**550 Kirtland Street SW**

_____

_____

**Grand Rapids**              **MI**    **49507**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                                  Case number (if known) **16-32856-11**

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.965** Nonpriority creditor's name and mailing address

TAOS STAFFING CORPORATION

2912 N MacARTHUR

IRVING                    TX      75062

Date or dates debt was incurred      4/27/2016-7/19/2016

Last 4 digits of account number      9   0   6   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$44,002.80

---

**3.966** Nonpriority creditor's name and mailing address

TELARA MARMI E GRANITI

PO BOX N. 55

54031 AVENEZA

Carrara, MS

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$16,899.30

---

**3.967** Nonpriority creditor's name and mailing address

Telco Construction, Inc.

500 Boffalo Road

East Aurora                    NY      14052

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.968** Nonpriority creditor's name and mailing address

Telco Construction, Inc.

500 Buffalo

East Aurora                    NY      14052

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor **Stone Panels, Inc.**                    Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.969** Nonpriority creditor's name and mailing address

**TENAX USA, LLC**

**7606 WHITEHALL EXECUTIVE CENTER DRIVE**

**SUITE 400**

**CHARLOTTE**          **NC    28273**

Date or dates debt was incurred     **5/11/2016-7/7/2016**

Last 4 digits of account number     **5    4    8    5**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$20,018.93

---

**3.970** Nonpriority creditor's name and mailing address

**TERRAPIN TESTING, INC**

**3206 LUYUNG DRIVE**

**RANCHO CORDOVA**          **CA    95742**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.971** Nonpriority creditor's name and mailing address

**Tervo Masonry**

**295 Northgate Circle**

**New Castle**          **PA    16105**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.972** Nonpriority creditor's name and mailing address

**Tervo Masonry**

**295 Northgate Circle**

**New Castle**          **PA    16105**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.973** Nonpriority creditor's name and mailing address

**TEXAS FIRE ALARM, INC.**

**705 HOUSTON STREET**

**WILLS POINT**     **TX**    **75169**

Date or dates debt was incurred    **5/11/2016-7/1/2016**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,838.67**

---

**3.974** Nonpriority creditor's name and mailing address

**The Cleveland Museum**

**11150 East Boulevard**

**Cleveland**     **OH**    **44106**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.975** Nonpriority creditor's name and mailing address

**The Dailey Company**

**179 Northpointe Drive**

**Lake Orion**     **MI**    **48359**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.976** Nonpriority creditor's name and mailing address

**The Hannah Company**

**7516 Hwy. 70 S, Suite 100**

**Nashville**     **TN**    **37221**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | **Stone Panels, Inc.** | Case number (if known) | **16-32856-11** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.977**    Nonpriority creditor's name and mailing address

**The Pruitt Company**

**4264-Q Entre Court**

**Chantilly**    **VA**    **20151**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.978**    Nonpriority creditor's name and mailing address

**The Romack Company**

**1341 W. Mockingbird Lane**

**Suite 145E**

**DALLAS**    **TX**    **75247**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.979**    Nonpriority creditor's name and mailing address

**The Vertex Companies Inc**

**400 Libbey Industrial Parkway**

**Weymouth, MA 2189**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.980**    Nonpriority creditor's name and mailing address

**The Walsh Group**

**929 West Adams**

**Chicago**    **IL**    **60607**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

Debtor  **Stone Panels, Inc.**  Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,744.80 |
| --- | --- | --- | --- |

**THERMAFOAM OPERATING, LLC**

**1240 HWY 77 NORTH**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**HILLSBORO**　　　　**TX**　　**76645**

Date or dates debt was incurred  **5/3/2016-6/29/2016**　　Is the claim subject to offset?

Last 4 digits of account number  **N  E  0  2**　　☒ No
　　　　☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Thomas Sebold & Associates**

**35990 Woodward Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Bloomfield Hills**　　　　**MI**　　**48304**

Date or dates debt was incurred　　　　Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___　　☒ No
　　　　☐ Yes

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375,833.00 |
| --- | --- | --- | --- |

**THOMPSON STREET CAPITAL  MANAGER, LLC**

**120 S CENTRAL AVE, SUITE 600**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**ST. LOUIS**　　　　**MO**　　**63105**

Date or dates debt was incurred  **9/30/2016-6/30/2016**　　Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___　　☒ No
　　　　☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Thor Equities**

**88 Greenwich St., #826**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**New York**　　　　**NY**　　**10006**

Date or dates debt was incurred　　　　Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___　　☒ No
　　　　☐ Yes

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.985**   Nonpriority creditor's name and mailing address

**Thunderbowl Architects**

**300 Spring Street**

**Suite 201**

**Aspen**      **CO**    **81611**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.986**   Nonpriority creditor's name and mailing address

**Thyssen Access Corp.**

**4001 E. 138th St.**

**Grandview**      **MO**    **64030**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.987**   Nonpriority creditor's name and mailing address

**Tigris Specialty Construction**

**9336 West 54th Street**

**Merriam**      **KS**    **66203**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.988**   Nonpriority creditor's name and mailing address

**Tile & Terrazzo**

**1000 Obici Industrial Blvd.**

**Suffolk**      **VA**    **23434**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **Stone Panels, Inc.**                                   Case number (if known)   **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.989 | Nonpriority creditor's name and mailing address |
|---|---|

**Tim's Elev. Co.**

**121**

Coppell          TX      75019

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.990 | Nonpriority creditor's name and mailing address |
|---|---|

**Timberlake Construction**

**P.O. Box 18297**

Oklahoma City      OK      73154

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.991 | Nonpriority creditor's name and mailing address |
|---|---|

**Titan Stone LLC**

**2999 N Powerline Road**

Pompano Beach      FL      33069

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.992 | Nonpriority creditor's name and mailing address |
|---|---|

**Tivoli Enterprises, Inc.**

**603 Rogers St.**

Downers Grove      IL      60515

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.993**   Nonpriority creditor's name and mailing address

**TLT Construction Corp.**

**1 Pope Street**

**Wakefield, MA 1880**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.994**   Nonpriority creditor's name and mailing address

**TMC Masonry Inc**

**2313 W Overland Rd**

**Boise**     **ID**    **83705**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.995**   Nonpriority creditor's name and mailing address

**TMS**

**3233 Skyview Road**

**Shawnee**     **OK**    **74801**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.996**   Nonpriority creditor's name and mailing address

**Todd Construction Company**

**PO Box 17233**

**Huntsville**     **AL**    **35801**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.997** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | Check all that apply. |
| **Toll Brothers** | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | |
| | **Basis for the claim:** |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☒ No |
| | ☐ Yes |

$0.00

| | |
|---|---|
| **3.998** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | Check all that apply. |
| **Tom Rectenwald Construction** | ☐ Contingent |
| **330A Perry Highway** | ☐ Unliquidated |
| | ☐ Disputed |
| | |
| | **Basis for the claim:** |
| **Harmony**      **PA**    **16037** | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☒ No |
| | ☐ Yes |

$0.00

| | |
|---|---|
| **3.999** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | Check all that apply. |
| **TRAVELERS** | ☐ Contingent |
| **AON RISK SERVICES CENTRAL** | ☐ Unliquidated |
| **200 E RANDOLPH DR 13TH FLOOR** | ☐ Disputed |
| | |
| | **Basis for the claim:** |
| **CHICAGO**      **IL**    **60601** | |
| **Date or dates debt was incurred**   **5/26/2016** | **Is the claim subject to offset?** |
| **Last 4 digits of account number**   3   0   9   8 | ☒ No |
| | ☐ Yes |

$4,625.00

| | |
|---|---|
| **3.1000** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | Check all that apply. |
| **Travertine** | ☐ Contingent |
| **1325 East 35th Place** | ☐ Unliquidated |
| | ☐ Disputed |
| | |
| | **Basis for the claim:** |
| **Tulsa**      **OK**    **74105** | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☒ No |
| | ☐ Yes |

$0.00

Debtor **Stone Panels, Inc.**                                      Case number (if known) **16-32856-11**

---

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1001**  Nonpriority creditor's name and mailing address

**Travis Construction**

**500 Brian Ave.**

**Silverthorne**        **CO**    **80498**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.1002**  Nonpriority creditor's name and mailing address

**TRE Elevator**

**11333 N. Chandler Blvd.**

**North Hollywood**        **CA**    **91601**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.1003**  Nonpriority creditor's name and mailing address

**Triangle Case Work, Inc.**

**8820-H Gulf Court**

**Raleigh, NC**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.1004**  Nonpriority creditor's name and mailing address

**Trinity Construction Group**

**13849 Park Center Rd.**

**Suite 100**

**Herndon**        **VA**    **20171**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**　　　　　　　　　　　　Case number (if known) **16-32856-11**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.1005** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$0.00**

**Tritec Building Company, Inc.**

**45 Research Way, Suite 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**East Setauket**　　　　　**NY**　　**11733**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1006** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$0.00**

**TSG Industries**

**5628 Plantation Ridge Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Charlotte**　　　　　**NC**　　**28214**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1007** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$1,076.40**

**TULCO OILS, INC.**

**5240 EAST PINE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TULSA**　　　　　**OK**　　**74115**

Date or dates debt was incurred **5/12/2016**

Last 4 digits of account number **3** **6** **8** **9**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1008** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$0.00**

**Turnbull-wahlert Construction**

**5533 Fair Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Cincinnati**　　　　　**OH**　　**45227**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    **Stone Panels, Inc.**                                          Case number (if known)  __16-32856-11__

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                 Amount of claim

| | |
|---|---|
| **3.1009** | Nonpriority creditor's name and mailing address |

**Turner Construction**

**Two Seaport Lane**

**Boston, MA 2210**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.1010** | Nonpriority creditor's name and mailing address |

**ULINE SHIPPING SUPPLY SPECIALISTS**

**980 W BETHEL ROAD**

**COPPELL            TX       75019**

Date or dates debt was incurred    __5/17/2016-7/12/2016__

Last 4 digits of account number     _5_  _2_  _3_  _1_

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$17,709.41**

---

| | |
|---|---|
| **3.1011** | Nonpriority creditor's name and mailing address |

**Unique Elevator Interiors**

**1930 North Loop Rd**

**Alameda            CA       94502**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.1012** | Nonpriority creditor's name and mailing address |

**Unique Woodworking**

**2605 West 7th Avenue**

**Denver            CO       80204**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

Official Form 206E/F                        Schedule E/F: Creditors Who Have Unsecured Claims                        page 262

Debtor      **Stone Panels, Inc.**                                          Case number (if known) **16-32856-11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.1013**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00**

**United Airlines**

**c/o Bovis Lend Lease**

**O'Hare International Airport**

**Old Higgins Rd. & Mt. Prospect**

**Chicago**       **IL**     **60666**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
_____

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1014**   Nonpriority creditor's name and mailing address |   | **$0.00**

**United Builders**

**2300 S.E. Moberly**

**Bentonville**       **AR**     **72712**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
_____

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1015**   Nonpriority creditor's name and mailing address |   | **$0.00**

**UNITED HEALTH CARE**

**PO BOX 1459**

**MINNEAPOLIS**       **MN**     **55440-1459**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
_____

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1016**   Nonpriority creditor's name and mailing address |   | **$0.00**

**UNITED PARCEL SERVICE**

**PO BOX 7277-0244**

**PHILADELPHIA**       **MN**     **19170-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
_____

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor    **Stone Panels, Inc.**        Case number (if known)   **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1017**   Nonpriority creditor's name and mailing address

**UNITED RENTALS**

**PO BOX 840514**

**DALLAS**      **TX**    **75284-0514**

Date or dates debt was incurred   **5/14/2016-6/26/2016**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$21,156.52**

---

**3.1018**   Nonpriority creditor's name and mailing address

**United Solutions Elevator Cabs**

**1182 Flushing Ave., Suite 3R**

**Brooklyn**      **NY**    **11237**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1019**   Nonpriority creditor's name and mailing address

**US STONE INDUSTRIES, LLC**

**3515 W 75TH ST**

**SUITE 105**

**PRAIRIE VILLAGE**      **KS**    **66208**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1020**   Nonpriority creditor's name and mailing address

**UTAH STATE TAX COMMISSION**

**88 FIDDLERS CANYON RD**

**CEDAR CITY**      **UT**    **84721**

Date or dates debt was incurred

Last 4 digits of account number   **4**   **6**   **5**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**     Case number (if known) **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1021**   Nonpriority creditor's name and mailing address

**Valenti Builders, Inc.**

**225 Northfield Road**

**Northfield**     IL    **60093-3311**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1022**   Nonpriority creditor's name and mailing address

**Valley Interior Systems**

**Dayton, OH**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1023**   Nonpriority creditor's name and mailing address

**VALLEY SOLVENTS & CHEMICALS**

**2565 NE 33RD ST**

**FORT WORTH**     TX    **76111**

Date or dates debt was incurred   **5/20/2016-7/7/2016**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$15,849.00**

---

**3.1024**   Nonpriority creditor's name and mailing address

**Valli Construction, Inc.**

**100 Albright**

**Unit D**

**Los Gatos**     CA    **95032**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1025**   Nonpriority creditor's name and mailing address

**VALUE ADDED SYSTEMS, INC**

**400 DALLAS DR**

_____

**DENTON**      **TX**    **76205**

Date or dates debt was incurred   **6/10/2016**

Last 4 digits of account number   **N**   **P**   **A**   **N**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$182.35**

---

**3.1026**   Nonpriority creditor's name and mailing address

**Van Dan Elevator Cab Corp**

**1828 Atlantic Ave. St.**

_____

**Brooklyn**      **NY**    **11233**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1027**   Nonpriority creditor's name and mailing address

**Van Ewing**

**P.O. Box 99**

_____

**Gillette**      **WY**    **82717-0099**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1028**   Nonpriority creditor's name and mailing address

**Van Pelt Construction Co., Inc**

**345 N. Canal St.**

_____

**Chicago**      **IL**    **60606**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                  Amount of claim

---

**3.1029**   Nonpriority creditor's name and mailing address

**Vanguard Construction and Dev**

**307 West 38th St 7th Floor**

**New York**      **NY**    **10018**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1030**   Nonpriority creditor's name and mailing address

**Vanguard Contractors**

**218 N. 5th Street**

**Paducah**      **KY**    **42001**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1031**   Nonpriority creditor's name and mailing address

**VANGUARD SERVICES, INC.**

**2835 VIRGO LN**

**DALLAS**      **TX**    **75229**

Date or dates debt was incurred   **6/13/2016**

Last 4 digits of account number    **1**   **3**   **5**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$380.09**

---

**3.1032**   Nonpriority creditor's name and mailing address

**VB MAT**

**c/o Lake City Glass**

**3501 East Washington Ave.**

**Madison**      **WI**    **53704**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1033** Nonpriority creditor's name and mailing address

**VCC**

**600 E. Las Colinas Blvd.**

**Ste. 1225**

**Irving**      **TX**    **75039**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.1034** Nonpriority creditor's name and mailing address

**Vega Corporation**

**3614 Charger Dr.**

**Chattanooga**      **TN**    **37409**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.1035** Nonpriority creditor's name and mailing address

**Velis Associates**

**161 S. 14th St.**

**Lindenhurst**      **NY**    **11757**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.1036** Nonpriority creditor's name and mailing address

**Vericon Construction**

**469 South Avenue East**

**Westfield, NJ 7090**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                          Amount of claim

**3.1037** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$0.00**

**Verona Stone Werx**

**72091 Woburn Court**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Thousand Palms**     **CA**    **92276**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.1038** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$0.00**

**Vertical Concepts**

**720 132nd Street, SW**

**Suite 205**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Everett**     **WA**    **98204**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.1039** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$0.00**

**Vision Products**

**8200 Telephone Rd.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**     **TX**    **77061**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.1040** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$0.00**

**Vogel  Sheet Metal & Heating**

**3431 Meramec**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Saint Louis**     **MO**    **63118**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor **Stone Panels, Inc.**                                   Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1041** Nonpriority creditor's name and mailing address

**Vulcain-Metal**

**91350 Grigny**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1042** Nonpriority creditor's name and mailing address

**W.L. Butler Construction , Inc**

**204 Franklin Street**

**Redwood City            CA      94063**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1043** Nonpriority creditor's name and mailing address

**W.R. Weis Company**

**2100 SO. WABASH**

**Chicago                  IL      60616**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1044** Nonpriority creditor's name and mailing address

**Wal-Mark Contracting Group L.L**

**5203 N. Howard Avenue**

**Tampa                    FL      33603**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 270

Debtor  **Stone Panels, Inc.**                                    Case number (if known) **16-32856-11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

**3.1045**  Nonpriority creditor's name and mailing address

**Wallace & Smith GC**

**3325 Landco Drive**

**Bakersfield**        **CA**    **93308**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1046**  Nonpriority creditor's name and mailing address

**Wallace Contratcing**

**413 Railrpad Square Plaza**

**Point Pleasant Beach, NJ 8742**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1047**  Nonpriority creditor's name and mailing address

**WALNUT HILL PAINT COMPANY**

**2720 ROYAL LANE**

**SUITE 172**

**DALLAS**        **TX**    **75229**

Date or dates debt was incurred  **5/13/2016**

Last 4 digits of account number  **6   9   9   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$353.34**

---

**3.1048**  Nonpriority creditor's name and mailing address

**Walsh Construction Co**

**3011 West Grand Boulevard,**

**Suite 2300**

**Detroit**        **MI**    **48202**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                                                      Case number (if known) **16-32856-11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

**3.1049**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00**
*Check all that apply.*

**Walsh Glass & Metal**                                       ☐ Contingent

**923 Old Nepperhan Ave.**                                    ☐ Unliquidated
                                                             ☐ Disputed

Basis for the claim:

**Yonkers**                        **NY**    **10703**        _____

Date or dates debt was incurred   _____           Is the claim subject to offset?
                                                             ☑ No
Last 4 digits of account number   __ __ __ __               ☐ Yes

---

**3.1050**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$33,062.57**
*Check all that apply.*

**WASTE MANAGEMENT**                                          ☐ Contingent

**2625 W GRANDVIEW RD**                                       ☐ Unliquidated

**SUITE 150**                                                 ☐ Disputed

Basis for the claim: **Services**

**PHOENIX**                        **AZ**    **85023**        _____

Date or dates debt was incurred   **6/16/2016-7/01/2016**    Is the claim subject to offset?
                                                             ☑ No
Last 4 digits of account number   **0   0   0   7**          ☐ Yes

---

**3.1051**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00**
*Check all that apply.*

**Waterhout Construction, Inc.**                              ☐ Contingent

**8110 Dale Avenue**                                          ☐ Unliquidated
                                                             ☐ Disputed

Basis for the claim:

**Saint Louis**                    **MO**    **63117-1451**   _____

Date or dates debt was incurred   _____           Is the claim subject to offset?
                                                             ☑ No
Last 4 digits of account number   __ __ __ __               ☐ Yes

---

**3.1052**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00**
*Check all that apply.*

**WBB Construction Inc**                                      ☐ Contingent

**461 Park Avenue South**                                     ☐ Unliquidated
                                                             ☐ Disputed

Basis for the claim:

**New York**                       **NY**    **10016**        _____

Date or dates debt was incurred   _____           Is the claim subject to offset?
                                                             ☑ No
Last 4 digits of account number   __ __ __ __               ☐ Yes

Debtor    **Stone Panels, Inc.**        Case number (if known)   **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                    Amount of claim

---

**3.1053**   Nonpriority creditor's name and mailing address

**WDM GROUP**

**5901 PRIESTLY DR**

**SUITE 300**

**CARLSBAD**       **CA**     **92008**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1054**   Nonpriority creditor's name and mailing address

**We're Associates**

**100 Jericho Triangle**

**Jericho**       **NY**    **11753**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1055**   Nonpriority creditor's name and mailing address

**WEBROOT, INC.**

**PO BOX 911713**

**DENVER, CO 801291-1713**

Date or dates debt was incurred   **6/25/2016**

Last 4 digits of account number   **2 4 8 3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,445.45**

---

**3.1056**   Nonpriority creditor's name and mailing address

**WEHA LLC**

**7606 WHITEHALL EXECUTIVE CENTER DRIVE**

**SUITE 400**

**CHARLOTTE**       **NC**    **28273**

Date or dates debt was incurred   **5/27/2016-7/5/16**

Last 4 digits of account number   **3 8 2 4**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,838.72**

---

Debtor  **Stone Panels, Inc.**                                    Case number (if known)  **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.1057**  Nonpriority creditor's name and mailing address

**Welty Building Co., Ltd.**

**123 South Miller Rd.**

Akron              OH    44333

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1058**  Nonpriority creditor's name and mailing address

**WERNER ENTERPRISES LP**

**DBA METAL SUPERMARKETS-DALLAS**

**1216 DOLTON DR**

**SUITE 101**

DALLAS              TX    75207

Date or dates debt was incurred    6/17/2016-6/30/2016

Last 4 digits of account number    4  5  5  2

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,885.00**

---

**3.1059**  Nonpriority creditor's name and mailing address

**Western LLC**

**Suite A**

**117 So. Elizabeth St.**

Elizabeth              CO    80107

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1060**  Nonpriority creditor's name and mailing address

**Western Waterpoofing Co. Inc.**

**2658 West Van Buren**

Chicago              IL    60612

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**     Case number (if known) **16-32856-11**

---

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1061**   Nonpriority creditor's name and mailing address

**Whiting-Turner Contracting**

**c/o Northsore Mall**

**210 Andover Street**

**Attn: Ed Condon**

**Winston Salem**     **NC**    **27113**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1062**   Nonpriority creditor's name and mailing address

**Whittenberg Construction Co.**

**4774 Allmond Avenue**

**P.O. Box 9429**

**Louisville**     **KY**    **40209**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1063**   Nonpriority creditor's name and mailing address

**Wick Constructors**

**3245-146th Place SE**

**Suite 290**

**Bellevue**     **WA**    **98007**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1064**   Nonpriority creditor's name and mailing address

**Wieland-Davco Corporation**

**4162 English Oak Dr.**

**Lansing, MI**

**Lansing**     **MI**    **48911**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1065**   Nonpriority creditor's name and mailing address

**Wilhelm Const. Co. Inc.**

**3914 Prospect Street**

**INDIANAPOLIS**     **IN**    **46206-0516**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1066**   Nonpriority creditor's name and mailing address

**Wilks Masonry**

**6900 E. Int. 20**

**Aledo**     **TX**    **76008**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1067**   Nonpriority creditor's name and mailing address

**Wilkstone**

**128 19th Avenue**

**Paterson, NJ 7513**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1068**   Nonpriority creditor's name and mailing address

**Will Rogers Properties LLC**

**2235 Fairfax Street**

**Denver**     **CO**    **80207-3816**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **Stone Panels, Inc.**                                    Case number (if known) **16-32856-11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1069**   Nonpriority creditor's name and mailing address

**Williams Tile & Marble**

**1870 South Cobb Industrial Blv**

**Smyrna**                          **GA**     **30082**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.1070**   Nonpriority creditor's name and mailing address

**Williams Tile & Marble, Inc.**

**39 Worthington Access Drive**

**Maryland Heights**                **MO**     **63043**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.1071**   Nonpriority creditor's name and mailing address

**Wilson Tile & Stone, Inc.**

**6561 Angola Rd.**

**Holland**                         **OH**     **43528**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.1072**   Nonpriority creditor's name and mailing address

**Windy City Stone**

**800 S. Wells, Suite 1604**

**Chicago**                         **IL**     **60607**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1073** Nonpriority creditor's name and mailing address

**Witwer Construction, Inc.**

**3636 Adams Center Rd**

**Fort Wayne**     **IN**    **46806**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1074** Nonpriority creditor's name and mailing address

**Woodesign**

**3234 E. Corona**

**Phoenix**     **AZ**    **85040**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1075** Nonpriority creditor's name and mailing address

**Worth Construction Co, Inc**

**24 Taylor Avenue**

**PO Box 420**

**Bethel, CT 6801**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1076** Nonpriority creditor's name and mailing address

**Wright Construction Services**

**11 Lami Industrial Dr**

**Saint Charles**     **MO**    **63304**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor __**Stone Panels, Inc.**_____  Case number (if known) __**16-32856-11**_____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1077** Nonpriority creditor's name and mailing address

__**Wright Hotel Development**_____

__**11250 NE Holman Street**_____

_____

__**Portland**_____ __**OR**__ __**97220**__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1078** Nonpriority creditor's name and mailing address

__**XYLEM WATER SOLUTIONS**_____

__**26717 NETWORK PLACE**_____

_____

__**CHICAGO**_____ __**IL**__ __**60673-1267**__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1079** Nonpriority creditor's name and mailing address

__**Yates Restoration Group Ltd**_____

__**36 Bruckner Blvd**_____

_____

__**Bronx**_____ __**NY**__ __**10454**__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1080** Nonpriority creditor's name and mailing address

__**Yorkshire Stone, Inc.**_____

__**175 Marcus Boulevard**_____

_____

__**Hauppauge**_____ __**NY**__ __**11788**__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor      **Stone Panels, Inc.**                                          Case number (if known)  **16-32856-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.1081** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**YRC**

**PO BOX 7914**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**SHAWNEE MISSION            KS      66207-0914**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.1082** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**Zavarella Brothers Const Co**

**5381 Erie Street, Suite B**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Cleveland                  OH      44146**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.1083** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**ZDCI**

**210 E. 11TH ST., SUITE E**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**New York                   NY      10003**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Stone Panels, Inc.** _____    Case number (if known)   **16-32856-11** _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   **PATTERSON BLEKNAP WEBB & TYLER LLP** _____

     **ATTN: JEFFREY LAGUEUX, ESQ.** _____

     **1133 AVENUE OF THE AMERICAS** _____

     _____

     **NEW YORK**      **NY**    **10036** _____

Line   **3.151** _____

☐ Not listed. Explain:

__ __ __ __

Debtor   **Stone Panels, Inc.**                                   Case number (if known)   **16-32856-11**

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   **Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

| | | |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$522,970.19** |
| 5b. | **Total claims from Part 2** | 5b. + | **$9,500,677.14** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$10,023,647.33** |

**Fill in this information to identify the case:**

Debtor name **Stone Panels, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **16-32856-11**      Chapter **11**
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract - Mount Sinai Queens Hospital | A. Ottavino Corp. |
| | | | 80-60 Pitkin AVe. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Ozone Park          NY          11417 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Pickwick Plaza I & Plaza II | A.P. Construction Co., Inc. |
| | | | 707 Summer Street 3rd Floor |
| | State the term remaining | | |
| | List the contract number of any government contract | | Stamford          CT          06901 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Contract | Accident Fund Insurance |
| | | | PO Box 77000, Dept 77125 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Detroit          MI          48277-0125 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Maintenance agreement | ADVANCED TECHNOLOGY SERVICE, INC. |
| | | | 8201 NORTH UNIVERSITY |
| | State the term remaining | | |
| | List the contract number of any government contract | | PEORIA          IL          61615 |

Debtor    **Stone Panels, Inc.**                                        Case number (if known)  **16-32856-11**

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Website Hosting Service | Advice Interactive Group, LLC |
| | | | 5900 S. Lake Forest Dr. |
| | | | Suite 120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | McKinney                    TX        75070 |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Moise Safra Community Center | AK 511 Ventures LLC |
| | | | 511 Canal Street, Suite 600 |
| | State the term remaining | | |
| | List the contract number of any government contract | | New York                    NY        10013 |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Open Purchase Order | Ammeraal Beltech |
| | | | 7501 N. St. Louis Ave. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Skoki                        IL        60076 |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Contract | AON Risk Services |
| | | | 75 Remittance Drive |
| | | | Suite 1943 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago                      IL        60675 |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Product testing | Architectural Testing, Inc. |
| | | | 1909 10th St., Suite 100 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Plano                        TX        75074 |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Open Purchase Order | ARO Metal Stamping Co., Inc. |
| | | | 78 Congress Circle West |
| | State the term remaining | | |
| | List the contract number of any government contract | | Roselle                      IL        60172-3911 |

Debtor    **Stone Panels, Inc.**        Case number (if known)   **16-32856-11**

## ▉ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | **Open Purchase Order** | **Ascend Custom Extrusions, LLC**<br>**PO Box 95323** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Grapevine**     **TX**     **76099-9731** |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | **Open Purchase Order** | **Ascend Custom Extrusions, LLC**<br>**PO Box 95323** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Grapevine**     **TX**     **76099-9731** |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | **Open Purchase Order** | **Axiom Materials, Inc.**<br>**2320 Pullman Street** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Santa Ana**     **CA**     **92705** |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | **Employee Bonus Agreement** | **Barry Winker**<br>**1642 Knoll Ridge Cir.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Corinth**     **TX**     **76205** |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | **Morton Plant Hospital Patient Tower** | **Baycare Health Systems**<br>**16255 Bay Vista Drive** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Clearwater**     **FL**     **33760** |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | **Open Purchase Order** | **Benetti Macchine**<br>**Via Provinciale**<br>**Nazzano 20-54033**<br>**Cattara 20-54033** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Stone Panels, Inc.**        Case number (if known)   **16-32856-11**

## ▉ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | **Saks 5th Ave., Brickell City Centre** | **Blanton Construction** |
| | | | **550 Turner Boulevard** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Saint Peters**    **MO**    **63376** |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - Bucks County Comm College-Science Bldg.** | **Boro Construction** |
| | | | **400 Feheley Drive** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **King of Prussia**    **PA**    **19406** |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | **Sales Representative Agreement** | **BRICKWORKS** |
| | | | **INTERNATIONAL HOUSE,** |
| | | | **BRUNEL DRIVE, NEWARK** |
| | State the term remaining | | **NOTTINGHAMSHIRE, UK NG24 2EG** |
| | List the contract number of any government contract | | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - 70 Gracechurch - UK** | **Brickworks UK, Ltd.** |
| | | | **International House, Brunel Dr.** |
| | | | **Newark UK** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract-Federated Rural Electric Insur Exch** | **Builders Stone & Masonry** |
| | | | **616 N. Rogers Road** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Olathe**    **KS**    **66062** |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | **6673-65 East 55th St. Elevators** | **C.E.C. Elevator Cab Corp.** |
| | | | **540 Manida Street** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bronx**    **NY**    **10474** |

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - Bank of America** | **Charlotte Glass Contractors** |
| | | | **8520 Crown Crescent Ct.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Charlotte** **NC** **28227** |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract-Parkside Church Auditorium** | **Choice Repps Construction Advisers** |
| | | | **24985 West Northwood Dr.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Olmsted Falls** **OH** **44138** |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | **Printer/copier rentals** | **CIT Finance LLC** |
| | | | **10201 CENTRUION PKWY** |
| | | | **SUITE 100** |
| | State the term remaining | | **JACKSONVILLE, TL 32256** |
| | List the contract number of any government contract | | |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | **LSU Dental School** | **Citadel Builders, LLC** |
| | | | **3516 Hessmer Ave.** |
| | State the term remaining | | **Metairie, LA 7002** |
| | List the contract number of any government contract | | |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - Monroe Condominiums** | **Claremont Construction Group** |
| | | | **49 Rt. 202** |
| | State the term remaining | | **P.O. Box 808** |
| | List the contract number of any government contract | | **Far Hills** **NJ** **07931** |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | **Cadillac of Greenwich** | **Claris Construction, Inc.** |
| | | | **153 S. Main Street** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Newtown** **CT** **06470** |

Debtor **Stone Panels, Inc.**  Case number (if known) **16-32856-11**

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract-NAIT Centre for Applied Technology** | **Clark Builders** |
| | | | **4703-52 Avenue** |
| | | | **Edmonton AB T6B 346** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | **221 West 29th Street - NY** | **CM & Associates Construction** |
| | | | **1 Washington Park** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Newark** **NJ** **07102** |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | **Utility Service** | **CONSTELLATION NEWENERGY, INC** |
| | | | **1221 Lamar St.** |
| | | | **Suite 750** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston** **TX** **77010** |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Contract** | **Corporate Coverage** |
| | | | **403 W. Pennsylvania** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Towson** **MD** **21204** |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | **Open Purchase Order** | **Cowboy Concrete** |
| | | | **8503 Stillwater Dr.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas** **TX** **75356-6082** |

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | **Nordstrom Century City** | **Custom Metal Fabricators** |
| | | | **1317 West Orange Grove Ave.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Orange** **CA** **92865** |

Debtor     **Stone Panels, Inc.**                                    Case number (if known)   **16-32856-11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.35** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

**CWS Corporate Housing**
**3701 Grapevine Mills Pkwy**

State the term remaining

List the contract number of any government contract

**Grapevine          TX      75067**

**2.36** State what the contract or lease is for and the nature of the debtor's interest — **Customer Contract - DL Rogers HQ-TX**

**D.L. Rogers Corporation**
**1225 S. Main Street**

State the term remaining

List the contract number of any government contract

**Grapevine          TX      76051**

**2.37** State what the contract or lease is for and the nature of the debtor's interest — **Customer Contract - DL Rogers HQ-TX Installation**

**D.L. Rogers Corporation**
**1225 S. Main Street**

State the term remaining

List the contract number of any government contract

**Grapevine          TX      76051**

**2.38** State what the contract or lease is for and the nature of the debtor's interest — **Customer Contract-20 Washington Rd-Princeton Univ**

**Dan Leopore & Sons Co.**
**501 Washington Street**

State the term remaining

List the contract number of any government contract

**Conshohocken          PA      19428**

**2.39** State what the contract or lease is for and the nature of the debtor's interest — **Customer Contract - 27 Esplanade, Jersey**

**Dandara Jersey Limited**
**Gloucester Street**
**St. Heilier UK**

State the term remaining

List the contract number of any government contract

**2.40** State what the contract or lease is for and the nature of the debtor's interest — **Customer Contract-66-72 Esplanade, Jersey**

**Dandara Jersey Limited**
**Gloucester Street**
**St. Helier UK**

State the term remaining

List the contract number of any government contract

Debtor **Stone Panels, Inc.**                                    Case number (if known) **16-32856-11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract-The Silverfin Building, Aberdeen | Dane Architectural Systems |
| | | | Newcastle Upon Tyne |
| | | | Hamsterley UK |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Sales Commission Agreement | David Roberts |
| | | | 406 Old York Rd. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Coppell          TX     75019 |

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Dorsett Intl Hotel | Deepdale Solutions, Ltd. |
| | | | Queens Meadow, Hartpool |
| | | | Hartpool, Tees Valle UK |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract-66-72 Esplanade, Jersey | Deepdale Solutions, Ltd. |
| | | | Queens Meadow, Hartpool |
| | | | Hartpool, Tees Valle |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Printer rental | DENITECH |
| | | | 820 W. Sandy Lake Rd. #100 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Coppell          TX     75019 |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract-Kean University | Dobco Ltd. |
| | | | 30 Galesi Drive |
| | | | Wayne, NJ 7470 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   **Stone Panels, Inc.**                                    Case number (if known)   **16-32856-11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - Green Water Tower Elevators** | **Eklund's, Inc.** |
| | | | **P.O. Box 1566** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Grapevine**          **TX**      **76099** |
| **2.48** | State what the contract or lease is for and the nature of the debtor's interest | **2150 Broadway Elevators** | **Elite Elevator Cap, Inc.** |
| | | | **118 Fulton Avenue** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Garden City Park**       **NY**      **11040** |
| **2.49** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - Transbay/Salesforce Tower Elevators** | **EMCO Elevator Co.** |
| | | | **9101 East Hampton Dr.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Capitol Heights**       **MD**      **20743** |
| **2.50** | State what the contract or lease is for and the nature of the debtor's interest | **Software License** | **Enceptia** |
| | | | **2801 Buford Hwy, Suite 100** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Atlanta**          **GA**      **30329** |
| **2.51** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract-7 West 21st Street NY** | **Facade Technology** |
| | | | **680 Ben Franklin Highway** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Birdsboro**          **PA**      **19508** |
| **2.52** | State what the contract or lease is for and the nature of the debtor's interest | **Open Purchase Order** | **Fivepayne LLC** |
| | | | **Green Tree Packaging & Lumber** |
| | | | **818 South Main St., Suite 200** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Grapevine**          **TX**      **76051** |

Debtor    **Stone Panels, Inc.**                                        Case number (if known)   **16-32856-11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | **24 Leonard Street** | **Foundations Group, Inc.** |
| | | | **520 W. 27th Street, Suite 302** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **New York**            **NY**    **10001** |

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | **Sales Commission Agreement** | **Frank Bonanno** |
| | | | **PO Box 504** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Solebury**            **PA**    **18963** |

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | **Phone service** | **FRONTIER COMMUNCIATIONS** |
| | | | **PO BOX 740407** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **CINCINATTI**            **OH**    **45274-0407** |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | **1225 North State Parkway** | **G& R Elevator Mfg. Inc.** |
| | | | **2352 Station Parkway NW** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Andover**            **MN**    **55304** |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | **Oriana Facade** | **Galliard Construction Ltd.** |
| | | | **PO Box 206** |
| | | | **Loughton Essex** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract-Clarksburg State Office Bldg.** | **GQ Contracting LLC** |
| | | | **78 Will Scarlett Road** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Canonsburg**            **PA**    **15317** |

Debtor   **Stone Panels, Inc.**                                        Case number (if known)  **16-32856-11**

███ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract-New London Embassy** | **Grants of Shoreditch**<br>**25 Hackney Rd.**<br>**London EZ 7NX UK** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract-Bloomberg London Soffits** | **Grants of Shoreditch**<br>**25 Hackney Rd.**<br>**London EX 7NX UK** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract-Finsbury Circus-UK** | **Grants of Shoreditch**<br>**25 Hackney Rd**<br>**London EZ 7NX UK** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - AC Hotel - Des Moines Installation** | **Heart of America Group** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - 40 Meadow Lane** | **HFZ Capital Group**<br>**600 Madison Avenue, 15th Floor** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **New York        NY      10022** |

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | **UPS Campus Parsippany** | **HK Panel Systems-DBE, WBE, SBE**<br>**PO Box 494** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dublin        PA      18917** |

Debtor    **Stone Panels, Inc.**                                         Case number (if known)  **16-32856-11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - Brooklyn Bridge Park Pierhouse** | **Hudson Meridian Construction** |
| | | | **40 Rector Street, 18th Floor** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **New York**  **NY**  **10006** |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | **Sutter Gould Medical Office Bldg.** | **Huff Construction Co.** |
| | | | **4917 Stoddard Road** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Modesto**  **CA**  **95356** |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | **Humidfall Panels** | **Humidifall IP, LLC** |
| | | | **5988 Mid Rivers Mall Drive** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Saint Peters**  **MO**  **63304** |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - Memorial Sloan-Kettering Cancer Ctr.** | **Hunter Roberts Construction** |
| | | | **55 Water Sgtreet, 51st Floor** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **New York**  **NY**  **10041** |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | **Open Purchase Order** | **I.G.M.** |
| | | | **1536 Hutton Drive, Suite 110** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carrollton**  **TX**  **75006** |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | **Open Purchase Order** | **I.G.M.** |
| | | | **1536 Hutton Drive, Suite 100** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carrollton**  **TX**  **75006** |

Debtor **Stone Panels, Inc.**      Case number (if known) **16-32856-11**

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.71** State what the contract or lease is for and the nature of the debtor's interest — **Open Purchase Order**

State the term remaining

List the contract number of any government contract

Indiana Limestone Co
MSC#410853
PO Box 41500
Nashville, TN 3741-0853

**2.72** State what the contract or lease is for and the nature of the debtor's interest — **Open Purchase Order**

State the term remaining

List the contract number of any government contract

Ingemar Corporacion
Avda De Tolosa 95
20018 San Sebastian
Guipuzcoa

**2.73** State what the contract or lease is for and the nature of the debtor's interest — **Open Purchase Order**

State the term remaining

List the contract number of any government contract

Ingemar Corporation
Avda De Tolosa 95
20018 San Sebastian
Guipuzcoa

**2.74** State what the contract or lease is for and the nature of the debtor's interest — **1255 N. State Parkway Elevator**

State the term remaining

List the contract number of any government contract

Interface Planning & Design
42376 N. Lagoon Court

Antioch     IL     60002

**2.75** State what the contract or lease is for and the nature of the debtor's interest — **Customer Contract - AC Hotel - Des Moines**

State the term remaining

List the contract number of any government contract

Iowa Machine Shed Co.
1501 River Drive

Moline     IL     61265

**2.76** State what the contract or lease is for and the nature of the debtor's interest — **LAX Terminal 1 Modernization**

State the term remaining

List the contract number of any government contract

ISEC, Inc.
33 Inverness Drive East

Englewood     CO     80112

Debtor  **Stone Panels, Inc.**                         Case number (if known) **16-32856-11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - Chicago + Main** | **J. and E. Duff, Inc.** |
| | | | **PO Box 368** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **West Chicago**  **IL**  **60186** |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - The Lauren and The Lauren-Installation** | **James G. Davis Construction Corp** |
| | | | **12530 Parklawn Drive** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rockville**  **MD**  **20852** |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | **Sales Commission Agreement** | **James Medina** |
| | | | **3748 Via Di Girolamo Ave.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Henderson**  **NV**  **89052** |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | **New Ambulatory Surgery Ctr.** | **Joeris General Contractors Ltd.** |
| | | | **823 Arion Pkwy.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **San Antonio**  **TX**  **78216** |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | **The Park** | **John Jory Corporation** |
| | | | **1894 N. Main St.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Orange**  **CA**  **92865** |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | **Open Purchase Order** | **Joseph T. Ryerson & Son Inc.** |
| | | | **PO Box 731036** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas**  **TX**  **75373-1036** |

Debtor   **Stone Panels, Inc.**         Case number (if known)  **16-32856-11**

## ◼ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| **2.83** | State what the contract or lease is for and the nature of the debtor's interest | **411-421 West 35th St.**<br>**445-453 West 35th St.** | **Joy Construction Corp.**<br>**40 Fulton Street** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **New York** | **NY** | **10038** |
| **2.84** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - Central Square**<br>**Leeds-PH II** | **Lakesmere Ltd.**<br>**Moorside Road, Winnall**<br>**Winchester UK** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | | |
| **2.85** | State what the contract or lease is for and the nature of the debtor's interest | **Sales Commission Agreement** | **Leon Chamness**<br>**148 Thunderbird** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Mabank** | **TX** | **75156** |
| **2.86** | State what the contract or lease is for and the nature of the debtor's interest | **Open Purchase Order** | **Levantina USA, Inc.**<br>**11180 Zodiac Lane** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Dallas** | **TX** | **75229** |
| **2.87** | State what the contract or lease is for and the nature of the debtor's interest | **Phone service** | **LOGIX Communications, LP**<br>**2950 N. Loop W. 8th Floor** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Houston** | **TX** | **77092** |
| **2.88** | State what the contract or lease is for and the nature of the debtor's interest | **Open Purchase Order** | **Loparex LLC**<br>**4194 Payshphere Circle** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Chicago** | **IL** | **60674** |

Debtor    **Stone Panels, Inc.**      Case number (if known)   **16-32856-11**

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | **Open Purchase Order** | **Loparex LLC** |
| | | | **4194 Payshphere Circle** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chicago**    **IL**    **60674** |

| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract-Pentagon City Fashion Ctr Mall-Exterior** | **Lorton Stone LLC** |
| | | | **7544 Fullerton Court** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Springfield**    **VA**    **22153** |

| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract-Market Square** | **Lorton Stone LLC** |
| | | | **7544 Fullerton Court** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Springfield**    **VA**    **22153** |

| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | **Wigmore Street** | **LSC Facades, Ltd.** |
| | | | **Abbey House, Premier Way** |
| | | | **Romsey UK** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - Hockley County Office Building, Phase 3** | **Lubbock Masonry, Inc.** |
| | | | **7720 19th Street** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lubbock**    **TX**    **79407** |

| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | **Open Purchase Order** | **Material Marketing** |
| | | | **1970 W. Northwest Hwy** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas**    **TX**    **75220** |

Debtor **Stone Panels, Inc.**                                    Case number (if known) **16-32856-11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | **Open Purchase Order** | **Material Marketing** |
| | | | **1335 West Gray Street** |
| | | | **Suite 100** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston**            **TX**    **77019** |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | **Software License** | **MAXERP MAS LLC** |
| | | | **DBA MICROACCOUNTING SOLUTIONS** |
| | | | **801 E CAMPBELL ROAD** |
| | | | **SUITE 330** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **RICHARDSON**      **TX**    **75081** |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | **240 West 73rd Street** | **McGlynn Hays and Company** |
| | | | **605 West47th Street** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **New York**          **NY**    **10036** |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract-King William Street** | **McMullen Facades Ltd** |
| | | | **Moorside Road, Winnall** |
| | | | **Winchester UK** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - Capitol Fedreal Nall Hills Renovation** | **McPherson Contractors, Inc.** |
| | | | **3501 SW Fairlawn Road** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Topeka**            **KS**    **66614** |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - 187 Dune Road-Feldman Residence** | **Merit Builders, LLC** |
| | | | **144D Mariner Drive** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Southampton**      **NY**    **11968** |

Debtor    **Stone Panels, Inc.**                                    Case number (if known)  **16-32856-11**

███  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Printer/copier rentals and Maintenance Agreement | METRO-REPRO, INC |
| | | | PO Box 560092 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas    TX    75356-0092 |

| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract - 60 East 86th Street, NY | MILLER DRUCK SPECIALTY CONTRACTING, INC |
| | | | 264 WEST 40TH STREET |
| | | | 9TH FLOOR |
| | State the term remaining | | |
| | List the contract number of any government contract | | NEW YORK    NY    10018 |

| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Building Lease | ML Realty Partners, LLC |
| | | | One Pierce Place, Suite 450 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Itasca    IL    60143 |

| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract- Congregation Achduth Vesholom | Mosaic Building Solutions |
| | | | 1220 Ruston Pass |
| | State the term remaining | | |
| | List the contract number of any government contract | | Fort Wayne    IN    46825 |

| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Open Purchase Order | N.T. Diamonds Tools LLC |
| | | | PO Box 566082 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas    TX    75243 |

| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | BWH - 75 Francis St. | NER Construction Management |
| | | | 867 Woburn Street |
| | State the term remaining | | |
| | List the contract number of any government contract | | Wilmington    MA    01887 |

Debtor **Stone Panels, Inc.**        Case number (if known) **16-32856-11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.107** | State what the contract or lease is for and the nature of the debtor's interest | **Open Purchase Order** | **North Carolina Granite Corp.** |
| | | | **PO Box 151** |
| | | | **151 Granite Quarry Trail** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mount Airy**    **NC**    **27030** |
| **2.108** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - Alto Wembley NW06 Park** | **OCL Facades Ltd** |
| | | | **9 Argent Court** |
| | | | **Laindon Essex Essex** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.109** | State what the contract or lease is for and the nature of the debtor's interest | **Redrow Homes** | **OCL Facades Ltd.** |
| | | | **9 Argent Court** |
| | | | **Laindon Essex** |
| | State the term remaining | | **Essex** |
| | List the contract number of any government contract | | |
| **2.110** | State what the contract or lease is for and the nature of the debtor's interest | **Payroll processing service** | **PAYCOM PAYROLL, LLC** |
| | | | **7501 W MEMORIAL** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **OKLAHOMA CITY**    **OK**    **73142** |
| **2.111** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract-Al-Amin Brothers Transportation** | **PBS Builders** |
| | | | **PO Box 278** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Crete**    **IL**    **60417** |
| **2.112** | State what the contract or lease is for and the nature of the debtor's interest | **Sales Commission Agreement** | **Peter Myles** |
| | | | **3901 Long Meadow Dr.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Flower Mound**    **TX**    **75022** |

Debtor    **Stone Panels, Inc.**                    Case number (if known)    **16-32856-11**

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.113**

State what the contract or lease is for and the nature of the debtor's interest

**Equipment lease**

**PITNEY BOWES**
**1 ELMCROFT ROAD**

State the term remaining

List the contract number of any government contract

| **STAMFORD** | **CT** | **06926** |

**2.114**

State what the contract or lease is for and the nature of the debtor's interest

**Open Purchase Order**

Plascore, Inc.
P.O. Box 170

State the term remaining

List the contract number of any government contract

| Zeeland | MI | 49464-0170 |

**2.115**

State what the contract or lease is for and the nature of the debtor's interest

**1690 Meadow Lane**

Precision Stone, Inc.
95 Hopper Street

State the term remaining

List the contract number of any government contract

| Westbury | NY | 11590 |

**2.116**

State what the contract or lease is for and the nature of the debtor's interest

**Customer Contract - Shriners UK Hospital for Children**

Precision Wall Systems
3801 S. Main Street

State the term remaining

List the contract number of any government contract

| South Bend | IN | 46614 |

**2.117**

State what the contract or lease is for and the nature of the debtor's interest

**Open Purchase Order**

Product Handling & Design
PO Box 117866

State the term remaining

List the contract number of any government contract

| Carrollton | TX | 75011 |

**2.118**

State what the contract or lease is for and the nature of the debtor's interest

**Open Purchase Order**

Product Handling & Design
PO Box 117866

State the term remaining

List the contract number of any government contract

| Carrollton | TX | 75011 |

Debtor  **Stone Panels, Inc.**        Case number (if known) __16-32856-11__

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| **2.119** | State what the contract or lease is for and the nature of the debtor's interest | **Open Purchase Order** | **Prometec srl** | |
| | | | **Via Dorsale** | |
| | | | **13 Parco ProductiTIVO Apuania** | |
| | State the term remaining | | **Masa 54100** | |
| | List the contract number of any government contract | | | |
| **2.120** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - The Philadelphian** | **Pullman SST, Inc.** | |
| | | | **2227 High Hill road** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Swedesboro**     **NJ**     **08085** | |
| **2.121** | State what the contract or lease is for and the nature of the debtor's interest | **Open Purchase Order** | **Quarry Inc.** | |
| | | | **6863 W. Charleston Blvd.** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Las Vegas**     **NV**     **89117** | |
| **2.122** | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance agreement** | **QUINCY COMPRESSOR LLC** | |
| | | | **830 Sovereign Row** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Dallas**     **TX**     **75247** | |
| **2.123** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - West 30th Street & 10th Avenue** | **Related Companies** | |
| | | | **520 West 29th** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **New York**     **NY**     **10001** | |
| **2.124** | State what the contract or lease is for and the nature of the debtor's interest | **Planters** | **Reliance Realty LLC** | |
| | | | **300 N. Marienfield, Suite 150** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Midland**     **TX**     **79701** | |

Debtor    **Stone Panels, Inc.**                                      Case number (if known)    **16-32856-11**

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Field Cadillac | **Restoration & Construction Specialists** |
|---|---|---|---|
| | | | **6684-5 Columbia Park Dr. S.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jacksonville**                **FL**        **32258** |

| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract - Travelers-Plaza Deck Renovation | **Riggs Construction Co.** |
|---|---|---|---|
| | | | **72 Sumner St.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Milford**                **MA**        **01757** |

| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Trinity Place-Phase III | **Rinaldi Tile & Marble** |
|---|---|---|---|
| | | | **51 Fremont Street** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Watsonville**                **CA**        **95076** |

| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Open Purchase Order | **Rocharel** |
|---|---|---|---|
| | | | **25 Abril 184-1 B** |
| | | | **Cascais 2750-522** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Open Purchase Order | **Rocharel** |
|---|---|---|---|
| | | | **25 Abril 184-1 B** |
| | | | **Cascais 2750-522** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Open Purchase Order | **Rocharel** |
|---|---|---|---|
| | | | **25 Abril 184-1- B** |
| | | | **Cascais 2750-522** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Stone Panels, Inc.**      Case number (if known)   **16-32856-11**

███    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.131** State what the contract or lease is for and the nature of the debtor's interest — **Open Purchase Order**

State the term remaining

List the contract number of any government contract

**Rocharel**
**25 Abril 184-1 B**
**Cascais 2750-522**

**2.132** State what the contract or lease is for and the nature of the debtor's interest — **Open Purchase Order**

State the term remaining

List the contract number of any government contract

**RPM Electric Services Co**
**4911 Don Drive**

**Dallas**    **TX**    **75247-6513**

**2.133** State what the contract or lease is for and the nature of the debtor's interest — **TAMU Agriculture & Life Sciences Bldg.**

State the term remaining

List the contract number of any government contract

**RW Pfeffer Masonry Inc.**
**PO Box 5101**

**Bryan**    **TX**    **77805**

**2.134** State what the contract or lease is for and the nature of the debtor's interest — **Software License**

State the term remaining

List the contract number of any government contract

**Sage Software Inc.**
**6561 Irvine Center Dr.**

**Irvine**    **CA**    **92618**

**2.135** State what the contract or lease is for and the nature of the debtor's interest — **Open Purchase Order**

State the term remaining

List the contract number of any government contract

**Sandpaper of Texas**
**S.O.T. Abrasives & Equipment**
**10750 Metric Drive**

**Dallas**    **TX**    **75243**

**2.136** State what the contract or lease is for and the nature of the debtor's interest — **Open Purchase Order**

State the term remaining

List the contract number of any government contract

**Shanghai Shituo Trading Co.**
**Sucuo Crossing**
**Xinxue Industrial District**
**Hongtang Town Xiamen**

Debtor **Stone Panels, Inc.**                                        Case number (if known) **16-32856-11**

█ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - Lithia Cadillac - Portland, OR** | **Skyline Sheet Metal Inc.** |
| | | | **1535 NW Sundial Road** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Toutdale** **OR** **97060** |

| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - Two Rivers Ford** | **Solomon Builders Inc.** |
| | | | **4539 Trousdale Drive** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nashville** **TN** **37204** |

| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | **Two Rivers Ford - INSTALLATION** | **Solomon Builders Inc.** |
| | | | **4939 Trousdale Drive** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nashville** **TN** **37204** |

| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract-Morrie's Cadilla** | **Source Group LLC** |
| | | | **2399 Wayzata Blvd. West** |
| | | | **Suite 100** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Long Lake** **MN** **55356** |

| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | **PCH Carbonview** | **Splendid Stone & Tile Inc.** |
| | | | **7324 Atoll Avenue** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **North Hollywood** **CA** **91605** |

| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - WPRS-Warwick Road Primary School** | **St. Edward Homes Limited** |
| | | | **Horseferry Road** |
| | | | **London UK** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   **Stone Panels, Inc.**                                        Case number (if known)   **16-32856-11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.143**  State what the contract or lease is for and the nature of the debtor's interest — **Kensington Row**

**St. Edward Homes Limited**
**Horseferry Road**
**London UK**

State the term remaining

List the contract number of any government contract

**2.144**  State what the contract or lease is for and the nature of the debtor's interest — **Customer Contract - McKee Foods Conf Ctr & Corp Offices**

**Steel Clad, Inc.**
**10027 Hwy. 70W**

State the term remaining

List the contract number of any government contract

**Clayton**                **NC**        **27520**

**2.145**  State what the contract or lease is for and the nature of the debtor's interest — **Open Purchase Order**

**Stonetrade**
**333 Main Street**

State the term remaining

List the contract number of any government contract

**East Greenwich**            **RI**        **02818**

**2.146**  State what the contract or lease is for and the nature of the debtor's interest — **Customer Contract - State & Cedar Retail Development**

**Summit Design + Build LLC**
**1032 W. Fulton Market, St. 300**

State the term remaining

List the contract number of any government contract

**Chicago**                **IL**        **60607**

**2.147**  State what the contract or lease is for and the nature of the debtor's interest — **Insurance Contract**

**Sunlife**
**P.O. Box 7247-0381**

State the term remaining

List the contract number of any government contract

**Philadelphia**            **PA**        **19170-0381**

**2.148**  State what the contract or lease is for and the nature of the debtor's interest — **Open Purchase Order**

**Telara Marmi E. Graniti**
**PO Box N. 55**
**54031 Aveneza**

State the term remaining

List the contract number of any government contract

Debtor   **Stone Panels, Inc.**        Case number (if known)   **16-32856-11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.149**   State what the contract or lease is for and the nature of the debtor's interest — **Customer Contract - 500 Metropolitan Avenue**

State the term remaining

List the contract number of any government contract

The Chetrit Group
512 Seventh Ave.

New York    NY    10018

**2.150**   State what the contract or lease is for and the nature of the debtor's interest — **Open Purchase Order**

State the term remaining

List the contract number of any government contract

Therma Foam, inc.
1240 N. Hwy. 77

Hillsboro    TX    76645

**2.151**   State what the contract or lease is for and the nature of the debtor's interest — **Customer Contract-Kansas State Univ Business Admin Bldg.**

State the term remaining

List the contract number of any government contract

Tigris Speciality Construction
9336 West 54th Street

Merriam    KS    66203

**2.152**   State what the contract or lease is for and the nature of the debtor's interest — **Employee Bonus Agreement**

State the term remaining

List the contract number of any government contract

Tim Friedel
512 St. Laurent Ct.

Southlake    TX    76092

**2.153**   State what the contract or lease is for and the nature of the debtor's interest — **Southmore Tower Elevators**

State the term remaining

List the contract number of any government contract

Travertine Inc.
1325 East 35th Place

Tulsa    OK    74105

**2.154**   State what the contract or lease is for and the nature of the debtor's interest — **Trinity Place-Phase II Elevator Cabs**

State the term remaining

List the contract number of any government contract

Unique Elevator Interiors
1930 North Loop Rd.

Alameda    CA    94502

Debtor    **Stone Panels, Inc.**                                    Case number (if known)    **16-32856-11**

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Contract** | **United Health Care** |
| | | | **Dept CH 1-151** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Palatine**            **IL**       **60055-0151** |

| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | **Employee Bonus Agreement** | **Valorie Ormand** |
| | | | **613 Villawood Ln.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Coppell**            **TX**       **75019** |

| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | **Springwells Water Treatment Plant** | **Walsh Construction Co.** |
| | | | **3011 West Grand Boulevard** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Detroit**            **MI**       **48202** |

| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | **Waste removal service** | **WASTE MANAGEMENT** |
| | | | **1601 Waste Management Blvd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lewisville**            **TX**       **75067** |

| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract - 172 Madison Ave.** | **WBB Construction Inc.** |
| | | | **461 Park Avenue South** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **New York**            **NY**       **10016** |

| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | **Software License** | **WEBROOT, INC.** |
| | | | **385 INTERLOCKEN CRESCENT BLVD** |
| | | | **SUITE 800** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **BROOMFIELD**            **CO**       **80021** |

Debtor    **Stone Panels, Inc.**           Case number (if known)   **16-32856-11**

███    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

     Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.161** | State what the contract or lease is for and the nature of the debtor's interest | **Kelley Cadillac Addition** | **Witwer Construction, Inc.** |
| | State the term remaining | | **3636 Adams Center Rd.** |
| | List the contract number of any government contract | | **Fort Wayne**      **IN**     **46806** |
| **2.162** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract-Potamkin Manhattan Cadillac** | **Yates Restoration Group Ltd.** |
| | State the term remaining | | **36 Bruckner Blvd.** |
| | List the contract number of any government contract | | **Bronx**      **NY**     **10454** |
| **2.163** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract-Morris Cadillac-Olmstead** | **Zavarela Bros. Construction Co.** |
| | State the term remaining | | **5381 Erie Street, Suite B** |
| | List the contract number of any government contract | | **Cleveland**      **OH**     **44146** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Stone Panels, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-32856-11** |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| **2.1 Stone Panels Holding Corporation** | **120 S. Central Ave., Suite 600** <br> Number      Street <br><br> **Saint Louis      MO   63105** <br> City                    State   ZIP Code | **The Privatebank and Trust Co** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.2 Stone Panels Holding Corporation** | **120 S. Central Ave., Suite 600** <br> Number      Street <br><br> **Saint Louis      MO   63105** <br> City                    State   ZIP Code | **BROOKSIDE MEZZANINE FUND III, L.P.** | ☐ D <br> ☑ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor Name **Stone Panels, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **16-32856-11**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................................ | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B........................................................................ | **$16,115,736.67**

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B........................................................................... | **$16,115,736.67**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D................... | **$4,458,815.72**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.................................... | **$522,970.19**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................. | + **$9,500,677.14**

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................................... | **$14,482,463.05**

**Fill in this information to identify the case and this filing:**

Debtor Name    **Stone Panels, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **16-32856-11**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/26/2016**     X **/s/ Bill Roberts**
     MM / DD / YYYY        Signature of individual signing on behalf of debtor

                              **Bill Roberts**
                              Printed name

                              **Chief Restructuring Officer**
                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Stone Panels, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **16-32856-11**
(if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

### Part 1:     Income

1.    **Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year,
which may be a calendar year**

Sources of revenue
Check all that apply.

Gross revenue
(before deductions
and exclusions

| | | | | | |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **07/01/2016** to <br> MM / DD / YYYY | Filing date | ☑ Operating a business <br> ☐ Other _____ | **$23,197,733.20** |
| **For prior year:** | From **07/01/2015** to <br> MM / DD / YYYY | **06/30/2016** <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | **$22,291,826.00** |
| **For the year before that:** | From **07/01/2014** to <br> MM / DD / YYYY | **06/30/2015** <br> MM / DD / YYYY | ☐ Operating a business <br> ☐ Other _____ | |

2.    **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:     List Certain Transfers Made Before Filing for Bankruptcy

3.    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be
adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer <br> *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See attached Exhibit #6** <br> Creditor's name <br><br> Street <br><br><br> City            State     ZIP Code | _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Debtor    **Stone Panels, Inc.**_____        Case number (if known)  **16-32856-11**_____

Name

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached Exhibit #7**_____ | _____ | | |

Insider's name

_____

Street

_____

City_____ State___ ZIP Code___

**Relationship to debtor**

_____

5.    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

6.    **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **The PrivateBank** | **Deducted FX monetized by company on 7/20/16 transaction by company dated 7/18/16** | | **$718,432.85** |

Creditor's name

**1401 South Brentwood Blvd.**_____

Street

_____

**St. Louis**_____ **MO**___ **63144**___        Last 4 digits or account number: XXXX-___ ___ ___ ___

City_____ State___ ZIP Code___

| Debtor | **Stone Panels, Inc.** | Case number (if known) | **16-32856-11** |
|---|---|---|---|
| | Name | | |

---

## Part 3:  Legal Actions or Assignments

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **TerraCORE, LLC vs. Stone Panels, Inc.** | **To stop Stone Panel from engaging in unfair competition and recover the harm caused by its improper actions** | **US District Court, Northern Dist Texas** <br> Name <br> **1100 Commerce St., Room 1254** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | Case number <br> **3:15-cv-01152-N** | | **Dallas**     **TX**   **75242-1496** <br> City     State   ZIP Code | |

**8.** **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

---

## Part 5:  Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

---

## Part 6:  Certain Payments or Transfers

**11.** **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Waller Lansden Dortch and Davis, LLP** | **\* Amount received as retainer is for both Stone Panels Inc. and Stone Panels Holding Corp.** | **July 13, 2016** <br> **July 14, 2016** | **$110,000.00** |
| | Address <br> **100 Congress Avenue, Suite 1800** <br> Street | | | |
| | **Austin**     **TX**   **78701** <br> City     State   ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

Debtor    **Stone Panels, Inc.**                                        Case number (if known)    **16-32856-11**
          Name

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **CR3 Partners, LLC** | | **7/18/2016** | **$60,000.00** |

**Address**

**13727 Noel Rd., Suite 200**
Street

**Dallas**            **TX**    **75240**
City                  State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor    **Stone Panels, Inc.**_____    Case number (if known)  **16-32856-11**_____
          Name

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained  _____

  Does the debtor have a privacy policy about that information?
  ☐ No.
  ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☐ Yes.  Fill in below:

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

Debtor  **Stone Panels, Inc.**        Case number (if known)  **16-32856-11**

Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **See attached Exhibit #8** | | | |
| Name | | | |
| | | | |
| Street | | | |
| | | | |
| City    State  ZIP Code | | | |

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

---

Debtor    **Stone Panels, Inc.**            Case number (if known)   **16-32856-11**
Name

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1.   **Tammy Smith** | | | From   **2014**    To   **2016** |
| Name | | | |
| **3101 Wood Trail** | | | |
| Street | | | |
| | | | |
| **Flower Mound** | **TX** | **75022** | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2.   **Regina Seely** | | | From   **2014**    To   **2016** |
| Name | | | |
| **c/o Stone Panels Inc.** | | | |
| Street | | | |
| | | | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.3.   **Patricia Benson** | | | From   **2014**    To   **2016** |
| Name | | | |
| **c/o Stone Panels Inc.** | | | |
| Street | | | |
| | | | |
| City | State | ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1.   **Teague Marques and Associates** | | | From       To   **7/8/2015** |
| Name | | | |
| **3010 Lyndon B. Johnson Frwy Suite 550** | | | |
| Street | | | |
| | | | |
| **Dallas** | **TX** | **75234** | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.2.   **KPMG Audit and Tax** | | | From       To   **8/5/2015** |
| Name | | | |
| **10 S Broadway, Suite 900** | | | |
| Street | | | |
| | | | |
| **St. Louis** | **MO** | | |
| City | State | ZIP Code | |

Debtor    **Stone Panels, Inc.**                                    Case number (if known)  **16-32856-11**
Name

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                                    **If any books of account and records are
                                                          unavailable, explain why**

26c.1.  **Stone Panels, Inc.**
        Name
        **100 S. Royal Ln.**
        Street

        **Coppell**                          **TX**      **75019**
        City                                 State       ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
      financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **The Private Bank**
        Name
        **120 S. LaSalle St.**
        Street

        **Chicago**                          **IL**      **60603**
        City                                 State       ZIP Code

**Name and address**

26d.2.  **BROOKSIDE MEZZANINE FUND III, L.P.**
        Name
        **ATTN:  GREGORY FOY**
        Street
        **201 TRESSER BOULEVARD, SUITE 330**

        **STAMFORD**                         **CT**      **06901**
        City                                 State       ZIP Code

**Name and address**

26d.3.  **TSCP III, LP**
        Name
        **120 S. Central Ave., Suite 600**
        Street

        **St. Louis**                        **MO**      **63105**
        City                                 State       ZIP Code

Debtor    **Stone Panels, Inc.**                                            Case number (if known)    **16-32856-11**
_____
          Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.

☑ Yes.  Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Barry Winker** | **07/01/2016** | |

Name and address of the person who has possession of inventory records

27.1.  _____
       Name
       **c/o Stone Panels Inc.**
       _____
       Street
       _____
       _____
       City                              State      ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Barry Winker** | **06/01/2016** | |

Name and address of the person who has possession of inventory records

27.2.  _____
       Name
       **c/o Stone Panels Inc.**
       _____
       Street
       _____
       _____
       City                              State      ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Timothy Friedel** | **c/o Stone Panels Inc.** | **CEO / Indirect** | **2.27%** |
| **Tammy Smith** | **3101 Wood Trail**<br>**Flower Mound, TX 75022** | **CFO / indirect** | **0.4%** |
| **Harry Holiday** | **120 S. Central Ave., Suite 600**<br>**St. Louis, MO 63105** | **Director** | |
| **Brad Strayhorn** | **120 S. Central Ave., Suite 600**<br>**St. Louis, MO 63105** | **Director** | |
| **Stone Panels Holding Corporatic** | | | **100%** |
| **Thompson Street Capital Partner** | | | |

Debtor    **Stone Panels, Inc.**        Case number (if known)    **16-32856-11**
      Name

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

30.1.    **Refer to SOFA 4 - See Exhibit #7**
      Name

      Street

      City        State   ZIP Code

      **Relationship to debtor**

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

Name of the parent corporation               Employer Identification number of the parent corporation
**Stone Panels Holding Corporation**        EIN: **4 7 – 1 4 4 4 6 6 6**

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☒ Yes. Identify below.

Name of the pension fund                  Employer Identification number of the pension fund
**Mass Mutual Financial Group-Stone Panels**      EIN: **4 3 – 2 0 4 9 3 2 4**

**Part 14:**    **Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **08/26/2016**
      MM / DD / YYYY

**X** **/s/ Bill Roberts**               Printed name   **Bill Roberts**
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor   **Chief Restructuring Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re **Stone Panels, Inc.**

Case No. **16-32856-11**

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................. **$110,000.00**

Prior to the filing of this statement I have received........................................................ **$110,000.00**

Balance Due.......................................................................................................... **$0.00**

2. The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.  [Other provisions as needed]

**plus hourly fees for legal services**

**\*Total Fees paid are for both Stone Panels Inc and Stone Panels Holding Corp cases**

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation in adversary proceedings, if any, without additional compensation.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **08/26/2016** | **/s/ Eric J. Taube** |
| *Date* | *Eric J. Taube*       Bar No.  19679350 |
| | Waller Lansden Dortch & Davis, LLP |
| | 100 Congress Avenue, 18th Floor |
| | Austin, TX  78701 |
| | Phone: (512) 685-6400 / Fax: (512) 685-6417 |

---

  **/s/ Bill Roberts**

*Bill Roberts*
*Chief Restructuring Officer*