FILED

JAN 3 0 2017

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTHERN TEXAS

| | |
|---|---|
| Composites One LLC | ) |
| v. | ) Chapter 11 Case No. 16-32856-hdh11 |
| Stone Panels, Inc. | ) |

## WITHDRAWAL OF MOTION OF COMPOSITES ONE LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 507a(2) &503(b)(9)

Composites One LLC hereby requests the withdrawal of the Motion of Composites One LLC allowing Composites One LLC an administrative expense claim in the amount of $11,768.66. Doc #237 filed on 11/28/2016, attached and incorporated within.

Respectfully Submitted,

MS. MICHELLE GERRED
Agent to Composites One, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTHERN TEXAS

FILED
NOV 28 2016
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Composites One LLC )
)
v. ) Chapter 11 Case No. 16-32856-hdh11
)
Stone Panels, Inc. )
)
)

## MOTION OF COMPOSITES ONE LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 507a(2) & 503(b)(9)

Composites One LLC hereby requests the entry of an order, pursuant to 11 U.S.C. § 507(a)(2) & 503(b)(9), allowing Composites One LLC an administrative expense claim in the amount of $11,768.66. In support of its Motion, Composites One LLC states as follows:

JURISDICTION

1. On July 21, 2016 (the "Petition Date"), the above-captioned debtor (collectively, the "Debtor") filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court").

2. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §157 and 1334(b). This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue is proper in this District pursuant to 28 U.S.C. §1408 and 1409.

BACKGROUND

3. Composites One LLC manufactures, among other things, for the construction industry. Composites One, LLC regularly sold some of these products to Stone Panels, Inc. before the Petition Date.

4. In the 20 days preceding the Petition Date, Stone Panels, Inc. received goods that Composites One, LLC sold on credit to Stone Panels, Inc. in the ordinary course of Stone Panels, Inc.'s business. Such goods included Liquid Organic Peroxide Type D, Methyl Ketone Peroxide, Resin Solution, Bonding Putty Compounds and related material

(the "Goods") and had an aggregate value of $39,210.42, as identified on the invoices and proofs of delivery attached hereto as Exhibit A.

5. As of the date of this Motion, [Supplier] has not received payment for the Goods.

RELIEF REQUESTED

6. Composites One LLC respectfully requests that this Court allow Composites One LLC's administrative expense claim in the amount of $11,768.66 for the Goods pursuant to section 507(a)(2) & 503(b)(9) of the Bankruptcy Code, per filed priority claim number 27-2.

BASIS FOR RELIEF

7. Section 507(a)(2) & 503(b)(9) of the Bankruptcy Code provides, in pertinent part, that:

After notice and a hearing, there shall be allowed, administrative expenses... [for] the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

11 U.S.C. § 507a(2) & 503(b)(9)

8. As evidenced by the invoices and proofs of delivery attached hereto as Exhibit A, during the 20 days preceding the Petition Date, Stone Panels, Inc. received from Composites One, LLC the Goods valued in aggregate at $3,9,210.42. Composites One, LLC sold the Goods to Stone Panels, Inc. on credit in the ordinary course of Stone Panels, Inc.'s business, and Composites One, LLC has not yet received payment for the Goods. Composites One, LLC is accordingly entitled to an allowed administrative expense claim against Stone Panels, Inc. in the aggregate amount of $11,768.66.

9. Composites One, LLC reserves its right to assert claims against the Debtors for amounts not contemplated by this Motion or allowed by the Court pursuant to section § 507a(2) & 503(b)(9) and to amend, modify and/or supplement this request, as appropriate under the circumstances

WHEREFORE, Composites One, LLC respectfully requests that the Court enter an order substantially in the form attached hereto as Exhibit B: (i) allowing Composites One, LLC administrative expense claim in the amount of $11,768.66 pursuant to section 507(a)(2) & 503(b)(9) of the Bankruptcy Code and (ii) granting such other and further relief as may be just and proper under the circumstances.

Signed: _____

By: _Mary Bravo_
(Print Name)

_Treasurer, Composites One LLC_
(Title & Company Name)

**Exhibit A**

# STATEMENT
for
Stone Panels Inc

Remit To:
Composites One LLC
P O Box 409328
Atlanta, GA 30384-9328
1-800-752-7839


COMPOSITES ONE

Customer: 8498600
Page: 1 of 1
Date: 09/20/16

Questions? Please contact your credit representative Barbara Hoffman at 847-871-1351

| Document | Date | Due Date | Type | Reference | Purchase Order | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 158312 | 09/11/12 | 09/11/12 | Service | 158312 8498600 | | 15.70 | 15.70 |
| 158711 | 10/05/12 | 10/05/12 | Service | 158711 8498600 | | 46.63 | 46.63 |
| 159964 | 01/09/13 | 01/09/13 | Service | 159964 8498600 | | 28.94 | 28.94 |
| 173063 | 08/07/15 | 08/07/15 | Service | 173063 8498600 | | 31.31 | 31.31 |
| 175435 | 01/08/16 | 01/08/16 | Service | 175435 8498600 | | 69.55 | 69.55 |
| 176244 | 03/09/16 | 03/09/16 | Service | 176244 8498600 | | 72.89 | 72.89 |
| 176602 | 04/07/16 | 04/07/16 | Service | 176602 8498600 | | 90.14 | 90.14 |
| 177054 | 05/03/16 | 05/03/16 | Service | 177054 8498600 | | 58.98 | 58.98 |
| 177410 | 06/07/16 | 06/07/16 | Service | 177410 8498600 | | 27.82 | 27.82 |
| 5778949 | 05/09/16 | 06/08/16 | Invoice | 5778949 8498600 | 25269 | 4,859.43 | 4,859.43 |
| 5783752 | 05/16/16 | 06/15/16 | Invoice | 5783752 8498600 | 25290 | 4,636.90 | 4,636.90 |
| 5788729 | 05/20/16 | 06/19/16 | Invoice | 5788729 8498600 | | 927.38 | 927.38 |
| 5792176 | 05/25/16 | 06/24/16 | Invoice | 5792176 8498600 | 25326 | 3,932.05 | 3,932.05 |
| 5793467 | 05/27/16 | 06/26/16 | Invoice | 5793467 8498600 | 25326 | 927.38 | 927.38 |
| 5797790 | 06/06/16 | 07/06/16 | Invoice | 5797790 8498600 | 25352 | 3,709.52 | 3,709.52 |
| 177766 | 07/07/16 | 07/07/16 | Service | 177766 8498600 | | 156.36 | 156.36 |
| 5802982 | 06/13/16 | 07/13/16 | Invoice | 5802982 8498600 | 25381 | 3,932.05 | 3,932.05 |
| 5807770 | 06/20/16 | 07/20/16 | Invoice | 5807770 8498600 | 25392 | 3,932.05 | 3,932.05 |
| 5818060 | 07/05/16 | 08/04/16 | Invoice | 5818060 8498600 | | 5,898.06 | 5,898.06 |
| 5825675 | 07/15/16 | 08/14/16 | Invoice | 5825675 8498600 | 25457 | 5,870.60 | 5,870.60 |
| 1077 | 08/19/16 | 08/19/16 | Payment | 1077 8498600 | | -2,943.19 | |
| 1077 | 08/31/16 | 08/19/16 | PayAdj | 1077 8498600 | | 2,929.87 | -13.32 |
| 1271 | 09/16/16 | 09/16/16 | Payment | 1271 8498600 | | -1,854.76 | -1,854.76 |
| 5869054 | 09/19/16 | 09/19/16 | Invoice | 5869054 8498600 | 25551 | 1,854.76 | 1,854.76 |

| CURRENT | PAST DUE 1-30 DAYS | PAST DUE 31-60 DAYS | PAST DUE 61-90 DAYS | PAST DUE OVER 90 DAYS | TOTAL DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 11,755.34 | 16,589.41 | 10,865.67 | 39,210.42 |

Please Pay
This Amount

COMPOSITES ONE LLC • P O Box 409328 • Atlanta, GA 30384-9328 • 1-800-752-7839 • FAX 817-595-2739

Case 16-32856-swe7   Doc 273   Filed 01/30/17   Entered 02/02/17 09:31:23   Desc Main
Document   Page 5 of 12
Case 16-32856-hdh11  Doc 237  Filed 11/28/16   Entered 11/30/16 15:59:15   Page 4 of 11

Case 16-32856-hdh11   Claim 27-2   Filed 10/17/16   Desc Main Document   Page 5 of 8

## INVENTORY

Page 1 of 1

**Packing Slip: 18429962**
For Customer Stone Panels Inc
Purchase Order:

5818060

Cust No: 8498600    Order No: 6220717    PPS No: 7475911    BOL No: 7084960

SHIP FROM:
Composites One LLC
3000 Wesley Way
Richland Hills, TX 76118

SHIP TO:
Stone Panels Inc
100 S Royal Lane
Coppell, TX 75019

Contact: Vickie Winker Ext.1
Phone: 469-635-5000
Cell:
Fax: 469-635-5555

For Questions Call:    817-595-4991

Ord Ent By: Lucille Wellborn
Order Date: 07/05/16    Sales Rep: 5701    Ship Via: FedEx Frt Prio(fxfe)
Ship Date: 07/05/16    FOB Point: col    Terms: Net 30

Packed By: Gabriel Ortega
Weight: 2774.64    Volume: 2.88
Seal No:
Order Memo: collect to acct 319236732

Cust PO: 179790
Tracer No:
Container No:

USE FED EX FREIGHT TO SHIP ON
ACCT # 319236732
DOCK HOURS ARE FROM 6 AM TO 3 PM.

FOR CHEMICAL EMERGENCY: Spill, Leak, Fire Exposure or Accident Call CHEMTREC - 24 HOURS. (800)424-9300
COMPOSITES ONE LLC CCN5398.  The Emergency Response Guidebook is provided as a separate document in
accordance with 49 CFR 172.602.  U.S. DOT Hazmat Reg. No.  060112 551 063UW

| Item Ln Number | HM | Qty Ordered | Description | Qty Shipped | Units Shipped | Unit Price |
|---|---|---|---|---|---|---|
| 1  82002A | X | 3 Carton | UN3105, ORGANIC PEROXIDE TYPE D, LIQUID (METHYL ETHYL KETONE PEROXIDE, <=45%), 5.2, II, RQ<br>AKZ 4X8# CADOX L-50A RED<br>METHYL ETHYL KETONE PEROXIDE<br>96 LB   MFG LOT: 16021F2004  C1 UNIT: 499801 | 3 Box | 96 Pound | |
| 2  580119 | X | 2580 Pounds | UN1866, RESIN SOLUTION, 3, III<br>6  DBF DX 60238-50 BONDING PUTTY<br>Drum  400#/DRUM W/LINER<br>1 DX   MFG LOT: 131652   C1 UNIT: 173 *COA Followup<br>1 DX   MFG LOT: 131652   C1 UNIT: 174<br>1 DX   MFG LOT: 139651   C1 UNIT: 169 *COA Followup<br>1 DX   MFG LOT: 139651   C1 UNIT: 170<br>1 DX   MFG LOT: 139651   C1 UNIT: 182<br>1 DX   MFG LOT: 140651   C1 UNIT: 161 *COA Followup | 6 Drum | 6 Drum | |

\* - FOLLOWING UNIT PRICE INDICATES TAXABLE LINE ITEM

CUSTOMER PICK-UP: Buyer acknowledges that it has been provided with both: 1) the applicable Material Safety Data Sheet(s) and 2) the specific page from the Emergency Response Guidebook in accordance with 49 CFR 172.602 and 3) the previously provided Customer Pick-Up Acknowledgement form.

RECEIVED BY: _____ DATE: _____

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

CERTIFIED BY: *Gabriel Ortega*     DATE: 07/05/16
INVENTORY

Packing Slip: 18429962   Printed 07/05/16  3:59 pm CST

Ship Date: 07/05/16  Order No: 6220717 - Stone Panels Inc

Case 16-32856-swe7 Doc 273 Filed 01/30/17 Entered 02/02/17 09:31:23 Desc Main
Document Page 6 of 12
Case 16-32856-hdh11 Doc 237 Filed 11/28/16 Entered 11/30/16 15:59:15 Page 5 of 11

Case 16-32856-hdh11 Claim 27-2 Filed 10/17/16 Desc Main Document Page 6 of 8

**THIS SHIPPING ORDER**
NAME OF CARRIER: FedEx Frt Prio
CARRIER'S NO.:
DATE: 07/05/16
SHIPPER'S NO.: 07084960

FROM / SHIPPER (ORIGIN): Composites One LLC
3000 Wesley Way
Richland Hills, TX 76118

TO / CONSIGNEE: Stone Panels Inc
100 S Royal Lane
Coppell, TX 75019
Ph: 469-635-5000

DELIVERING CARRIER: Christopher Maloy Ph: 817-595-4991
ROUTE:

| NO. AND TYPE OF PACKAGES | HM | DESCRIPTION | WEIGHT (SUBJECT TO CORR.) | VEHICLE NUMBER CLASS OR RATE | CHARGES (FOR CARRIER USE ONLY) |
|---|---|---|---|---|---|
| 3 Boxes | X | UN3105, ORGANIC PEROXIDE TYPE D, LIQUID (METHYL ETHYL KETONE PEROXIDE, <=45%), 5.2, II, RQ Chemicals, NOI in bulk,drum,pail,box 43940  2 | 105 LBS | 85 | |
| 6 Drums | X | UN1866, RESIN SOLUTION, 3, III Compounds and Related Material in d,k,p 149980  6 | 2,580 LBS | 55 | |

Customer Memo:
    DOCK HOURS ARE FROM 6 AM TO 3 PM.

Customer PO: N/A
    Packing #: 18429962

Additional Package Weight: 90 LBS
Total Weight: 2,775 LBS

PLACARDS SUPPLIED: [ ] YES  [ ] NO
Carrier certifies that the latest Emergency Response Guidebook is in the cab and that placards have been offered by shipper.

DRIVER'S SIGNATURE:

FOR PAYMENT SEND TO: Consignee
RC  CT  TYPE OB  COD  Amt $
C.O.D. FEE: [ ] Prepaid  [ ] Collect
[ ] CERTIFIED FUNDS ONLY
[ ] COMPANY CHECK
TOTAL CHARGES $
FREIGHT CHARGES: Collect

FOR CHEMICAL EMERGENCY
Spill, Leak, Fire, Exposure or Accident
Call CHEMTREC - 24 HOURS:
800-424-9300
COMPOSITES ONE LLC CCN5398

Composites One LLC                        Gabriel Ortega
                 Shipper, Per
+ MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

Printed 07/05/16 4:00 pm CST

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

Page 1 of 1

Case 16-32856-swe7 Doc 273 Filed 01/30/17 Entered 02/02/17 09:31:23 Desc Main Document Page 7 of 12
Case 16-32856-hdh11 Doc 237 Filed 11/28/16 Entered 11/30/16 15:59:15 Page 6 of 11
Case 16-32856-hdh11 Claim 27-2 Filed 10/17/16 Desc Main Document Page 7 of 8

# INVENTORY

Page 1 of 1

**Packing Slip: 18480066**
For Customer Stone Panels Inc
Purchase Order: 25457

582675

Cust No: 8498600    Order No: 6227306    PPS No: 7483262    BOL No: 7087704

SHIP FROM:
Composites One LLC
3000 Wesley Way
Richland Hills, TX 76118

SHIP TO:
Stone Panels Inc
100 S Royal Lane
Coppell, TX 75019

Contact: Vickie Winker Ext.1
Phone: 469-635-5000
Cell:
Fax: 469-635-5555

For Questions Call: 817-595-4991

Ord Ent By: Lucille Wellborn
Order Date: 07/14/16    Sales Rep: 5701    Ship Via: A Truck Express(atke)
Ship Date: 07/15/16    FOB Point: ppa    Terms: Net 30

Packed By: Gabriel Ortega
Weight: 2739.76    Volume: 1.92
Seal No:
Order Memo: order 1040454

Cust PO: 25457
Tracer No:
Container No:

USE FED EX FREIGHT TO SHIP ON ACCT # 319236732
DOCK HOURS ARE FROM 6 AM TO 3 PM.

Ship Date: 07/15/16   Ship No: 6227306   498600 - Stone Panels Inc

FOR CHEMICAL EMERGENCY: Spill, Leak, Fire Exposure or Accident Call CHEMTREC - 24 HOURS (800)424-9300 COMPOSITES ONE LLC CCN5398.   The Emergency Response Guidebook is provided as a separate document in accordance with 49 CFR 172.602.   U.S. DOT Hazmat Reg. No. 060112 551 063UW

| Item Ln Number | HM | Qty Ordered | Description | Qty Shipped | Units Shipped | Unit Price |
|---|---|---|---|---|---|---|
| 1 82002A | X | LB | UN3105, ORGANIC PEROXIDE TYPE D, LIQUID (METHYL ETHYL KETONE PEROXIDE, <=45%), 5.2, II, RQ | | | |
| | | 2 Carton | AKZ 4X8# CADOX L-50A RED METHYL ETHYL KETONE PEROXIDE | 2 Box | 64 Pound | |
| | | 24 LB | MFG LOT: 16021P2004  C1 UNIT: 499 | | | |
| | | 40 LB | MFG LOT: 16051F2803  C1 UNIT: 991S02 | | | |
| 2 560119 | X | 2580 Pounds | UN1866, RESIN SOLUTION, 3, III | | | |
| | | 6 Drum | DBF DX 60238-50 BONDING PUTTY 400#/DRUM W/LINER | 6 Drum | 6 Drum | |
| | | 1 DX | MFG LOT: 140651  C1 UNIT: 163  *COA Followup | | | |
| | | 1 DX | MFG LOT: 173622  C1 UNIT: 876 | | | |
| | | 1 DX | MFG LOT: 173622  C1 UNIT: 877 | | | |
| | | 1 DX | MFG LOT: 173622  C1 UNIT: 878 | | | |
| | | 1 DX | MFG LOT: 173622  C1 UNIT: 879  *COA Followup | | | |
| | | 1 DX | MFG LOT: 179621  C1 UNIT: 886  *COA Followup | | | |

Packing Slip: 18480066    Printed 07/15/16 8:11 am CST

\* - FOLLOWING UNIT PRICE INDICATES TAXABLE LINE ITEM

CUSTOMER PICK-UP: Buyer acknowledges that it has been provided with both: 1) the applicable Material Safety Data Sheet(s) and 2) the specified page from the Emergency Response Guidebook in accordance with 49 CFR 172.602 and 3) the previously provided Customer Pick-Up Acknowledgement form.

RECEIVED BY: _____ DATE: _____

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

CERTIFIED BY: *Gabriel Ortega* _____ DATE: 07/15/16
INVENTORY

Case 16-32856-swe7 Doc 273 Filed 01/30/17 Entered 02/02/17 09:31:23 Desc Main Document Page 8 of 12
Case 16-32856-hdh11 Doc 237 Filed 11/28/16 Entered 11/30/16 15:59:15 Page 7 of 11
Case 16-32856-hdh11 Claim 27-2 Filed 10/17/16 Desc Main Document Page 8 of 8

THIS SHIPPING ORDER must be legibly filled in on lab, at side the Permit of the Carrier, and retained by the Agent.

NAME OF CARRIER
A Truck Express

CARRIER'S NO.

DATE: 07/15/16

SHIPPER'S NO.: 07087704

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Shipping Order...

FROM:
SHIPPER (ORIGIN): Composites One LLC
3000 Wesley Way
Richland Hills, TX 76118

TO:
CONSIGNEE: Stone Panels Inc
100 S Royal Lane
Coppell, TX 75019
Ph: 469-635-5000

Christopher Maloy Ph: 817-595-4991
DELIVERING CARRIER
ROUTE

| NO. AND TYPE OF PACKAGES | HM | DESCRIPTION | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHARGES (FOR CARRIER USE ONLY) |
|---|---|---|---|---|---|
| 2 Boxes | X | UN3105, ORGANIC PEROXIDE TYPE D, LIQUID (METHYL ETHYL KETONE PEROXIDE, <=45%), 5.2, II, RQ Chemicals, NOI in bulk, drum, pail, box 43940 2 | | | |
| 6 Drums | X | UN1866, RESIN SOLUTION, 3, III Compounds and Related Material in d,k,p 149980 6 | 70 LBS | 85 | |
| | | Customer Memo: DOCK HOURS ARE FROM 6 AM TO 3 PM. | 2,580 LBS | 55 | |
| | | Customer PO: 25457 Packing #: 18480066 | | | |

FW-1cm52DE-58000
Additional Package Weight: 90 LBS
Total Weight: 2,740 LBS

PLACARDS SUPPLIED [ ] YES [ ] NO
Carrier certifies that the latest Emergency Response Guidebook is in the cab and that placards have been offered by shipper.

DRIVER'S SIGNATURE

FOR PAYMENT SEND TO:
COMPOSITES ONE LLC
C/O TRANSPORTATION INSIGHT
PO BOX 23000
HICKORY, NC 28603

RC  CT  TYPE OB  COD  Amt $

C.O.D. FEE:
[ ] Prepaid  [ ] Collect
[ ] CERTIFIED FUNDS ONLY
[ ] COMPANY CHECK
TOTAL CHARGES $

FOR CHEMICAL EMERGENCY
Spill, Leak, Fire, Exposure or Accident
Call CHEMTREC - 24 HOURS
800-424-9300
COMPOSITES ONE LLC CCN5398

FREIGHT CHARGES
Prepaid

Composites One LLC
Shipper, Per  Gabriel Ortega

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

+ MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

Printed 07/15/16 8:11 am CST

Page 1 of 1

Case 16-32856-swe7 Doc 273 Filed 01/30/17 Entered 02/02/17 09:31:23 Desc Main Document Page 9 of 12
Case 16-32856-hdh11 Doc 237 Filed 11/28/16 Entered 11/30/16 15:59:15 Page 8 of 11
Case 16-32856-hdh11 Claim 27-2 Filed 10/17/16 Desc Main Document Page 1 of 8

# Exhibit B

**Fill in this information to identify the case:**

Debtor 1: Stone Panels, Inc.

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Texas

Case number: 16-32856-hdh11

FILED
OCT 17 2016
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## Administrative Expense Proof of Claim
Official Form 410

## Proof of Claim                                                                 12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Composites One LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
c/o NCS
Name
729 Miner Road
Number Street
Highland Heights, Ohio 44143
City State ZIP Code
Contact phone 4404619661
Contact email collections@ncscredit.com

Where should payments to the creditor be sent? (if different)
Name _____
Number Street _____
City State ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____

**4. Does this claim amend one already filed?**
☐ No
☒ Yes. Claim number on court claims registry (if known) 27
Filed on 09-30-2016

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                                   Proof of Claim

241
page 1

Case 16-32856-hdh11 Claim 27-2 Filed 10/17/16 Desc Main Document Page 2 of 8

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: **8 6 0 0**

**7. How much is the claim?** $ **39210.42**
Does this amount include interest or other charges?
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

**Goods sold and/or services performed**

**9. Is all or part of the claim secured?**
☒ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.
☐ Motor vehicle
☐ Other. Describe:

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ _____
Amount of the claim that is secured: $ _____
Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ _____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

Official Form 410     Proof of Claim     242

page 2

Case 16-32856-swe7 Doc 273 Filed 01/30/17 Entered 02/02/17 09:31:23 Desc Main Document Page 11 of 12
Case 16-32856-hdh11 Doc 237 Filed 11/28/16 Entered 11/30/16 15:59:15 Page 10 of 11
Case 16-32856-hdh11 Claim 27-2 Filed 10/17/16 Desc Main Document Page 3 of 8

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

☐ No
☒ Yes. Check all that apply.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| ☒ Other. Specify subsection of 11 U.S.C. § 507(a)(_2_) & 503(b)(9) that applies. | $ 11,768.66 |

* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.

18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 10-11-2016

_Signature_

Print the name of the person who is completing and signing this claim:

Name: Ms. Michelle Gerred
Title: Agent
Company: NCS
Identify the corporate servicer as the company if the authorized agent is a servicer.
Address: 729 Miner Road
Highland Heights, Ohio 44143
Contact phone: 4404619661
Email: collections@ncscredit.com



SECURING YOUR TOMORROW

October 11, 2016

FILED

NOV 28 2016

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

United States Bankruptcy Court
Northern District of Texas, Clerk of Courts
1100 Commerce Street
Room 1254
Dallas, TX 75242

Debtor: Stone Panels Inc.
Case#: 16-32856-hdh11, Administrative Expense Proof of Claim
Claim Amt: $39,210.42
Creditor#: Composites One LLC, Claim #27-2

Dear Sir/Madam

Please file the enclosed Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 507 a(2) & 503 (b)(9) with regards to the Administration Expense regarding Stone Panels, Inc. on behalf of our client, Composites One LLC.
Bankruptcy claim # 27-2.

Should you have any questions or concerns, please feel free to contact us.

Thank you.

Very truly yours,

Michelle Gerred

CONFIDENTIALITY: The information contained in this message is legally privileged and confidential, intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this correspondence in error please contact the sender at the phone number above.

Collection Services Group | UCC Services Group | Construction Services Group | Education & Resources