

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 28, 2020**

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-32856-hdh-7 |
| | § | Case No. 16-32859-hdh-7 |
| STONE PANELS, INC. and | § | |
| STONE PANELS HOLDING CORP., | § | Jointly Administered Under |
| | § | Case No. 16-32856-hdh-7 |
| Debtors. | § | Chapter 7 |

### ORDER DENYING SECOND AMENDED APPLICATION TO APPROVE EMPLOYMENT OF A CONSULTING EXPERT WITHOUT PREJUDICE

For the reasons stated on the record at the August 18, 2020 hearing, the *Trustee's Second Amended Application for Final Order Approving Employment of Consulting Expert* (Dkt. No. 470) is **DENIED** without prejudice.

**SO ORDERED.**

### # # #  END OF ORDER  # # #

i_9653285v.1

Order submitted by:

J. Michael Sutherland
**Carrington, Coleman, Sloman
  & Blumenthal, L.L.P.**
901 Main St., Suite 5500
Dallas, TX 75202
Telephone: 214-855-3000

*Special Counsel to the Trustee*